1

Dockets.Justia.com



EXHIBIT 1









### Helping you, the consumer...

Search the Ripoff Report before you do business with retail stores with bad return policies, checking & credit theft, rebate fraud or other unscrupulous business policies such as phony auto repairs, auto dealer bait-and-switch tactics, restaurants with bad service or food, corrupt government employees & politicians, police corruption, home builders, contractors, unethical doctors & lawyers, online stores that sell non-existent products, dead beat dads & moms, landlords & tenants, fraudulent employment & business opportunities, and individual con artists who scam consumers. These are just a few of the countless topics available, and the list is continually modified as new categories emerge.

### Filing a class action lawsuit & notifying the authorities

Filing a Ripoff Report is important because you are helping us to help you, and others like you, achieve justice. We are able to accomplish this by working with the proper authorities for prosecution, and working with lawyers by using your report to help organize lawsuits. It is important that you know that your information is held strictly confidential, and your identity is protected by the First Amendment of the US Constitution.

We will contact you if a lawsuit is being considered or has been filed which you may want to be a party to. The more reports filed on a company or individual, the more likely it is that the authorities and attorneys will want to take action.

### Media attention

Quite often the media is interested in the reports you filed and ask us to assist in their investigations giving you the publicity needed to help your cause. File your Report now! In the event your Ripoff Report is of interest to the media, we will put you in contact with them.

Ripoff Report works with almost every state Attorney Generals office, U.S. Postal Inspectors office, the Justice Department, Homeland Security, FBI, FTC and local and state authorities, including those in Canada, UK, Australia, and other government agencies around the world. We also supply story ideas along with victim information to every network and most local affiliates and to every major TV News Magazine including Dateline, 20/20, 48 Hours, 60 Minutes, Inside Edition, W2 Canada, CNN, along with most major news papers including, NY Times, Wall Street Journal, Forbes, Money, Inc. and hundreds of others.

### Helping you, the reported business or individual

**My company has been reported! How do I respond?**
If you are a business with one or more reports filed against you, you can make it right. If handled correctly, Ripoff Report(s) filed against you can actually help improve your credibility and reputation. We offer you the opportunity to file a REBUTTAL to any report. (See the RESPOND rebuttal box at the end of the specific Ripoff Report you wish to comment on). Every company receives complaints, but how they handle those complaints separates good business from bad business.

Businesses that want to make a real difference should read about the very successful, groundbreaking and innovative program that both businesses and consumers are raving about. This program is a way businesses can turn negatives into a positive. Ripoff Report Corporate Advocacy Business Remediation and Customer Satisfaction Program is a program that benefits the consumer, assuming them of complete satisfaction and confidence when doing business with a member business. For more information, visit our Corporate Advocacy section.

### Employee insider / ex-employee information

If you are an employee or ex-employee with privileged or insider information about a reported company or individual, please click on the REBUTTAL box at the end of the Ripoff Report to post your comments. This sort of information is often very helpful to an investigation.

### Whistleblowers

Employees who want to expose corruption should file a Ripoff Report. Any employees who do so should be protected by Federal Whistleblower Laws, and Ripoff Report treats all victims as a confidential source. Remember, we are a publication, just like a major newspaper, and we will never voluntarily reveal your identity. Instead we will protect our sources under the First Amendment of the U.S. Constitution.

### DOING BUSINESS WITH THE COMPANY OR INDIVIDUAL REPORTED

Consumers, just because a company or individual is reported on Ripoff Report does not necessarily mean you should not do business with them. By reading the experiences of other consumers, you will now be able to make more educated decisions, because now you know what to watch for.

### USE YOUR REPORT TO GET WHAT IS COMING TO YOU

Faxing your Ripoff Report to the company or individual you have just reported can serve as a very valuable negotiating tool. Include in your negotiation that you have the ability to UPDATE your Report and reflect their good business practices by explaining that their eagerness to satisfy the complaint and make things right will be seen by the entire world. Also, explain that failure to respond/rectify the situation will also be seen.

**YOU MUST NOT** call them threatening to file a report if they do not comply with your demands, as this may be construed as blackmail! You must first file a Ripoff Report, then fax them a copy, offering them a chance to rectify the wrong that they did to you. Explain that then, and only then, you will UPDATE your Ripoff Report in a positive way, if deserved.

### Organizing class action lawsuits

Victims & lawyers who want to sue companies or individuals reported
Victims & attorneys who are interested in pursuing litigation against a particular company reported on this website must contact us directly. It is inappropriate to solicit business using this website other than through prior

If you are an employee or ex-employee with privileged or insider information about a reported company or individual, please click on the REBUTTAL box at the end of the Ripoff Report to post your comments. This sort of information is often very helpful to an investigation.

### Whistleblowers
Employees who want to expose corruption should file a Ripoff Report. Any employees who do so should be protected by Federal Whistleblower Laws, and Ripoff Report treats all victims as a confidential source. Remember, we are a publication, just like a major newspaper, and we will never voluntarily reveal your identity. Instead we will protect our sources under the First Amendment of the U.S. Constitution.

### DOING BUSINESS WITH THE COMPANY OR INDIVIDUAL REPORTED
Consumers, just because a company or individual is reported on Ripoff Report does not necessarily mean you should not do business with them. By reading the experiences of other consumers, you will now be able to make more educated decisions, because now you know what to watch for.

### USE YOUR REPORT TO GET WHAT IS COMING TO YOU
Faxing your Ripoff Report to the company or individual you have just reported can serve as a very valuable negotiating tool. Include in your negotiation that you have the ability to UPDATE your Report and reflect their good business practices by explaining that their eagerness to satisfy the complaint and make things right will be seen by the entire world. Also, explain that failure to respond/rectify the situation will also be seen.

**YOU MUST NOT** call them threatening to file a report if they do not comply with your demands, as this may be construed as blackmail! You must first file a Ripoff Report, then fax them a copy, offering them a chance to rectify the wrong that they did to you. Explain that then, and only then, you will UPDATE your Ripoff Report in a positive way, if deserved.

### Organizing class action lawsuits
Victims & lawyers who want to sue companies or individuals reported
Victims & attorneys who are interested in pursuing litigation against a particular company reported on this website must contact us directly. It is inappropriate to solicit business using this website other than through prior arrangement. This is largely because we need to ensure, the best we can, that our readers are not being taken advantage of again.

If you are interested in filing a class action lawsuit based on Reports you've just seen posted, and you want to identify a class representative, we can help by e-mailing those victims that gave permission and asking them to contact you. In this way, we protect victim identities while allowing them to make the decision as to whether to participate or not.

Additionally, if you would like to know whether any new reports are being posted AS THEY GET POSTED, such as during the early stages of an investigation, you may be interested in our upcoming Ripoff Alerts program. We'll update you shortly on how you can participate in these valuable programs.

We are anxious and willing to join forces with victims and attorneys to stand up for the rights of consumers and help them get justice. Both victims and attorneys should send their e-mails to: ClassAction@RipoffReport.com.

### It's important to file on Ripoff Report because we're important to government and media agencies
Many government sites (and the BBB) are in place to collect information from you, the consumer, but in many cases, those reports never become available for others to see. Listing your complaint on many government sites is usually no better than filing with the Better Business Bureau (BBB) because they just go into a database where only privileged eyes can see them. In fact, utilizing such sites may seem a waste of time, as you rarely hear back on what's being done, if anything, about your complaint.

By failing to make this information available publicly, it makes it harder for consumers to get educated about exactly what scams they should watch for. In addition, when these agencies fail to make these individual complaints public, consumers are robbed of the opportunity to know how bad a company or individual really is, and why.

On the other hand, many government agencies come to the Ripoff Report for information. We have assisted, and continue to assist, many government agencies, including local and state police departments, the FBI, FTC and Attorney General offices from around the country.

Since all the Reports are out in the open, consumers, journalists, attorneys and investigators from all types of agencies can research existing problems and anticipate potential problems. We provide immediate access to all kinds of fraud and scams, all out in the open, all unedited and all for FREE.

Unfortunately, many agencies will not take action on a potential rip-off unless there are substantial numbers of people or substantial sums of money involved. Sadly, it often takes public embarrassment to motivate such agencies into action. Your reports, however, help to change this. Reporting your experiences on Ripoff Report is the next best thing to getting your story on TV or in a newspaper. In fact, many national TV networks and several local TV stations from all around the country come to the Ripoff Report for information. They do this because they know other agencies are not as reliable or as cooperative a source as the Ripoff Report. News stations know that they will get information from us that is unobtainable elsewhere.

By filing a Ripoff Report, you might be contacted by one of us to notify you to make contact with a law firm that has shown interest in your case. We get requests every week for class action lawsuits, bringing victims together with lawyers willing to sue the company after reading your Ripoff Report.

### Get a company or individual listed on Top Rip-off Links
If there are more than five (5) Reports filed from different consumers on a company or individual then you can request they be added to the list. Ripoff Report will verify that the Reports are filed by different people. Send request to Editor@RipoffReport.com.

**Top Rip-off Report Links**

We are anxious and willing to join forces with victims and attorneys to stand up for the rights of consumers and help them get justice. Both victims and attorneys should send their e-mails to: ClassAction@RipoffReport.com.

It's important to file on Ripoff Report because we're important to government and media agencies

Many government sites (and the BBB) are in place to collect information from you, the consumer, but in many cases, those reports never become available for others to see. Listing your complaint on many government sites is usually no better than filing with the Better Business Bureau (BBB) because they just go into a database where only privileged eyes can see them. In fact, utilizing such sites may seem a waste of time, as you rarely hear back on what's being done, if anything, about your complaint.

By failing to make this information available publicly, it makes it harder for consumers to get educated about exactly what scams they should watch for. In addition, when these agencies fail to make these individual complaints public, consumers are robbed of the opportunity to know how bad a company or individual really is, and why.

On the other hand, many government agencies come to the Ripoff Report for information. We have assisted, and continue to assist, many government agencies, including local and state police departments, the FBI, FTC and Attorney General offices from around the country.

Since all the Reports are out in the open, consumers, journalists, attorneys and investigators from all types of agencies can research existing problems and anticipate potential problems. We provide immediate access to all kinds of fraud and scams, all out in the open, all unedited and all for FREE.

Unfortunately, many agencies will not take action on a potential rip-off unless there are substantial numbers of people or substantial sums of money involved. Sadly, it often takes public embarrassment to motivate such agencies into action. Your reports, however, help to change this. Reporting your experiences on Ripoff Report is the next best thing to getting your story on TV or in a newspaper. In fact, many national TV networks and several local TV stations from all around the country come to the Ripoff Report for information. They do this because they know other agencies are not as reliable or as cooperative a source as the Ripoff Report. News stations know that they will get information from us that is unobtainable elsewhere.

By filing a Ripoff Report, you might be contacted by one of us to notify you to make contact with a law firm that has shown interest in your case. We get requests every week for class action lawsuits, bringing victims together with lawyers willing to sue the company after reading your Ripoff Report.

Get a company or individual listed on Top Rip-off Links

If there are more than five (5) Reports filed from different consumers on a company or individual then you can request they be added to the list. Ripoff Report will verify that the Reports are filed by different people. Send request to Editor@RipoffReport.com.

Top Rip-off Report Links

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

- CBT Direct - Smart Certify
- D3Max AKA Cydaor
- IK9 HomeWorksPlus
- UK Lottery
- United Capital Services
- 1st American Leisure card
- 1st Payday Advance
- 200cash.com
- 24 Hour Cash Flow - Russ Dalbey
- 24 Hour Fitness
- 247 Downloads
- 4x Made Easy
- 500 Fast Cash
- 500rastcash
- A1 Leasing
- A1 Auto
- A1 Wireless
- A1Wireless
- ABBIE
- AAFES Army-Airforce Exch Serv
- Aamco Transmissions

- Aaron's Rent To Own
- Aarons Rent To Own
- AARP
- ABC Distributing
- AC Delco
- ACA Recovery
- Acclaim Visa
- Aceamericaloans.com
- Actionable Award Program - LV
- Active Periodicals
- Adaptive Marketing
- Addison DeWit
- ADT Security
- ADT Security Services
- Adult Friend Finder
- Adultfriendfinder
- Advanced Safety Solutions
- Advantage America
- Advantage Corporation
- Advantage Florida Mortgage

- Advantage Florida Mortgage
- AFL-CIO
- AFNI, Anderson Financial Network
- Agents Travel Network
- AIU Online University
- Al Collins Graphic Design Schoo
- Alec Defraw
- Alegis Group
- Alienware
- All American Movers
- All American Moving
- Alliance Acquisitions Associates
- Alliance One
- All Tune & Lube
- Allied Financial Future
- Allied Interstate
- ALPHA CREDIT ENHANCEMENT S
- Alt.com
- Alta Colleges
- Alven Technologies
- AM Press

- AM Press Ass
- AMC Mortgage - Ameriquest
- America Online
- AMERICA'S HOME PLACE
- America's Note Network
- America's Service Station
- American's Servicing Company
- American Credit Educators
- American Grant
- American Grant Services
- American Home Shield
- American Intercontinental Univ
- American Leisure
- American Premium Warehouse
- American Servicing Company
- American Sweepstakes Publish
- American Tax Relief
- American Transaction Supplies
- American Voyager Travel
- Americas Servicing
- Americas Servicing Company

- Americredit
- Ameridebt
- AmeriDebt
- Ameriloan
- Ameriplan
- AMERIPOS
- Ameriquest
- AmeriTrade
- Ameritrust
- AmeriTrust
- AmeriTrust Investments
- AmeriTrust Investments
- Apollo American Investments
- Anthony Tobin
- AOL
- AP9 - Galleria - Classmates
- AP9*TodaysEscapes
- Apex Marketing
- Apollo Group
- ASAP Makers
- Ashworth College

- Aspire
- Asset Acceptance
- ASSET ACCEPTANCE
- AT&T
- AT-1 Financial Resources
- Atlantic Management
- Atlantic One Financial
- Attorney
- Auction Outlet - Bill Berlin
- Auction Sellers
- Aurora Loan Services
- Auto Advantage
- Auto Exchange
- Auto Zone
- Avalon
- Axin Financial
- AXIN FINANCIAL SERVICES
- AY Transport
- BABC Bay Area Business Counci
- Bally Total Fitness
- Bargain Network

- Bay Area Business Council
- BB&T Bank
- Belisi Fashions
- Bell Road Auto Mall
- Beneficial Consumer Discount C
- Berkeley Nutraceuticals
- Berkeley Premium Nutraceutical
- BERKLEY FINANCIAL
- Berkley Financial Group
- Best Buy
- Best Discount Network
- Best Finance
- Better Trades
- Bibuy
- BI Squared Management
- BI Squared Management
- Bidpay
- bidz.com
- BIDZ.COM
- Bigas Cardoza Associates
- Bill Berlin

- Bill Chang - LWPElectronics
- Bill Chang - LWPElectronics
- Bill Heard Auto Dealers
- Blue Green Resorts
- Blue Haven Pools
- Blue Hippo funding
- Blue World Pools
- BMG Music
- Body Of Change
- Boyalian Law Offices
- Brake Masters
- Branch Banking & Trust - BB
- Braxington - John F.
- Brich Builders
- Bring-It-Home
- British Gaming Commission
- British Random Lotto
- Brit Phillips
- Bsleep
- Bsleep.com
- Business Office Systems

Ripoff Report

Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report?

Copyright © 1999-2007, Ripoff Report

Privacy Policy | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us