



About the ads below...





✉ E-mail to a Friend
🖨 Printer Friendly Version

Submitted: **11/7/2006 4:00:19 PM**
Modified: **12/8/2006 2:03:19 PM**

Category:
**Financial Services**

## Gw Equity, Geneva Corporate Finance, Geneva Capital Markets, wasted eight hours of my time then hit me up for $30K Dallas Texas *UPDATE EX-employee responds ..GW Equity stands behind its name

Company
**Gw Equity, Geneva Corporate Finance**
Address:
**14241 Dallas Pkwy #600**
**Dallas Texas 75254**
**U.S.A.**
Phone Number:
**877-213-1797**
Fax:

EXHIBIT 4

I was contacted by GW Equity an investment banking firm that maintained that they were the largest M&A Firm in the country. They assured me that a research team had qualified my company and that they had some investors that were specifically interested in my company and asked if I might be interested in selling off all or a portion of my company. I told them that "everything was for sale fro a price and that I was listening."

They told me that they had 1600 Fortune 500 Companies that were in their back pocket and that they could sell any company if the business owner could get his figures straight and represent the companies "Value correctly" or something. It was a sellers market but this opportunity would only last as long as the interest was there.

Incidentally, they also had two experts that happened to be in my area and if I

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

Presc
Drug C
O
Are you a n
prescription
or do you h
prescription
through any
organization

- SaveRx
- MatureR
- Coventry
- Humana
- Unicare
- HealthNe
- SierraRx
- United H
- Veterans

If so, you m
unknowingl
injured finar
therefore be
reimbursem
losses.

To see if yo
injured and
you are elig
member of
action to re
losses plea
classaction@e

www.Zoom
Articles, r
casting
moc
agents, a
direc
Learn how
yo
modeling p
av
scams in th

**CLICK HERE**

**WANTED DEAD BEAT DADS & MOMS**
PUT YOUR DEADBEAT SPOUSE ON TV!!!
So maybe you can finally COLLECT $$$
**WANTED**
Moms or dads who are owed more than six months child support by a deadbeat spouse...
After you filed your Rip-off Report email us at EDitor@ripoffreport.com
Rip-off Report will forward your filed Report to Producers.

Add pictures to your Rip-off Report

that I should drop everything and go to this seminar. I did drop everything and went.

Around noon, after explaining that what I was attempting to do was impossible without them, they told me that the simple retainer would cost me $29,000. I already have an evaluation of what my company is worth through a company that is immensely more credible than this GW Equity place so I did not even need that. What's more there was NO discussion about these "interested" investors and the only way I could find that out was to go ahead and pay them the $29k so they could get started…Get started on what? I thought they already had interested investors, so what would be the big deal? They also assured me that "By law" they could not guarantee the sale of my company no matter how much I paid them. So I got took. That I can take.

But what I cant take is the fact that this seminar cost me an entire day (Approx $5,000) that I wasted and that I cannot get back. I don't know who to sue, but you bet your backside I am looking into it.

Dave
Rockford, Minnesota
U.S.A.

If you would like to see more Rip-off Reports™ on Gw Equity, Geneva Corporate Finance, please use the search box below

Gw Equity, Geneva Corporate Finance     [ Search ]

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

## Rebuttal UPDATE EX-employee responds
Submitted: **11/15/2006 8:02:35 PM** Modified: **11/15/2006 9:23:35 PM**

# GW Equity stands behind its name

Dave from Rockford, MN, it is my understanding that there are several business owners in these meetings at the same time. It is also my understanding that GW Equity facilitates numerous meetings on a weekly basis throughout the country.

The company has facilitated these owners' conferences for several years. It is difficult to believe that out of all of the business owners that have met with the representatives from GW Equity, only one business owner feels "taken" enough to post a complaint online.

You wrote that "Around noon, after explaining that what I was attempting to do was impossible without them, they told me that the simple retainer would cost me $29,000. I already have an evaluation of what my company is worth through a company that is immensely more credible than this GW Equity place so I did not even need that."

If that is the case, then why did you waste eight hours as you said you did at the meeting. Why didn't you leave at noon, after you decided you were not interested in paying the retainer?

Were there armed guards preventing you from leaving the meeting?

GW Equity's CEO is Dr. John Binkley. He has been selling companies for 20 years. He also has a Doctorates degree in Theology. His bio is posted on the GW Equity Web site as is the other executives, advisors, and analysts.

The company's Web site provides a great deal of information about the meetings you supposedly attended. The company has sold more companies and has helped more business owners than you could imagine.

$5000? It really appears that you are looking for a way to tarnish the reputation of the company rather than recovering your day's wages.

If you are a business owner that attended the conference and not someone working for one of GW Equity's competitors, I invite you contact the corporate office and discuss your complaint with them. This should have been your first step if indeed you are so concerned about recovering your lost wages.

It appears that you are more interested in causing damage to GW Equity rather than recovering your financial loss. The reasons for this are you work for a competitor, you are a disgruntled ex-employee, or your business wasn't marketable and you can't handle rejection.

Carl - Irving, Texas
U.S.A.

**Update** Submitted by the original author
Submitted: **11/26/2006 7:38:53 PM** Modified: **11/27/2006 3:35:29 AM**

## GW Equity Is STILL a Rip-off

Yes, you are correct, GW Equity facilitates several hundred of these seminars yearly. To my knowledge ALL of the owners felt screwed not only by the meetings, but if they were stupid enough to pony up the $50,000 requiresd by these rip-off artists, they realy GOT screwed. They just didn't know enough about this post to complain. Doest that mean they aren't angry?

The reason I stayed eight hours is because I promised the salesperson that originally contacted me is that I WOULD stay until the end. Additionally, I really thought that GW Equity would eventually make sense of this whole thing and that I wouldn't feel SO screwed. They did not. You are right in that I should not have stayed the whole eight hours and not have run out earlier. I stayed because I do what I say I am going top do and that is why I stayed. I stayed because I promised I would.

And as you stated there ?were No armed guards at the door? just like the salesperson promised that there would not be. There were Not, but I stayed anyway, because I said I would, Or he would not get credit for my attending. I ask you sir, What is wrong with honoring my word? I said I wouldn't leave SO I DIDN'T.

As to DR. John Worley's PhD. in Theology, he got it out of a Crackerjack box. Not the University of Phoenix, but Phoenix University and I challenge you to find it among ANY accredited School and rings at his office in Dallas somewhere. As for his most acclaimed book (Noted on gwequity.com) ?A place called Destiny? try to buy it. I will give you a $1,000 for every published copy you can find. Fraud again.

Dave - Rockford, Minnesota
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

**Rebuttal** Consumer Comment
Submitted: **12/8/2006 1:52:25 PM** Modified: **12/8/2006 2:03:19 PM**

## GW Equity article found in Inc. Magazine

Inc. Magazine wrote an interesting article on GW Equity (Great Western) in November of 2001 entitled "For Sale: The American Dream". You may find it at Inc's website and by searching "Great Western" within the website. It is lengthy but gives details of how the company operates.

David - Phoenix, Arizona
U.S.A.

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report



Feel free to send us suggestions and comments to our editorial staff. | Technical questions can be addressed to our webmaster. | Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search | Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help