

Dockets.Justia.com



**Don't let them get away with it.**
**Make sure they make the Rip-off Report**

*a service of*
**bad**businessbureau.com    **Report.com**    Home | File | Search | Register | Login

About the ads below...



what

✉ E-mail to a Friend
🖶 Printer Friendly Version
Category:
**Business Consulting**

Submitted: **11/29/2006 2:25:17 AM**
Modified: **11/29/2006 2:25:00 AM**

# GW Equity Wrongful Termination - Scam - perpetuating a fraud on the general public Dallas Texas

Company
## GW Equity
Address:
**1755 Wittington Place #150**
**Dallas Texas 75234**
**U.S.A.**
Phone Number:
**972-481-2801**
Fax:

**EXHIBIT**

*tabbies*

5

**Last week I was terminated due to the presumption that I knew something about this company that I really did not know at the time. Now that I have been terminated I was offered $3,000 for information that I do now know; which is this company is only able to sell less than 4% of the companies that I actually took $40,000 retainers for and we have no actual buyers / investors for these companies.**

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

**I lost my job because I was associated with an EX employee that asked questions regarding these numbers and was immediately terminated as well. I refused the ?severance? they offered me and have now been forced to retain counsel as to a wrongful termination suit against this company. I was terminated from a company that I would have immediately have quit had I known that we were actually perpetuating a fraud on the general public. ODD to be fired from a job I would have quit anyway if I had actually known the facts. But let it be known? There are NO investors or any kind of buyers that this company has for the victims that it assaults on an hourly basis. There were 115 of us that were required to randomly make 100 calls a day from Dunn &**

# CLICK HERE

Bradstreet to business owners that actually thought they had done research on their company and that we had a buyer. Had I known differently they could have spare themselves a wrongful termination lawsuit and me the time it took to sell their B/S service.

**Tracy**
**Dallas, Texas**
**U.S.A.**

## Click here to read other Rip Off Reports on Citibank

# WANTED
## DEAD BEAT
DADS & MOMS
PUT YOUR DEADBEAT
**SPOUSE ON TV!!!**
So maybe you can finally
COLLECT $$$
# WANTED
Moms or dads who are owed more than six months child support by a deadbeat spouse...
After you filed your
Rip-off Report
*email us at*
EDitor@ripoffreport.com
*Rip-off Report will forward your filed*
*Report to Producers.*

**If you would like to see more Rip-off Reports™ on GW Equity, please use the search box below**

GW Equity    [ Search ]

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

---

## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-off Report

---

Add pictures to your
Rip-off Report



Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help