

...by consumers, for consumers Case 3:07-cv-00976    Document 1-8    Filed 06/01/2007    Page 2 of 5

RIP-OFF
a service of
badbusinessbureau.com  REPORT.COM

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | File | Search | Register | Login

About the ads below...

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses



E-mail to a Friend
Printer Friendly Version

Category:
**Business Consulting**

Submitted: **11/29/2**
Modified: **3/2/2**

# Gw Equity, Citibank, Citigroup, Citi Commerce Solutions M& Business Consulting, paid $30,000 for an inflated analysis o company that has yielded no results New York New York *C Comment ..GW Equity article found in Inc. Magazine

Company
**Gw Equity, Citibank,citigroup,citi Commerce Solutions**
Address:
**399 Park Ave.
New York New York 10043
U.S.A.**
Phone Number:
**212-559-1000**
Fax:



EXHIBIT
6

GW Equity is actually a $120 billion dollar enterprise called Geneva Business Research th Million dollar class action suit in March of 2003 in Irvine California "for defrauding thousar businesses out of monies paid in advance".

They have changed their name to GW Equity and subsequently moved to Dallas, Texas. W the connection, I was contacted by someone who said she was a "Senior Account Manage Equity. She told me that her company was the largest Mergers and Acquisitions firm in the assured me that this was not a random call and that a "research team" had done a lot of w qualifying company because several Fortune 400 companies that were interested in Mergi Acquiring my company. She said her and that the investors urgent and were very intereste me.

She said they also happened to be in the area and my exposure to these investors was co spending an entire day with their "M & A Specialist" and a "Business Analyst" they could this "offer on my company would occur and that they would explain these buyers motives turned out to be a cattle cal with about 15 other clueless private business owners.

CLICK HERE

WANTED
DEAD BEAT
DADS &
MOMS
PUT YOUR
DEADBEAT
SPOUSE ON
TV!!!
So maybe you can finally COLLECT $$$
WANTED
Moms or dads who are owed more than six months child support by a deadbeat spouse...
After you filed your
Rip-off Report
email us at
EDitor@ripoffreport.com
Rip-off Report will forward your filed
Report to Producers.

Add pictures to your Rip-off Report

I listened to the day long sales pitch and at the end they dropped the $30,000 retainer fee. company's revenues are close to the $100 million mark and it sounded like a drop in the b compared to what they were telling me that I could actually get for my company. These fig above anything my CPA or attorneys calculated but GW Equity assured me that only M&A how to calculate the "true & future value of a company".

After paying the $30,000 I met with David Gilliland the M&A specialist and he explained tha evaluation would take about 6 months and it might be years before he could attempt to tak to market. When I asked where the buyers were (that the initial senior account manager) to interested and urgent, he explained that those buyers were simply "buying into my indust never had any type of guarantee that they could actually sell my business.

Essentially I paid $30,000 for an inflated analysis of my company that has yielded no resul cell phone of the senior account manager who later told me that she had been fired becau asked Steve Schreiber "of the companies we take retainers from... how many actually get fired the next day due to lack of performance. She also explained that the investors that th have in their pockets do not know that GW Equity even exists and that her call to me was random cold call from a D&B database and that there was no research done on my compa was just getting paid to get me into this seminar.

After 3 years I have never seen any kind of an offer on my company and I am reminded tha guaranteed that they could sell my business for sure. Robert Brenner is your connection b same scam conducted in California and was Senior Vice president there as well. Not only entire day at some sales seminar under the premise that they had several buyers for my c hit with a $30,000 retainer fee and actually learned nothing about the M&A process.

These guys are shrewd salespeople but I cannot find even one company that they have ev is a matter of confidentiality" they say. But cannot even give me the statistics of even selli Equity is another fraud under a different name that just moved to another State.

Greg
New York, New York
U.S.A.

Click here to read other Rip Off Reports on Citibank

If you would like to see more Rip-off Reports™ on Gw Equity, Citibank,citigroup,citi Commerce Solutions, please use the search box below

Gw Equity, Citibank,citigroup,citi Commerce Solutions [ Search ]
In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

## Rebuttal Consumer Comment
Submitted: **12/8/2006 1:55:54 PM** Modified: **12/9/2006 3:45:33 AM**

# GW Equity article found in Inc. Magazine

Inc. Magazine wrote an interesting article on GW Equity (Great Western) in November of 2(

"For Sale: The American Dream". You may find it at it's website and by searching "Great within the website. It is lengthy but gives details of how the company operates.

David - Phoenix, Arizona
U.S.A.

## Rebuttal Consumer Comment
Submitted: **2/14/2007 8:45:13 AM** Modified: **2/16/2007 7:36:59 PM**

### future employee

Hello- I am looking at becoming a representative for this company. I am doing some resea company's ethics and overall validity. I have worked for several Fortune 100 companies ai obligated to such research. I have found this article from Forbes and they praise the comp http://www.forbes.com/businesswire/feeds/businesswire/2007/01/26/businesswire2007012

I also have to say that if this company has defrauded so many business owners, why are t complaints? I used to work with Nextel Communications. This is a huge company known had many many complaints on this site from consumers with percieved fraud issues. 5 is number on the spectrum of things.

Lucas - Belton, Texas
U.S.A.

## Rebuttal Consumer Comment
Submitted: **3/1/2007 2:33:39 PM** Modified: **3/1/2007 7:15:13 PM**

### note to Future Employee

The link to the Forbes article is not an "article" but rather a Business Wire press release is Equity and printed in Forbes. Of course they are speaking highly of themselves.

Secondly, statistically speaking, only a small fraction of people who feel they have been d actually file complaints or publish their views. This is a result of any number of factors inc knowledge, unwillingness to admit they have been defrauded, thoughts that perhaps the c happen, ego, pride, etc.

David - Phoenix, Arizona
U.S.A.

## Rebuttal Consumer Comment
Submitted: **3/1/2007 8:53:58 PM** Modified: **3/1/2007 10:47:03 PM**

### I did not understand the relevance of the rebuttal from future employee....

So I won't worry about "future employee" but maybe he should?

Greg, I do wonder why you would believe some fast talking nobodies' figures that were "w anything" your [presumeably trusted] CPA had calculated ?? And I have never seen attorr values. All attorneys do is create problems. OK, and help you avoid problems.

I wonder how you could have a $1mil gross company and still let yourself walk into su your eyes wide shut. At a 10% margin you are making $100,000 a year. Not great in NY ma definitely above minimums.

Thomas - Anderson, South Carolina
U.S.A.

## Rebuttal Consumer Suggestion
Submitted: 3/2/2007 6:40:06 AM Modified: 3/2/2007 7:55:14 AM

### Real brokers work on contingency.

This company is obviously a scam. Money up front should not be required to contract with find buyers for anything.

When you're selling your house for example, the agent doesn't get paid until after it sells. potential buyer wants to evaluate the actual value of the property, the BUYER pays for the An investigation provided by the seller is worthless to a potential buyer because it is likely seller's favor.

Mike - Radford, Virginia
U.S.A.

**REBUTTAL BOX**
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.
CLICK HERE to File your OWN Rip-Off Report



Feel free to send us suggestions and comments to our editorial staff.  Technical questions can be addressed to our webmaster.  Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.  Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com