



...by consumers, for consumers

a service of
bad businessbureau.com

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | File | Search | Register | Login

About the ads below...





E-mail to a Friend
Printer Friendly Version

Submitted: **11/29/2006 3:11:09 AM**
Modified: **12/8/2006 1:45:46 PM**

Category:
**Business Consulting**

## Gw Equity, Citibank, Citigroup, Citi Commerce Solutions Big company Wasting Small Companies Time & Money New York New York *Consumer Comment ..Due Diligence

Company
**Gw Equity, Citibank, citigroup, citi Commerce Solutions**
Address:
**399 Park Ave.
New York New York 10043
U.S.A.**
Phone Number:
**212-559-1000**
Fax:

EXHIBIT 7

I was contacted by GW Equity an investment banking firm that maintained that they were the largest M&A Firm in the country. They assured me that a research team had qualified my company and that they had some investors that were specifically interested in my company and asked if I might be interested in selling off all or a portion of my company. I told them that ?everything was for sale fro a price and that I was listening.?

They told me that they had 1600 Fortune 500 Companies that were in their back pocket and that they could sell any company if the business owner could get his figures straight and represent the companies ?Value correctly? or something. It was a sellers market but this opportunity would only last as long as the interest was there.

Incidentally, they also had two experts that happened to be in my area and if I

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

**CLICK HERE**

**WANTED
DEAD BEAT
DADS &
MOMS
PUT YOUR
DEADBEAT
SPOUSE ON
TV!!!**
So maybe you can finally
**COLLECT $$$
WANTED**
Moms or dads who are owed more than six months child support by a deadbeat spouse...
After you filed your
Rip-off Report
email us at
EDitor@ripoffreport.com
Rip-off Report will forward your filed
Report to Producers.

**Add pictures to your Rip-off Report**

understood this was the most important sale my business would ever transact that I should drop everything and go to this seminar. I did drop everything and went.

Around noon, after explaining that what I was attempting to do was impossible without them, they told me that the simple retainer would cost me $29,000. I already have an evaluation of what my company is worth through a company that is immensely more credible than this GW Equity place so I did not even need that. What's more there was NO discussion about these ?interested? investors and the only way I could find that out was to go ahead and pay them the $29k so they could get started?Get started on what? I thought they already had interested investors, so what would be the big deal? They also assured me that ?By law? they could not guarantee the sale of my company no matter how much I paid them. So I got took. That I can take.

But what I cant take is the fact that this seminar cost me an entire day (Approx $5,000) that I wasted and that I cannot get back. I don't know who to sue, but you bet your backside I am looking into it.

Dave
Rockford, Minnesota
U.S.A.

Dave
Rockford, Minnesota
U.S.A.

Click here to read other Rip Off Reports on Citibank

**If you would like to see more Rip-off Reports™ on Gw Equity, Citibank,citigroup,citi Commerce Solutions, please use the search box below**

Gw Equity, Citibank,citigroup,citi Commerce Solutions [ Search ]

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

### Rebuttal Consumer Comment
Submitted: **12/8/2006 10:34:47 AM** Modified: **12/8/2006 1:45:46 PM**

## Due Diligence

Dave,

I'm sorry you had a bad experience with this firm.

On the other hand, my brother went to one of this firms seminars in Vienna, Virginia recently and told me that it was very informative and very professional. He said he was not pressured at all, and he learned some things that made him think about his business and personal financial picture in a

He did say that there is a fairly substantial fee that a company pays this firm to help sell their business, but he did not pay the fee and decided to consult with his attorney and estate planner instead as to whether or not he should sell his business right now. He did say one of the partnares at the firm wanted to set up a meeting after the seminar, but he thought it was just a sales pitch so he did not meet with the partner. By the way, my brother owns a 30 employee, 8 million yearly sales janitorial business that is very profitable.

I'm not sure why you are so upset about the firm, other than it seems you weren't diligent enough in getting your questions answered about the seminar you went to. As a small business owner myself, I make darn sure that I ask all the questions I need to about any 'firm' that wants to take some of my time or gives me some fluffy sales pitch that they can do things for my business that I cannot already do.

And if you are 'paying' yourself $5,000 per day, I would think that you are smart enough to know how to ask the right questions. By what you wrote and how you wrote it, I'm not convinced that you are.

Sounds more like sour grapes to me.

Either way, good luck to you.

Mark - Reston, Virginia
U.S.A.

### REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

