

Dockets.Justia.com



**cleall** Barristers
Solicitors

2500 Commerce Place
10155 - 102 Street
Edmonton, Alberta, Canada
T5J 4G8

Telephone:  (780) 425-2500
Facsimile:   (780) 425-1222

www.cleall.ca

Our File:                 3-74675

Your File:

December 4, 2006

Harvey Hott
hhott@cleall.ca
(780) 420-4326

*Assistant: Connie Cazac*
*connie@cleall.ca*
*(780) 917-8609*

**"WITHOUT PREJUDICE"**          **VIA REGULAR MAIL & FAX 972-232-1124**
Office of the General Counsel
GW Equity
MP Morgan International Plazac
#600, 14241 – Dallas Parkway
Dallas, Texas
USA  75254

**ATTENTION:  RAY WOOD**

Dear Sir:

**Re:     #50535 - Arttec Advertising Inc.**

After entering into the Agreement with GW Equity, I did some research to gather independent information about GW Equity.  When GW Equity presented their product, they naturally presented information and an analysis that was beneficial for their position and I decided that an independent view might provide some balance.  I ran across a website entitled www.ripoffreport.com.  The information in the report caused me some concern as it raised some issues that I had not considered prior to signing the Agreement.  Among other things, the article stated that after GW obtained the initial retainers, very little work if any was done in a timely manner.  The website seemed genuine and I began to rethink the prudence of the Agreement based in part on the contents of the website.

Yours truly,

Karl Fikar



EXHIBIT

8

Cleall Barristers Solicitors is an association for the practice of law.