AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

GW Equity, LLC

V.

Xcentric Ventures, LLC, www.ripoffreport.com, www.badbusinessbureau.com, Edward Magedson

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**3-07CV0976-K**

TO: (Name and address of Defendant)

Edward Magedson
1138 S. Rose
Mesa Arizona, 85204

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John T. Cox, III
Lynn Tillotson & Pinker, LLP
750 North Saint Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 - telephone
(214) 981-3839 (facsimile)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**CLERK OF COURT**                JUN - 1 2007

CLERK  _/s/ Thomas Drew_          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

    Northern        District of        Texas

GW Equity, LLC

**SUMMONS IN A CIVIL ACTION**

V.

Xcentric Ventures, LLC, www.ripoffreport.com, www.badbusinessbureau.com, Edward Magedson

CASE NUMBER:

3-07CV0976-K

TO: (Name and address of Defendant)

www.badbusinessbureau.com
c/o Edward Magedson
1138 S. Rose
Mesa, Arizona 85204

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John T. Cox, III
Lynn Tillotson & Pinker, LLP
750 North Saint Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 - telephone
(214) 981-3839 (facsimile)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT                       JUN - 1 2007

CLERK                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Northern | District of | Texas |

GW Equity, LLC

**SUMMONS IN A CIVIL ACTION**

V.

Xcentric Ventures, LLC, www.ripoffreport.com,
www.badbusinessbureau.com, Edward Magedson

CASE NUMBER:

3-07CV0976-K

TO: (Name and address of Defendant)

www.ripoffreport.com
c/o Edward Magedson
1138 S. Rose
Mesa, Arizona 85204

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John T. Cox, III
Lynn Tillotson & Pinker, LLP
750 North Saint Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 - telephone
(214) 981-3839 (facsimile)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT                              JUN - 1 2007

CLERK                                       DATE

_Thomas Drew_ (signature)

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Northern _____ District of _____ Texas _____

GW Equity, LLC

V.

Xcentric Ventures, LLC, www.ripoffreport.com, www.badbusinessbureau.com, Edward Magedson

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

3-07CV0976-K

TO: (Name and address of Defendant)

Xcentric Ventures, LLC
c/o Peter Busnack, Statutory Agent
8833 S JB Road
Reevis Mountain, Arizona 85545

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John T. Cox, III
Lynn Tillotson & Pinker, LLP
750 North Saint Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 - telephone
(214) 981-3839 (facsimile)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

DATE  JUN - 1 2007

CLERK  _Thomas Drew_ (signature)

(By) DEPUTY CLERK