UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| GW EQUITY, LLC, § | |
| § | |
| PLAINTIFF, § | |
| § | CIVIL ACTION |
| v. § | No. 3-07CV0976-K |
| § | |
| XCENTRIC VENTURES, LLC, § | |
| WWW.RIPOFFREPORT.COM, § | |
| WWW.BADBUSINESSBUREAU.COM, § | |
| and EDWARD MAGEDSON, § | |
| § | |
| DEFENDANTS. § | |

**PLAINTIFF GW EQUITY, LLC'S CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE COURT:

   Pursuant to Local Rules 7.4 and 3.1(f), Plaintiff GW Equity, LLC respectfully files this Certificate of Interested Persons:

   1.   GW Equity, LLC (Plaintiff)

   *Represented by*:

   John T. Cox III
   LYNN TILLOTSON & PINKER, L.L.P.
   750 N. St. Paul Street, Suite 1400
   Dallas, Texas 75201
   (214) 981-3800 Telephone
   (214) 981-3839 Facsimile

   2.   Xcentric Ventures, LLC (Defendant)

   3.   www.ripoffreport.com (Defendant)

   4.   www.badbusinessbureau.com (Defendant)

   5.   Edward Magedson, Individually (Defendant)

Respectfully submitted,

_____
John T. Cox, II
Texas Bar No. 24003722
LYNN TILLOTSON & PINKER, L.L.P.
750 N. St. Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

**ATTORNEY FOR PLAINTIFF**