UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY, LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | CIVIL ACTION |
| v. | § | |
| | § | No. 3-07-CV-0976-K |
| XCENTRIC VENTURES, LLC, | § | |
| WWW.RIPOFFREPORT.COM, | § | |
| WWW.BADBUSINESSBUREAU.COM, | § | |
| and EDWARD MAGEDSON, | § | |
| | § | |
| DEFENDANTS. | § | |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF
### IN SUPPORT OF ITS APPLICATION FOR INJUNCTIVE RELIEF
### AND SUBMIT ADDITIONAL DAMAGES EVIDENCE

Plaintiff's GW Equity, LLC ("GW Equity") request leave of this Court to file a supplemental brief and additional damages evidence in support of its application for injunctive relief. Although GW Equity set forth the basis as to why it was entitled to a preliminary injunction against Defendants Xcentric Ventures, LLC, www.ripoffreport.com, www.badbusisnessbureau.com, and Edward Magedson (collectively, "Defendants") in its Original Complaint for Damages and Emergency Application for Injunctive Relief filed on June 1, 2007, it would like the opportunity to fully more fully explain the legal grounds and factual bases to this Court that support the issuance of a preliminary injunction. Additionally, since filing its Application for Injunctive Relief, GW Equity has suffered more harm in the form of lost clients. GW Equity would like the opportunity to introduce this evidence, in the form of an affidavit from GW Equity President Ryan Binkley, to the Court in support of its request for a preliminary injunction. Therefore, GW Equity respectfully requests this Court to file the

MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF AND ADDITIONAL
EVIDENCE IN SUPPORT OF APPLICATION FOR INJUNCTIVE RELIEF    PAGE 1

Dockets.Justia.com

supplemental brief and appendix attached as Exhibit A to this Motion and supplemental damages evidence attached as Exhibit B to this Motion.

WHEREFORE, GW Equity requests that this Court grant its motion for Leave to File the supplemental brief, which is attached to this Motion as Exhibit A, and supplemental damages evidence, which is attached to this Motion as Exhibit B, and order that the papers be deemed filed as of the date of this Motion.

Dated: June 11, 2007                           Respectfully submitted,


                                               _____/s/ John T. Cox III_____
                                               John T. Cox III
                                               Texas Bar No. 24003722
                                               **LYNN TILLOTSON & PINKER, L.L.P.**
                                               750 N. St. Paul Street, Suite 1400
                                               Dallas, Texas  75201
                                               (214) 981-3800 Telephone
                                               (214) 981-3839 Facsimile

                                               **ATTORNEY FOR PLAINTIFF
                                               GW EQUITY, LLC**


## CERTIFICATE OF CONFERENCE

   Counsel for GW Equity has been attempting to effect service of process on the Defendants since filing its original complaint on June 1, 2007.  GW Equity, however, has only been able to serve Defendant Xcentric Ventures, LLC.  GW Equity has attempted to contact Ms. Maria Crimi Speth, counsel who has previously represented Defendant Magedson in other proceedings.  Despite all reasonable attempts, GW Equity has been unable to reach counsel for Defendants to determine whether they are opposed or unopposed to the contents of this motion.

Certified to this 11th day of June, 2007.


                                               _____*John T. Cox III*_____
                                               John T. Cox III

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the following counsel it believes represents Defendants by *via ECF and certified mail* on this 11th day of June, 2007.

Maria Crimi Speth, Esq.
Jaburg & Wilk, PC
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
mcs@jaburgwilk.com
Tel: (602) 248-1000
Direct: (602) 248-1089
Fax: (602) 248-0522

                                 */s/ John T. Cox III*
                                 John T. Cox III