05-976-K

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 11, 2007 @ 10:41 AM |
| NAME OF SERVER (PRINT) Jefferson Keyton | TITLE Process Server ID# SCH-0735 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

**Affidavit Attached**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 11, 2007        X _____
                Date                    Signature of Server

809 Rio Grande, Ste 103
Address of Server
Austin, TX  78701

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED
      JUN 12 2007
CLERK, U.S. DISTRICT COURT
By _____NB_____
         Deputy
```

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

Came to hand on the **11th** day of **June**, 2007, at **8:00** o'clock **am**.
Cause No. **3-07CV0976-K**

Executed at **1019 Brazos Street, 2nd Floor    Austin, Texas 78701** within the County of **Travis** at **10:41** o'clock **am** on the **11th** day of **June**, 2007, by delivering to the within named:

**XCENTRIC VENTURES, LLC,**
**by delivering to THE TEXAS SECRETARY OF STATE, by delivering to his designated agent, HELEN LUPERCIO, in person, true duplicate copies of this Summons in a Civil Case, with Plaintiff's Original Complaint for Damages and Emergency Application for Injunctive Relief, Exhibits, Plaintiff GW Equity, LLC'S Certificate of Interested Persons, and Order attached, having first endorsed upon both copies of such Summons the date of delivery.**

I am not a party to or interested in the outcome of the suit referenced above. I am authorized by written order to serve citation and other notices. I am not less than eighteen (18) years of age.

Service Fee $

| | |
|---|---|
| GW EQUITY, LLC<br><br>                    Plaintiff<br>V.<br>XCENTRIC VENTURES, LLC,<br>www.ripoffreport.com,<br>www.badbusinessbureau.com and<br>EDWARD MAGEDSON,    Defendants | By: _____<br>Jefferson R. Keyton   ID# SCH-735<br>(Authorized Person)<br><br>**THOMAS PROCESS**<br>809 Rio Grande Street<br>Suite 103<br>Austin, Texas 78701<br>(512) 320-8330 |

## VERIFICATION

STATE OF TEXAS          §
COUNTY OF TRAVIS        §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared **Jefferson R. Keyton**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this 11th day of June, A.D., 2007.

[Notary Seal: SCOTT L. THOMAS, Notary Public, State of Texas, My Commission Expires January 09, 2008]

_____
NOTARY PUBLIC, STATE OF TEXAS

34224/159-1094

Came To Hand

JUN 1 1 2007

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern    District of    Texas

GW Equity, LLC

**SUMMONS IN A CIVIL ACTION**

V.

Xcentric Ventures, LLC, www.ripoffreport.com,
www.badbusinessbureau.com, Edward Magedson

CASE NUMBER:

3-07CV0976-K

TO: (Name and address of Defendant)

Xcentric Ventures, LLC
c/o Peter Busnack, Statutory Agent
8833 S JB Road
Reevis Mountain, Arizona 85545

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John T. Cox, III
Lynn Tillotson & Pinker, LLP
750 North Saint Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 - telephone
(214) 981-3839 (facsimile)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT    JUN - 1 2007

CLERK    DATE

(By) DEPUTY CLERK

**Affidavit Attached**