UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **GW EQUITY, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | **CIVIL ACTION NO. 3:07-CV-0976-K** |
| § | **ECF** |
| **XCENTRIC VENTURES, LLC, et al.,** § | |
| § | |
| Defendants. § | |

## DEFENDANTS' NOTICE OF MANUAL FILING

Be advised that on this date Defendants filed an Application and Order for Admission *Pro Hac Vice* in the name of Maria Crimi Speth.

Dated: June 12, 2007.

        **KANE RUSSELL COLEMAN & LOGAN PC**

        By: /s/ Jeffrey S. Seeburger
            Jeffrey S. Seeburger
            State Bar No. 00788381

        3700 Thanksgiving Tower
        1601 Elm Street
        Dallas, Texas 75201
        Telephone:  214-777-4200
        Facsimile:   214-777-4299

        **ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served in accordance with the applicable Federal Rules of Civil Procedure on the 12th day of June, 2007, to:

> John T. Cox, III
> **LYNN TILLOTSON & PINKER, L.L.P.**
> 750 North St. Paul Street
> Suite 1400
> Dallas, Texas 75201

                                              /s/ Jeffrey S. Seeburger
                                              Jeffrey S. Seeburger