# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **GW EQUITY, LLC,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | **CIVIL ACTION** |
| v. | § | |
| | § | No. 3-07-CV-0976-K |
| **XCENTRIC VENTURES, LLC,** | § | |
| **WWW.RIPOFFREPORT.COM,** | § | |
| **WWW.BADBUSINESSBUREAU.COM,** | § | |
| **and EDWARD MAGEDSON,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

---

### AFFIDAVIT OF JOHN T. COX III

---

STATE OF TEXAS      §
                                    §
COUNTY OF DALLAS    §

Before me, the undersigned authority, personally appeared John T. Cox III, a person whose identity is know to me, being by me duly sworn, deposed as follows:

1.       My name John T. Cox III. I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated, and they are true and correct.

2.       I am an attorney of record for GW Equity, LLC.

3.       According to my investigation, Ed Magedson's usual place of abode and probable location is 1138 S. Rose, Mesa, Maricopa County, Arizona 85204 and/or 2033 E. McDowell, Apache Junction, Pinal County, Arizona 85006.



EXHIBIT

---

4.     Plaintiff attempted to serve a citation on at least seven occasions by process server, Jonathan S. Curtis, but have not been successful. *See* <u>Exhibits 1-A and 1-B</u>, Affidavits of Jonathan S. Curtis.

5.     Mr. Magedson has a history of evading service and making himself difficult to locate and serve. *See* <u>Exhibit 1-C</u> (article stating there is a "BIG financial reward for information being offered on the whereabouts of Ed Magedson of ripoffreport.com")

6.     Mr. Magedson is no stranger to litigation and has always been represented by Marie Crimi Speth or her law firm Jaburg & Wilk, P.C. in numerous federal courts proceedings. *See* <u>Exhibit 1-D</u>.  Specifically, she has represented him in the following matters:

    a.  *Randell v. Badbusinessbureau.com, et al.*, No. 2:03-cv-000848-FJM (Dist. Ariz. filed May 6, 2003)

    b.  *Tolner v. Badbusinessbureau.com, et al.*, No. 2:03-cv-00894 (Dist. Ariz. filed May 13, 2003)

    c.  *Bears v. Badbusinessbureau.com, et al.*, No. 2:03-cv-00895 (Dist. Ariz. filed May 13, 2003)

    d.  *Hy Cite v. Badbusinessbureau.com, et al.*, No. 2:04-cv-02856 (Dist. Ariz. filed Dec. 10, 2004)

    e.  *Deutch v. Kreb, et al.*, No. 2:04-cv-01175 (E.D. Cal. filed June 18, 2004)

    f.  *Trans Cont. Talent, et al v. Badbusinessbureau, et al.*, No. 6:03-cv-00279-ACC (M.D. Fla. filed Mar. 7, 2003)

    g.  *Whitney Information, et al. v. Xcentric Ventures, et al.*, No. 04-cv-00047 (M.D. Fla. filed Nov. 13, 2006)

    h.  *George S. May Int'l, et al. v. Xcentric Ventures, et al.*, No. 1:04-cv-06018 (N.D. Ill. filed Sept. 15, 2004)

    i.  *Energy Automation Sys., Inc. v. Xcentric Ventures, LLC, et al.*, No. 3:06-cv-01079 (M.D. Tenn. filed Nov. 6, 2006)

    j.  *MCW, Inc. v. www.badbusinessbureau.com, et al.*, No. 3:02-cv-02727 (N.D. Tex. filed Dec. 20, 2002)

    k.   *Hy Cite Corporation v.* Badbusinessbureau.com, LLC, No. 3:03-cv-0421-C
       (W.D. Wis. filed Aug. 5, 2003)

7.      In other cases when the Plaintiff has been unable to effect service upon Mr. Magedson, the Court has ordered substituted service through his attorney Ms. Speth.  *See* <u>Exhibit 1-E</u>.

8.      I have emailed all of Magedson's prior counsel a copy of the summons and citation.  *See* <u>Exhibit 1-F</u>.  Of these counsel who have responded, all have refused to accept service on Mr. Magedson's behalf.  *See* <u>Exhibit 1-G</u>.

AFFIANT SAYS NOTHING FURTHER.



_____
John T. Cox III

SWORN TO AND SUBSCRIBED BEFORE ME on the 12th day of June, 2007.

_____
Notary Public in and for the State of Texas

SEAL:

CHARITY L. PLATT
Notary Public, State of Texas
My Commission Expires
OCT. 31, 2009

# UNITED STATES DISTRICT COURT
## DUE DILIGENCE – NON SERVICE

DISTRICT: NORTHERN DISTRICT OF TEXAS

CASE / INDEX NO.

<div style="border:1px solid">3-07CV0976-K</div>

GW EQUITY, LLC _____ , PLAINTIFF (S)

- against -

Xcentric Ventures, LLC, www.ripoffreport.com,
www.badbusinessbureau.com, Edward Magedson
DEFENDANT (S)

**ENTITY ATTEMPTED**: Edward Magedson
**DOCUMENTS**: SUMMON IN A CIVIL ACTION , PLAINTIFF'S ORIGINAL
COMPLAINT FOR DAMAGES, AND EMERGENCY APPLICATION FOR
INJUCTIVE RELIEF, EXHIBITS, AND PLAINTIFF GW EQUITY, LLC'S
CERTIFICATE OF INTERESTED PERSONS
**ATTEMPT BY**:     JONATHAN S CURTIS
**TITLE**:          MARICOPA COUNTY SUPERIOR COURT OFFICER NO. 7222

Attempted Service to 1138 S. Rose, Mesa AZ 85204. Arrived at about 1:15pm on June 5, 2007.
Approached the front door, dogs appear to be home but no one else. Approached the Neighbors on the
North and South, No Answer. There is only a block wall for about a block across the street. About 3:30 or
so the neighbor to the north arrives home. I asked if he know if Edward Magedson lived next door
(pointing to the south) He stated he had not heard the name before and that he had lived there about a year.
He said that the people that live at (1138) that house were a young Hispanic couple, he thought his first
name was Marcos. I then Returned to my office and confirmed on Maricopa County Assessors office that
Marcos and Beris Godinez are the owners of the home on 1138 S. Rose, Mesa AZ.

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America
that the forgoing information contained in the Affidavit is true and correct.

DATE: 06 JUNE 2007

SIGNATURE OF SERVER: _Jonathan Curtis_

ADDRESS OF SERVER: P.O. BOX 2559, MESA, ARIZONA  85214-2559

SWORN TO BEFORE ME THIS   11 June 2007

NOTARY PUBLIC

OFFICIAL SEAL
JOYZELLE W. CURTIS
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Comm. Expires Sept. 3, 2010

**EXHIBIT**

tabbies

**1-A**

# UNITED STATES DISTRICT COURT
## DUE DILIGENCE – NON SERVICE

DISTRICT: NORTHERN DISTRICT OF TEXAS

CASE / INDEX NO.

| 3-07CV0976-K |
|---|

GW EQUITY, LLC                    , PLAINTIFF (S)

- against -

Xcentric Ventures, LLC, www.ripoffreport.com,
www.badbusinessbureau.com, Edward Magedson
DEFENDANT (S)

**ENTITY ATTEMPTED:** Edward Magedson

**DOCUMENTS:** SUMMON IN A CIVIL ACTION , PLAINTIFF'S ORIGINAL
COMPLAINT FOR DAMAGES, AND EMERGENCY APPLICATION FOR
INJUCTIVE RELIEF, EXHIBITS, AND PLAINTIFF GW EQUITY, LLC'S
CERTIFICATE OF INTERESTED PERSONS

**ATTEMPT BY:**     JONATHAN S CURTIS

**TITLE:**     MARICOPA COUNTY SUPERIOR COURT OFFICER NO. 7222

---

**Attempted Service to 2033 E. McDowell, Apache Junction Arizona**

1. June 5, 2007 at 9:15pm  No Answer
2. June 6, 2007 at 6:25 am  No Answer
3. June 6, 2007 At 11:10 am  No Answer
4. June 6, 2007 at 6:00pm  No Answer
5. June 6, 2007 at 7:55pm  Spoke with renter of detached shed looking building at the side of the home. He
stated that he knows Edward Magedson and rents and has been looking after his place for about 4 or 5
months but has not seen or heard from him in 3 months and does not know his whereabouts.

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America
that the forgoing information contained in the Affidavit is true and correct.

DATE: 06 JUNE 2007

SIGNATURE OF SERVER:     _Jonathan Slcuto_

ADDRESS OF SERVER: P.O. BOX 2559, MESA, ARIZONA  85214-2559

SWORN TO BEFORE ME THIS  _11 June 2007_

_Joyzelle W Cevte_

NOTARY PUBLIC

OFFICIAL SEAL
JOYZELLE W. CURTIS
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Comm. Expires Sept. 3, 2010

**EXHIBIT**

1-B

tabbies

# UNITED STATES DISTRICT COURT
## DUE DILIGENCE – NON SERVICE

DISTRICT: NORTHERN DISTRICT OF TEXAS

CASE / INDEX NO.

| 3-07CV0976-K |
| --- |

GW EQUITY, LLC                    , PLAINTIFF (S)

- against -

Xcentric Ventures, LLC, www.ripoffreport.com,
www.badbusinessbureau.com, Edward Magedson
DEFENDANT (S)

ENTITY ATTEMPTED: www.ripoffreport.com, c/o Edward Magedson
DOCUMENTS: SUMMON IN A CIVIL ACTION , PLAINTIFF'S ORIGINAL
COMPLAINT FOR DAMAGES, AND EMERGENCY APPLICATION FOR
INJUCTIVE RELIEF, EXHIBITS, AND PLAINTIFF GW EQUITY, LLC'S
CERTIFICATE OF INTERESTED PERSONS
ATTEMPT BY:      JONATHAN S CURTIS
TITLE:            MARICOPA COUNTY SUPERIOR COURT OFFICER NO. 7222

---

Attempted Service to 2033 E. McDowell, Apache Junction Arizona
1. June 5, 2007 at 9:15pm  No Answer
2. June 6, 2007 at 6:25 am  No Answer
3. June 6, 2007 At 11:10 am  No Answer
4. June 6, 2007 at 6:00pm  No Answer
5. June 6, 2007 at 7:55pm  Spoke with renter of detached shed looking building at the side of the home. He
stated that he knows Edward Magedson and rents and has been looking after his place for about 4 or 5
months but has not seen or heard from him in 3 months and does not know his whereabouts.

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America
that the forgoing information contained in the Affidavit is true and correct.

DATE: 06 JUNE 2007

SIGNATURE OF SERVER: _Jonathn Slints_

ADDRESS OF SERVER: P.O. BOX 2559, MESA, ARIZONA  85214-2559

SWORN TO BEFORE ME THIS  11 June 2007

_Joyzelle W Curtis_
NOTARY PUBLIC

OFFICIAL SEAL
JOYZELLE W. CURTIS
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Comm. Expires Sept. 3, 2010

# UNITED STATES DISTRICT COURT
## DUE DILIGENCE – NON SERVICE

DISTRICT: NORTHERN DISTRICT OF TEXAS

CASE / INDEX NO.

> **3-07CV0976-K**

GW EQUITY, LLC _____, PLAINTIFF (S)
- against -

Xcentric Ventures, LLC, www.ripoffreport.com,
www.badbusinessbureau.com, Edward Magedson
DEFENDANT (S)

**ENTITY ATTEMPTED:** www.badbusinessbureau.com, c/o Edward Magedson
**DOCUMENTS:** SUMMON IN A CIVIL ACTION , PLAINTIFF'S ORIGINAL
COMPLAINT FOR DAMAGES, AND EMERGENCY APPLICATION FOR
INJUCTIVE RELIEF, EXHIBITS, AND PLAINTIFF GW EQUITY, LLC'S
CERTIFICATE OF INTERESTED PERSONS
**ATTEMPT BY:**    JONATHAN S CURTIS
**TITLE:**       MARICOPA COUNTY SUPERIOR COURT OFFICER NO. 7222

---

**Attempted Service to 2033 E. McDowell, Apache Junction Arizona**
1. June 5, 2007 at 9:15pm  No Answer
2. June 6, 2007 at 6:25 am  No Answer
3. June 6, 2007 At 11:10 am  No Answer
4. June 6, 2007 at 6:00pm  No Answer
5. June 6, 2007 at 7:55pm  Spoke with renter of detached shed looking building at the side of the home. He
stated that he knows Edward Magedson and rents and has been looking after his place for about 4 or 5
months but has not seen or heard from him in 3 months and does not know his whereabouts.

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America
that the forgoing information contained in the Affidavit is true and correct.

DATE: 06 JUNE 2007

SIGNATURE OF SERVER: _Jonathan Shuto_

ADDRESS OF SERVER: P.O. BOX 2559, MESA, ARIZONA  85214-2559

SWORN TO BEFORE ME THIS  11 June 2007

NOTARY PUBLIC

> OFFICIAL SEAL
> JOYZELLE W. CURTIS
> NOTARY PUBLIC - ARIZONA
> MARICOPA COUNTY
> My Comm. Expires Sept. 3, 2010

# THE FTC IS NOW AWARE OF A PATTERN OF COMPLAINTS AGAINST MAGEDSON AND THE RIPOFFREPORT SITE!

**If you have been slandered and defamed on magedson's sites, extorted by magedson or have been the victim of an attempt to exortion by him, PLEASE FILE A COMPLAINT on: www.ftc.gov. They are opening an investigation but we need more accounts of his extortion illegal practices! The more complaints the quicker they'll take out his web sites and arrrest him! FILE A COMPLAINT NOW!**

FEB 2007: Defamation Action League - Where is Magedson Today?
http://www.defamationaction.com/viewtopic.php?t=11

NOV 2005: The Internet The Wonderful And Dreadful Tool By Helene Goldnadel Of I.C.A.
http://www.prweb.com/releases/2005/11/prweb313997.php

MAY 2005: NEW JUDGEMENTS AGAINST MAGEDSON
http://www.bad-business-rip-off.com

ED MAGEDSON IS GETTING BEAT IN FLORIDA!
Click here for details

## PUBLIC WARNING: ED MAGEDSON

FILE A REPORT WITH THE FEDERAL TRADE COMMISSION AGAINST ED MAGEDSON AND RIPOFFREPORT.COM

 **WATCH VIDEO REPORT ON RIPOFFREPORT.COM & ED MAGEDSON**
(If you cannot see the video, you need to download the free Real Player here)

**CLICK HERE TO SEE AN EXTORTION LETTER FROM MAGEDSON TO HY CITE**



**Ed Magedson of RipOffReport.com** is a **WANTED** criminal that extorts individuals that have posted on RipOffReport.com and legitimate companies for money and he may be operating one of the biggest criminal enterprises ever created on the Internet and it is being perpetrated by a group of criminals with a track record of fraudulent activity. For more ground breaking information on how he operates his fraudulent scheme, please visit the Bureau of Ethical Internet Communication.

http://www.goodbusinessbureau.com

**WARNING: International Creative Artists wishes to warn individuals such as disgruntled employees or competitor type of businesses, seeking to harm ICA and or its owner, and/or employees, and/or graduates, by posting defaming comments on Magedson's site. All the companies and individuals suing Magedson and his shaddy extorsion business will eventually have access to information pertaining to the identity of the parties who posted the slandering, defaming comments. Including of course Magedson himself, his employees and partners. Such criminals will be sued to the full extent of the Law.**

http://www.bad-business-rip-off.com/badbusinessbureau.com-judgment.html

Lawsuits have also been filed against Michael L. Potter of ezbc.com and ripoffreport.com **CLICK HERE TO FILE A COMPLAINT WITH THE FBI AGAINST ED MAGEDSON AND MICHAEL L. POTTER!**



EXHIBIT

tabbies

I-C

Ed Magedson was previously arrested on the following charges...



- **Marijuana possession & paraphernalia,** (click here)
- **Check fraud**  (click here)
- **Assault & Battery** (click here)
- **Default Judgment $30,041.21,** (click here)

**Click here for more of Ed's legal problems**

## WHAT WE KNOW...

ED MAGEDSON DRIVES A 1986 PONTIAC.
ED MAGEDSON'S DRIVER'S LICENSE IS NOT VALID.
ED MAGEDSON DOES NOT HAVE ANY UTILITIES UNDER HIS NAME.
ED MAGEDSON HAS NO RESIDENCE UNDER HIS NAME.
ED MAGEDSON HAS A FEW LAWSUITS OUT OF FLORIDA AND DIFFERENT STATES IN THE US.
ED MAGEDSON HAS A FEW UNSATISFIED JUDGEMENTS AGAINST HIM.
ED MAGEDSON IS IN HIDING!

Ed Magedson of ripoffreport.com, (as per the detective we hired), last lived with his parents at 1138 S Rose, Mesa, AZ 85204-5306. Martin Magedson, his father passed away in 1999. When Sylvia Magedson his mother passed away in 2001, Ed Magedson sold the house.

## WHAT ED HAS DONE TO INTERNATIONAL CREATIVE ARTISTS (ICA)...

ED POSTED DEFAMATORY MATERIAL / FAKE COMPLAINTS ON HIS SITE (RIPOFFREPORT.COM)
ED PUBLISHED SLANDER WITHOUT CHECKING LEGITIMACY OF COMPLAINTS
ED HAS ALLOWED AN INDIVIDUAL TO POST MULTIPLE BAD COMMENTS UNDER VARIOUS NAMES
ED PLACED THREATENING AND HARASSING PHONE CALLS TO HELENE GOLDNADEL (ICA)
ED USED EDITORIAL CONTROL BY "FILTERING" OUT MOST ICA REBUTTALS

Click here If you too have been a victim of Ed Magedson's slanderous and fraudulent reports.

## BIG CASH REWARD OFFERED BY ICA

**"Our company [ International Creative Artists ] is suing but we do not have a location where to serve these individuals with a lawsuit," says Goldnadel. "These individuals published 'complaints' on their site, which veracity they did not check."**

Owner Helene Goldnadel of International Creative Artists is offering a reward for information on the whereabouts of Ed Magedson of ripoffreport.com and the whereabouts of Michael L. Potter, the owner of ezbc.com aka modelingscams.com. International Creative Artists and Helene Goldnadel will compensate any one who can produce an address for Ed Magedson, and a name and an address for modelingscams.com's owner, upon actually serving these individuals with a lawsuit. Please contact **Helene Goldnadel at (949) 250-9888** with any helpful information.

## NEWS UPDATE: 6/3/04

ON JUNE 3RD 2004 WHEN THIS SITE CAME OUT, ED MAGEDSON IMMEDIATELY ADDED A FAKE COMPLAINT TO THE COLLECTION HE POSTED ON HIS SITE ABOUT INTERNATIONAL CREATIVE ARTISTS, ACCUSING US OF BEING A SIMILAR COMPANY TO ONE OF THE FRANCHISED SCHOOLS.

HE CLEARLY SHOWED HIS WAYS AGAIN, OF EDITORIAL CONTROL AND FRAUDULENT ACTIVITIES. THE OWNER OF MODELINGSCAMS.COM, PUT UP A NOTE ON HIS SITE THE SAME DAY SUGGESTING THAT PEOPLE WOULD NOT TAKE OUR CLASSES, CLEARLY SHOWING HIS DEFAMING INTENT.

Indeed, Michael L. Potter added to his site an advice for people to make sure to "audit our classes", suggesting that our classes are not good! This character out of Canada, who never came to our school, never took any of our classes, never actually attempted to get actual information about ICA, has posted defaming contents on his site. Michael L. Potter, has posted slandering and defaming comments about ICA, without checking that the "complaints" are actually from students who entered legal contracts with our school. Such "complaints" came from the same going out of business Orange County school, which got kicked out of one of the franchised modeling schools. Such complaints came from some "wanna be" competition, out to tarnish Helene Goldnadel's and ICA's reputation. Michael L. Potter, on top of it all, added a link to convicted felon's site Ed Magedson. Potter did not check on the accuracy of Magedson's postings any more than Magedson did. Then, when posting Helene Goldnadel's attempt at responding to such insanity, MICHAEL L. POTTER EDITED HER COMMENTS!

# IMPORTANT LINKS

http://www.bad-business-rip-off.com/

http://www.bad-business-rip-off.net/hycite.html

http://selectyourgifts.com/ripoff.htlm

http://www.bad-business-rip-off.com/coward.html

http://www.bad-business-rip-off.com/legalproblems.html

http://www.superiorcourt.maricopa.gov/docket/civil/caseInfo.asp?caseNumber=CV1995-004052

http://www.superiorcourt.maricopa.gov/docket/civil/caseInfo.asp?caseNumber=CV1996-003594

http://www.superiorcourt.maricopa.gov/docket/civil/caseInfo.asp?caseNumber=CV1997-007151

http://www.superiorcourt.maricopa.gov/docket/civil/caseInfo.asp?caseNumber=CV2004-020368

http://www.superiorcourt.maricopa.gov/docket/civil/caseInfo.asp?caseNumber=CV2004-021685

http://www.superiorcourt.maricopa.gov/docket/civil/caseInfo.asp?caseNumber=CV2004-090712

http://www.dc.bbb.org/report.html?national=Y&compid=1038533

http://www.alyontechnologies.com/about/11262003.pdf

http://www.prnewswire.com/cgi-bin/stories.pl?ACCT=104&STORY=/www/story/07-25-2003/0001989115&EDATE=

## GW Equity

| Defendant Name | Case # | Filed | Closed | Case Type | Case Name | Defendants' Attorney |
|---|---|---|---|---|---|---|
| | | | | Arizona District Court CM/ECF | | |
| Badbusinessbureau.Com | 2:2003cv00848 | 5/6/2003 | 4/13/2004 | Assault, Libel, and Slander | *Randell v. BADbusinessbureau.or, et al* | **Maria Crimi Speth** Jaburg & Wilk PC Great American Tower 3200 N Central Ave Ste 2000 Phoenix, AZ 85012 602-248-1000 602-248-0522 (fax) mcs@jaburgwilk.com *Assigned: 06/05/2003* *[Represented Defendants* *Badbusinessbureau & Magedson]* |
| Badbusinessbureau.Com, LLC | 2:2003cv00848 | 5/6/2003 | 4/13/2004 | Assault, Libel, and Slander | *Randell v. BADbusinessbureau.or, et al* | |
| Badbusinessbureau.Org | 2:2003cv00848 | 5/6/2003 | 4/13/2004 | Assault, Libel, and Slander | *Randell v. BADbusinessbureau.or, et al* | |
| Badbusinessbureau.Com | 2:2003cv00894 | 5/13/2003 | 4/13/2004 | Assault, Libel, and Slander | *Tolner v. BADbusinessbureau.or, et al* | **Maria Crimi Speth** Jaburg & Wilk PC Great American Tower 3200 N Central Ave Ste 2000 Phoenix, AZ 85012 602-248-1000 602-248-0522 (fax) mcs@jaburgwilk.com *Assigned: 06/19/2003* *[Represented Defendants* *Badbusinessbureau & Magedson]* |
| Badbusinessbureau.Com, LLC | 2:2003cv00894 | 5/13/2003 | 4/13/2004 | Assault, Libel, and Slander | *Tolner v. BADbusinessbureau.or, et al* | |
| Badbusinessbureau.Org | 2:2003cv00894 | 5/13/2003 | 4/13/2004 | Assault, Libel, and Slander | *Tolner v. BADbusinessbureau.or, et al* | |
| Badbusinessbureau.Org | 2:2003cv00895 | 5/13/2003 | 4/13/2004 | Assault, Libel, and Slander | *Bears v. BADbusinessbureau.or, et al* | **Maria Crimi Speth** Jaburg & Wilk PC Great American Tower 3200 N Central Ave Ste 2000 Phoenix, AZ 85012 602-248-1000 602-248-0522 (fax) mcs@jaburgwilk.com *Assigned: 06/05/2003* *[Represented Defendants* *Badbusinessbureau & Magedson]* |
| Badbusinessbureau.Com | 2:2003cv00895 | 5/13/2003 | 4/13/2004 | Assault, Libel, and Slander | *Bears v. BADbusinessbureau.or, et al* | |



EXHIBIT
1-D

| Defendant Name | Case # | Filed | Closed | Case Type | Case Name | Defendants' Attorney |
|---|---|---|---|---|---|---|
| Xcentric Ventures, LLC | 2:2004cv02856 | 12/10/2004 | | Racketeer Influenced and Corrupt Organizations | Hy Cite Corporation v. Badbusinessbureau.co, et al | **Maria Crimi Speth** Jaburg & Wilk PC Great American Tower 3200 N Central Ave Ste 2000 Phoenix, AZ 85012 602-248-1000 602-248-0522 (fax) mcs@jaburgwilk.com Assigned: 02/17/2005 [Represented Defendants Badbusinessbureau, Magedson, & Xcentric Ventures, LLC] |
| Badbusinessbureau.Com | 2:2004cv02856 | 12/10/2004 | | Racketeer Influenced and Corrupt Organizations | Hy Cite Corporation v. Badbusinessbureau.co, et al | |
| Badbusinessbureau.Com/Rip-Off Report.Com | 2:2004cv02856 | 12/10/2004 | | Racketeer Influenced and Corrupt Organizations | Hy Cite Corporation v. Badbusinessbureau.co, et al | |
| Ripoffreport.Com | 2:2004cv02856 | 12/10/2004 | | Racketeer Influenced and Corrupt Organizations | Hy Cite Corporation v. Badbusinessbureau.co, et al | |
| **California Eastern District Court CM/ECF** | | | | | | |
| Magedson, Edward | 2:2004cv01175 | 6/18/2004 | 8/26/2004 | Assault, Libel, and Slander | Deutch v. Kreb, et al | **Roger L Cohen** Jaburg and Wilk 3200 North Central Suite 2000 Phoenix, AZ 85012 620-248-1000 rlc@jaburgwilk.com Assigned: 06/18/2004 [Represented Defendants Badbusinessbureau & Magedson] |
| Ripoffreport.Com | 2:2004cv01175 | 6/18/2004 | 8/26/2004 | Assault, Libel, and Slander | Deutch v. Kreb, et al | |
| Badbusinessbureau.Com | 2:2004cv01175 | 6/18/2004 | 8/26/2004 | Assault, Libel, and Slander | Deutch v. Kreb, et al | |
| **Florida Middle District Court CM/ECF** | | | | | | |
| Badbusinessbureau, LLC | 6:2003cv00279 | 3/7/2003 | 10/28/2003 | Other Statutory Actions | Trans Cont. Talent, et al v. Badbusinessbureau, et al | **Maria Crimi Speth** Jaburg & Wilk, P.C. 3200 North Central Ave., Suite 2000 Phoenix, AZ 85012 602/248-1089 602/248-0522 (fax) mcs@jaburgwilk.com Assigned: 06/20/2003 [Represented Defendants Badbusinessbureau & Magedson] |
| Xcentric Ventures, LLC | 2:2004cv00047 | 11/13/2006 | | Trademark | Whitney Information, et al v. Xcentric Ventures, et al | **Jonathan P. Ibsen** Jaburg & Wilk, P.C. |

2

| Defendant Name | Case # | Filed | Closed | Case Type | Case Name | Defendants' Attorney |
|---|---|---|---|---|---|---|
| Badbusinessbureau.Org | 2:2004cv00047 | 11/13/2006 | | Trademark | *Whitney Information, et al v. Xcentric Ventures, et al* | 7047 E. Greenway Pkwy. Suite 140 Scottsdale, AZ 85254 *[Represented Defendants Badbusinessbureau, Magedson, & Xcentric Ventures, LLC]* **Maria Crimi Speth** Jaburg & Wilk, P.C. 3200 North Central Ave., Suite 2000 Phoenix, AZ 85012 602/248-1089 602/248-0522 (fax) mcs@jaburgwilk.com *Assigned: 03/21/2005* *[Represented Defendants Badbusinessbureau, Magedson, & Xcentric Ventures, LLC]* |
| **Illinois Northern District Court CM/ECF** | | | | | | |
| Badbusinessbureau.Com | 1:2004cv06018 | 9/15/2004 | 2/9/2007 | Other Statutory Actions | *George S May Intl, et al v. Xcentric Ventures, et al* | **Maria Crimi Speth** Jaburg & Wilk, P.C. 3200 North Central Avenue Suite 2000 Phoenix, AZ 85012 (602)248-1089 mcs@jaburgwilk.com *Assigned: 10/20/2005 rep ABC.* *[Represented Defendants Xcentric Ventures, Magedson, Badbusinessbureau & Rip-off Report]* |
| **Tennessee Middle District Court CM/ECF** | | | | | | |
| Magedson, Edward | 3:2006cv01079 | 11/6/2006 | | Racketeer Influenced and Corrupt Organizations | *Energy Automation Systems, Inc. v. Xcentric Ventures, LLC et al* | **Maira Crimi Speth** Jaburg & Wilk PC 3200 N Central Avenue Suite 2000 |
| Xcentric Ventures, LLC | 3:2006cv01079 | 11/6/2006 | | Racketeer Influenced and Corrupt Organizations | *Energy Automation Systems, Inc. v. Xcentric Ventures, LLC et al* | Phoenix, AZ 85012 US (602) 248-1000 *Assigned: 03/27/2007* |

3

4

| Defendant Name | Case # | Filed | Closed | Case Type | Case Name | Defendants' Attorney |
|---|---|---|---|---|---|---|
| | | | | | | *[Represented Defendant Xcentric Ventures, LLC]* |
| **Texas Northern District Court CM/ECF** | | | | | | |
| Magedson, Edward | 3:2002cv02727 | 12/20/2002 | 4/19/2004 | Other Statutory Actions | *MCW Inc v. www.badbusinessbureau.com LLC, et al* | **Maria Crimi Speth**<br>Grant Williams<br>3200 N Central Ave<br>Suite 2400<br>Phoenix, AZ 85012<br>602/258-7100<br>602/258-6288 FAX (fax)<br>*Assigned: 02/28/2003* |
| **Wisconsin Western District Court** | | | | | | |
| Badbusinessbureau.Com | 3:2003cv00421 | 8/5/2003 | 1/13/2004 | Assault, Libel, and Slander | *Hy Cite Corporation Vs. Badbusinessbureau.Com, L.L.C.* | **Maria Crimi Speth**<br>Grant Williams<br>3200 N Central Ave<br>Suite 2400<br>Phoenix, AZ 85012<br>602/258-7100<br>602/258-6288 (fax) |
| Badbusinessbureau.Com, LLC | 3:2003cv00421 | 8/5/2003 | 1/13/2004 | Assault, Libel, and Slander | *Hy Cite Corporation Vs. Badbusinessbureau.Com, L.L.C.* | |
| Ripoffreport.Com | 3:2003cv00421 | 8/5/2003 | 1/13/2004 | Assault, Libel, and Slander | *Hy Cite Corporation Vs. Badbusinessbureau.Com, L.L.C.* | *[Represented Defendants Badbusinessbureau.com and Ripoffreport.com]* |



FILED — LODGED
— RECEIVED — COPY

MAR 2 4 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z_DEPUTY

✓ FILED        LODGED
— RECEIVED    COPY

APR 1 9 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY____KGS____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy Cite Corporation, a Wisconsin Corporation, | NO: CV04-2856 PHX EHC |
| Plaintiff, | |
| v. | |
| badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; Xcentric Ventures, LLC, an Arizona Limited Liability Company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; and Ed Magedson, an Arizona resident, | [PROPOSED] ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT ED MAGEDSON AND GRANTING HY CITE'S MOTION TO EXTEND TIME FOR SERVICE |
| Defendants. | |

Upon full consideration of Plaintiff Hy-Cite's Motion For Alternative Service On Defendant Ed Magedson, and its memorandum and affidavits in support thereof, and upon finding good cause appearing therein, the Court hereby GRANTS Plaintiff's Motion For Alternative Service On Defendant Ed Magedson, and ORDERS and DIRECTS as follows:

A.    Maria Crimi Speth shall accept service on Ed Magedson's behalf and personally deliver the Summons and Amended Complaint to Defendant Magedson.

B.    Plaintiff Hy Cite shall cause a copy of the Summons, the Amended Complaint, and a copy of this Order to be served upon Maria Crimi Speth, by personal service, or by certified mail to her business office, JABURG & WILK, P.C., 3200 North Central Avenue, Suite 2000, Phoenix, AZ 85012. The effective date of service shall be

29

EXHIBIT

1-E

when the foregoing papers are received by Ms. Crimi Speth personally or when delivery is received by her law office. Defendant Magedson shall have 20 days from the date Crimi Speth or her law firm is served with the foregoing papers to Answer or otherwise respond to the Amended Complaint.

C.      Plaintiff Hy Cite shall serve a copy of the Summons, the Amended Complaint, and a copy of this Order authorizing service by alternative means, by mailing them to Ed Magedson at his last known physical address supplied to the United States Postal Service, 5250 S. Hardy #1114, Tempe, AZ 85282.

D.      Defendant Magedson shall pay Plaintiff all costs and fees incurred as a result of Defendant Magedson's avoidance of Service of Process. Plaintiff Hy Cite shall move for an award of costs and fees within 45 days of this Order.

E.      Plaintiff Hy Cite, absent good cause for noncompliance, shall cause service to be effectuated within 45 days of this Order.

DONE IN OPEN COURT this _18_ day of ~~March,~~ April 2005.

_____
The Honorable Earl H. Carroll

422034

2

| | |
|---|---|
| **From:** | Trey Cox |
| **Sent:** | Friday, June 08, 2007 3:31 PM |
| **To:** | 'dag@jaburgwilk.com' |
| **Cc:** | Trey Cox |
| **Subject:** | FW: GW Equity v. Rip-Off.com |
| **Attachments:** | Xerox002.PDF; GW Filing.pdf; Xerox001.PDF |

Please see below and attached



**John T. Cox III**
tcox@lynnllp.com
Lynn Tillotson & Pinker, L.L.P.
750 N. St. Paul, Suite 1400
Dallas, TX 75201
(214) 981-3813 (direct dial)
(214) 981-3839 (fax)
http:\\www.lynnllp.com

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

**From:** Trey Cox
**Sent:** Friday, June 08, 2007 2:49 PM
**To:** 'jpi@jaburgwilk.com'
**Subject:** GW Equity v. Rip-Off.com

Counsel:

I am sending you the attached correspondence because you because you have previously represented Ed Magedson, Xcentric Ventures, LLL, Ripoffreport.com or badbusinessbureau.com.

Please read the attached and notify your client of the lawsuit and temporary injunction hearing set for June 14, 2007 at 10:15 CST.

Please contact me if you have any questions.

Thank you.



**John T. Cox III**

6/12/2007



EXHIBIT

1-F

Lynn Tillotson & Pinker, L.L.P.
750 N. St. Paul, Suite 1400
Dallas, TX 75201
(214) 981-3813 (direct dial)
(214) 981-3839 (fax)
http:\\www.lynnllp.com

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

| | |
|---|---|
| **From:** | David S. Gingras [dsg@jaburgwilk.com] |
| **Sent:** | Friday, June 08, 2007 4:51 PM |
| **To:** | Trey Cox |
| **Cc:** | Debra A. Gower; Maria Crimi Speth |
| **Subject:** | FW: GW Equity v. Rip-Off.com |
| **Attachments:** | image001.jpg |

Mr. Cox,

I am an associate attorney in Maria Speth's office.  Your messages below (one to Ms. Speth's assistant and another to a lawyer in this firm who does not have any relationship with Xcentric Ventures or Ed Magedson) have been forwarded to me.

Please note that Ms. Speth is out of the office all week on vacation and will return some time on Monday, June 11, 2007.  Because Ms. Speth is not in the office, she has not yet reviewed any of the materials you forwarded and will not be able to do so until next week at the earliest.

Please note that I am <u>not</u> authorized to accept service of process for any defendant you have named, nor are the others you previously emailed.

David S. Gingras, Esq.
*Jaburg & Wilk, P.C.*
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Phone: (602) 248-1000
Fax: (602) 248-0522

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602) 248-1000, or via e-mail, and delete this message and all attachments thereto.

*IRS Circular 230 Disclosure*

*IRS regulations require us to notify you that this communication was not intended or written to be used, and cannot be used, by you as the taxpayer, for the purpose of avoiding penalties that the IRS might impose on you.*

---

**From:** Trey Cox [mailto:tcox@lynnllp.com]
**Sent:** Friday, June 08, 2007 1:31 PM
**To:** Debra A. Gower
**Cc:** Trey Cox
**Subject:** FW: GW Equity v. Rip-Off.com

Please see below and attached





**John T. Cox III**
tcox@lynnllp.com
Lynn Tillotson & Pinker, L.L.P.

6/11/2007

(214) 981-3813 (direct dial)
(214) 981-3839 (fax)
http:\\www.lynnllp.com

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

---

**From:** Trey Cox
**Sent:** Friday, June 08, 2007 2:49 PM
**To:** 'jpi@jaburgwilk.com'
**Subject:** GW Equity v. Rip-Off.com

Counsel:

I am sending you the attached correspondence because you because you have previously represented Ed Magedson, Xcentric Ventures, LLL, Ripoffreport.com or badbusinessbureau.com.

Please read the attached and notify your client of the lawsuit and temporary injunction hearing set for June 14, 2007 at 10:15 CST.

Please contact me if you have any questions.

Thank you.



**John T. Cox III**
tcox@lynnllp.com
Lynn Tillotson & Pinker, L.L.P.
750 N. St. Paul, Suite 1400
Dallas, TX 75201
(214) 981-3813 (direct dial)
(214) 981-3839 (fax)
http:\\www.lynnllp.com

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

6/11/2007

**Trey Cox**

| | |
|---|---|
| **From:** | Maria Crimi Speth [mcs@jaburgwilk.com] |
| **To:** | Trey Cox |
| **Sent:** | Friday, June 08, 2007 5:19 PM |
| **Subject:** | Read: GW Equity v. Rip-Off.com |

Your message

    To:        mcs@jaburgwilk.com
    Subject:

was read on 6/8/2007 5:19 PM.

1

**Trey Cox**

| | |
|---|---|
| **From:** | Roger L. Cohen [rlc@jaburgwilk.com] |
| **To:** | Trey Cox |
| **Sent:** | Friday, June 08, 2007 4:38 PM |
| **Subject:** | Read: GW Equity v. Rip-Off.com |

Your message

    To:          rlc@jaburgwilk.com
    Subject:

was read on 6/8/2007 4:38 PM.

**Trey Cox**

| | |
|---|---|
| **From:** | System Administrator |
| **To:** | Maria Crimi Speth; Jonathan P. Ibsen; Roger L. Cohen |
| **Sent:** | Friday, June 08, 2007 3:29 PM |
| **Subject:** | Delivered:Delivery Status Notification (Success) |

Your message

    To:        jpi@jaburgwilk.com
    Subject:    GW Equity v. Rip-Off.com

was delivered to the following recipient(s):

    Maria Crimi Speth on 6/8/2007 3:29 PM
    Jonathan P. Ibsen on 6/8/2007 3:29 PM
    Roger L. Cohen on 6/8/2007 3:29 PM

**Trey Cox**

| | |
|---|---|
| **From:** | Maria Crimi Speth [mcs@jaburgwilk.com] |
| **Sent:** | Friday, June 08, 2007 3:29 PM |
| **To:** | Trey Cox |
| **Subject:** | Out of Office AutoReply: GW Equity v. Rip-Off.com |

I am out of the office until June 11, 2007.  I will have limited access to my email. If
you need immediate assistance please reach Debbie at dag@jaburgwilk.com.

**From:** Weinkle, James A. [mailto:JAWeinkle@duanemorris.com]
**Sent:** Monday, June 11, 2007 8:43 AM
**To:** Trey Cox; jpi@jaburgwilk.com
**Subject:** RE: GW Equity v. Rip-Off.com

Mr. Cox -

I do not represent Ripoffreport.com, Ed Magedson, Xcentric Ventures, LLL, or badbusinessbureau.com.



**James A. Weinkle**
Partner

Duane Morris LLP
200 South Biscayne Boulevard, Suite 3400
Miami, FL 33131-2397
P: 305.960.2285
F: 305.960.2201

● **BIO**
● **E-MAIL**
● **WEB SITE**
● **VCARD**

**From:** Trey Cox [mailto:tcox@lynnllp.com]
**Sent:** Friday, June 08, 2007 3:49 PM
**To:** jpi@jaburgwilk.com
**Subject:** GW Equity v. Rip-Off.com

Counsel:

I am sending you the attached correspondence because you because you have previously represented Ed Magedson, Xcentric Ventures, LLL, Ripoffreport.com or badbusinessbureau.com.

Please read the attached and notify your client of the lawsuit and temporary injunction hearing set for June 14, 2007 at 10:15 CST.

Please contact me if you have any questions.

Thank you.

*Trey*

**John T. Cox III**
tcox@lynnllp.com
Lynn Tillotson & Pinker, L.L.P.

750 N. St. Paul, Suite 1400
Dallas, TX 75201
(214) 981-3813 (direct dial)
(214) 981-3839 (fax)
http:\\www.lynnllp.com

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

**Trey Cox**

| | |
|---|---|
| **From:** | Weinkle, James A. [JAWeinkle@duanemorris.com] |
| **To:** | Trey Cox |
| **Sent:** | Friday, June 08, 2007 3:22 PM |
| **Subject:** | Read: GW Equity v. Rip-Off.com |

Your message

    To:        JAWeinkle@duanemorris.com
    Subject:

was read on 6/8/2007 3:22 PM.

**Trey Cox**

| | |
|---|---|
| **From:** | postmaster@lynnllp.com |
| **Sent:** | Friday, June 08, 2007 3:17 PM |
| **To:** | Trey Cox |
| **Subject:** | Delivery Status Notification (Relay) |

**Attachments:**     ATT310704.txt; GW Equity v. Rip-Off.com


ATT310704.txt
(233 B)


GW Equity v.
Rip-Off.com

```
            This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested
delivery status notifications may not be generated by the destination.

    JAWeinkle@duanemorris.com
```

1

Trey Cox

**From:**    David M Snyder [dmsnyder@dms-law.com]
**Sent:**    Friday, June 08, 2007 3:37 PM
**To:**    Trey Cox
**Subject:** RE: GW Equity v. Rip-Off.com

Mr. Cox:

I do not now represent any of the persons or entities you list in your email below in any matter or capacity.  I do not know how to contact any of the persons or entities you list in your email below.

I will not be forwarding your email or any of the information contained in it to any person or entity.  You may not rely on your email to me as notice to any person or entity of any of the matters attached to or discussed in your email.

Sincerely,

David M. Snyder
Law Office of David M. Snyder, P.A.
dmsnyder@dms-law.com
www.dms-law.com
Telephone: 813.258.4501
Toll Free: 866.286.6001
Facsimile: 813.258.4402


PLEASE NOTE:

1.  The foregoing is not intended to be a legally binding or legally effective electronic signature.

2.  This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual(s) or entity(ies) to which it is addressed.  This message may contain information that is privileged, proprietary, confidential, or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it, electronically, verbally or in writing.  If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.  I apologize for any inconvenience this may have caused you. Thank you.


---

**From:** Trey Cox [mailto:tcox@lynnllp.com]
**Sent:** Friday, June 08, 2007 3:49 PM
**To:** jpi@jaburgwilk.com
**Subject:** GW Equity v. Rip-Off.com

Counsel:

I am sending you the attached correspondence because you because you have previously represented Ed Magedson, Xcentric Ventures, LLL, Ripoffreport.com or badbusinessbureau.com.

Please read the attached and notify your client of the lawsuit and temporary injunction hearing set for June 14, 2007 at 10:15 CST.

Please contact me if you have any questions.

Thank you.

6/11/2007

**John T. Cox III**
tcox@lynnllp.com
Lynn Tillotson & Pinker, L.L.P.
750 N. St. Paul, Suite 1400
Dallas, TX 75201
(214) 981-3813 (direct dial)
(214) 981-3839 (fax)
http:\\www.lynnllp.com

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

6/11/2007



**John T. Cox III**
tcox@lynnllp.com
Lynn Tillotson & Pinker, L.L.P.
750 N. St. Paul, Suite 1400
Dallas, TX 75201
(214) 981-3813 (direct dial)
(214) 981-3839 (fax)
http:\\www.lynnllp.com

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

---

**From:** Trey Cox
**Sent:** Friday, June 08, 2007 2:49 PM
**To:** 'jpi@jaburgwilk.com'
**Subject:** GW Equity v. Rip-Off.com

Counsel:

I am sending you the attached correspondence because you because you have previously represented Ed Magedson, Xcentric Ventures, LLL, Ripoffreport.com or badbusinessbureau.com.

Please read the attached and notify your client of the lawsuit and temporary injunction hearing set for June 14, 2007 at 10:15 CST.

Please contact me if you have any questions.

Thank you.

**John T. Cox III**
tcox@lynnllp.com
Lynn Tillotson & Pinker, L.L.P.
750 N. St. Paul, Suite 1400
Dallas, TX 75201
(214) 981-3813 (direct dial)
(214) 981-3839 (fax)
http:\\www.lynnllp.com

6/11/2007

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

6/11/2007

**From:**    Garth Fennegan [gfennegan@settlepou.com]
**Sent:**    Friday, June 08, 2007 4:13 PM
**To:**      Trey Cox
**Subject:** RE: GW Equity v. Rip-Off.com

Trey,

Please be advised that my representation was only in the capacity of local counsel and I no longer represent Mr. Magedson or any entity he may be involved with and have not done so since 2004. I do not have any contact information for Mr. Magedson as I only dealt with counsel in Arizona who represented him. The attorney you should contact regarding Mr. Magedson is:

```
Maria Crimi Speth, Esq.
Jaburg & Wilk, P.C.
3200 N. Central Ave. Ste 2000
Phoenix,  AZ  85012

602-248-1089
```

The information for Ms. Speth is what I have from the 2004 timeframe. I have not been in contact with Ms. Speth since then and am not aware of whether she is with the same firm or still representing Mr. Magedson. Should you have any questions, please feel free to call me. Thanks.

Garth Fennegan


**J. Garth Fennegan**
SETTLEPOU | 3333 Lee Parkway, Eighth Floor | Dallas, TX 75219
| Main 214-520-3300 | Toll Free 800-538-4661 | Fax 214-526-4145
| www.settlepou.com

BIG-FIRM EXPERTISE COUPLED WITH SMALL-FIRM ATTENTION [sm]

The information transmitted in this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited. Unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature. If you received this in error, please contact the sender and delete the material from any computer.

---

**From:** Trey Cox [mailto:tcox@lynnllp.com]
**Sent:** Friday, June 08, 2007 2:49 PM
**To:** jpi@jaburgwilk.com
**Subject:** GW Equity v. Rip-Off.com

Counsel:

I am sending you the attached correspondence because you because you have previously represented Ed Magedson, Xcentric Ventures, LLL, Ripoffreport.com or badbusinessbureau.com.

Please read the attached and notify your client of the lawsuit and temporary injunction hearing set for June 14, 2007 at 10:15 CST.

Please contact me if you have any questions.

Thank you.

**John T. Cox III**
tcox@lynnllp.com
Lynn Tillotson & Pinker, L.L.P.
750 N. St. Paul, Suite 1400
Dallas, TX 75201
(214) 981-3813 (direct dial)
(214) 981-3839 (fax)
http:\\www.lynnllp.com

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

6/11/2007

**Trey Cox**

| | |
|---|---|
| **From:** | postmaster@lynnllp.com |
| **Sent:** | Friday, June 08, 2007 3:22 PM |
| **To:** | Trey Cox |
| **Subject:** | Delivery Status Notification (Relay) |

**Attachments:**     ATT310969.txt; GW Equity v. Rip-Off.com



ATT310969.txt      GW Equity v.
   (229 B)          Rip-Off.com

          This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested
delivery status notifications may not be generated by the destination.

       gfennegan@settlepou.com

1

**From:**  Geoffrey L. Travis [GTravis@shutts-law.com]
**Sent:**  Friday, June 08, 2007 3:42 PM
**To:**  Trey Cox
**Subject:** RE: GW Equity v. Rip-Off.com

John-

Thanks for your email. Please be advised that my firm no longer represents Ed Magedson, Xcentric Ventures, or any of the other entities you are suing and we no longer have any contact with any of these entities. Accordingly, we will not be taking any action with respect to your email or your lawsuit.

Geoff

---

**From:** Trey Cox [mailto:tcox@lynnllp.com]
**Sent:** Friday, June 08, 2007 3:49 PM
**To:** jpi@jaburgwilk.com
**Subject:** GW Equity v. Rip-Off.com

Counsel:

I am sending you the attached correspondence because you because you have previously represented Ed Magedson, Xcentric Ventures, LLL, Ripoffreport.com or badbusinessbureau.com.

Please read the attached and notify your client of the lawsuit and temporary injunction hearing set for June 14, 2007 at 10:15 CST.

Please contact me if you have any questions.

Thank you.

**John T. Cox III**
tcox@lynnllp.com
Lynn Tillotson & Pinker, L.L.P.
750 N. St. Paul, Suite 1400
Dallas, TX 75201
(214) 981-3813 (direct dial)
(214) 981-3839 (fax)
http:\\www.lynnllp.com

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

6/11/2007

"SHUTTS-LAW.COM" made the following annotations.
--------------------------------------------------------------------------------
IRS CIRCULAR 230 NOTICE:    Pursuant to recently enacted
U.S. Treasury Department Regulations, we are now required
to advise you that, unless otherwise expressly indicated,
any federal tax advice expressed above was neither
written nor intended by the sender or this firm to be
used and cannot be used by any taxpayer for the purpose
of avoiding penalties that may be imposed under U.S. tax
law.  If any person uses or refers to any such tax advice
in promoting, marketing or recommending a partnership or
other entity, investment plan or arrangement to any
taxpayer, then the advice should be considered to have
been written to support the promotion or marketing by a
person other than the sender or this firm of that
transaction or matter, and such taxpayer should seek
advice based on the taxpayer's particular circumstances
from an independent tax advisor.


The information in this email transmission is privileged
and confidential.  If you are not the intended recipient,
nor the employee or agent responsible for delivering it to
the intended recipient, you are hereby notified that any
dissemination or copying of this transmission (including
any attachments) is strictly prohibited.  If you have
received this email in error, please notify the sender by
email reply.  Thank you.
================================================================================

**From:**    Michael L. Gore [MGore@shutts-law.com]

**Sent:**    Friday, June 08, 2007 3:41 PM

**To:**    Trey Cox

**Subject:** Re: GW Equity v. Rip-Off.com

Mr. Cox: I have no contact with these defendants other than through Ms. Maria Crimi Speth. Additionally, I have not represented these defendants for some time. Accordingly, I will not be able to forward these documents. Michael Gore, Esquire Shutts and Bowen LLP

----- Original Message -----
From: Trey Cox <tcox@lynnllp.com>
To: jpi@jaburgwilk.com <jpi@jaburgwilk.com>
Sent: Fri Jun 08 15:49:03 2007
Subject: GW Equity v. Rip-Off.com

Counsel:


I am sending you the attached correspondence because you because you have previously represented Ed Magedson, Xcentric Ventures, LLL, Ripoffreport.com or badbusinessbureau.com.


Please read the attached and notify your client of the lawsuit and temporary injunction hearing set for June 14, 2007 at 10:15 CST.


Please contact me if you have any questions.


Thank you.




John T. Cox III

tcox@lynnllp.com

Lynn Tillotson & Pinker, L.L.P.

750 N. St. Paul, Suite 1400

Dallas, TX 75201

(214) 981-3813 (direct dial)

(214) 981-3839 (fax)

http:\\www.lynnllp.com


The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you

6/11/2007

are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

"SHUTTS-LAW.COM" made the following annotations.
------------------------------------------------------------------------------

IRS CIRCULAR 230 NOTICE:    Pursuant to recently enacted
U.S. Treasury Department Regulations, we are now required
to advise you that, unless otherwise expressly indicated,
any federal tax advice expressed above was neither
written nor intended by the sender or this firm to be
used and cannot be used by any taxpayer for the purpose
of avoiding penalties that may be imposed under U.S. tax
law.  If any person uses or refers to any such tax advice
in promoting, marketing or recommending a partnership or
other entity, investment plan or arrangement to any
taxpayer, then the advice should be considered to have
been written to support the promotion or marketing by a
person other than the sender or this firm of that
transaction or matter, and such taxpayer should seek
advice based on the taxpayer's particular circumstances
from an independent tax advisor.


The information in this email transmission is privileged
and confidential.  If you are not the intended recipient,
nor the employee or agent responsible for delivering it to
the intended recipient, you are hereby notified that any
dissemination or copying of this transmission (including
any attachments) is strictly prohibited.  If you have
received this email in error, please notify the sender by
email reply.  Thank you.
==============================================================================

**Trey Cox**

| | |
|---|---|
| **From:** | postmaster@lynnllp.com |
| **Sent:** | Friday, June 08, 2007 3:26 PM |
| **To:** | Trey Cox |
| **Subject:** | Delivery Status Notification (Relay) |

**Attachments:**     ATT311114.txt; GW Equity v. Rip-Off.com



ATT311114.txt     GW Equity v.
(349 B)           Rip-Off.com

        This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested
delivery status notifications may not be generated by the destination.

        gtravis@shutts-law.com
        mgore@shutts-law.com

**Trey Cox**

| | |
|---|---|
| **From:** | David O. Yuen [dyuen@tsmp.com] |
| **To:** | Trey Cox |
| **Sent:** | Friday, June 08, 2007 3:42 PM |
| **Subject:** | Read: GW Equity v. Rip-Off.com |

Your message

    To:         dyuen@tsmp.com
    Subject:

was read on 6/8/2007 3:42 PM.

1

**Trey Cox**

| | |
|---|---|
| **From:** | postmaster@lynnllp.com |
| **Sent:** | Friday, June 08, 2007 3:18 PM |
| **To:** | Trey Cox |
| **Subject:** | Delivery Status Notification (Relay) |

**Attachments:**   ATT310827.txt; GW Equity v. Rip-Off.com



ATT310827.txt
(215 B)



GW Equity v.
Rip-Off.com

       This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested
delivery status notifications may not be generated by the destination.

        arduffy@smbb.com

1

**From:**      Talmage M. Watts [tmwatts@jafreemanlaw.com]

**Sent:**      Sunday, June 10, 2007 1:33 PM

**To:**      Trey Cox

**Subject:**      Read: GW Equity v. Rip-Off.com

**Attachments:** ATT338643.txt

Your message

     To:  jpi@jaburgwilk.com
     Subject:  GW Equity v. Rip-Off.com
     Sent:  6/8/2007 2:49 PM

was read on 6/10/2007 1:31 PM.

6/11/2007

**Trey Cox**

| | |
|---|---|
| **From:** | System Administrator |
| **To:** | wshreffler@jafreemanlaw.com; tmwatts@jafreemanlaw.com; jfreeman@jafreemanlaw.com |
| **Sent:** | Friday, June 08, 2007 3:09 PM |
| **Subject:** | Delivered:Return receipt |

Your message

| | |
|---|---|
| To: | jpi@jaburgwilk.com |
| Subject: | GW Equity v. Rip-Off.com |
| Sent: | 6/8/2007 2:49 PM |

was delivered to the following recipient(s):

wshreffler@jafreemanlaw.com on 6/8/2007 3:09 PM
tmwatts@jafreemanlaw.com on 6/8/2007 3:09 PM
jfreeman@jafreemanlaw.com on 6/8/2007 3:09 PM

**Trey Cox**

| | |
|---|---|
| **From:** | William Shreffler [wshreffler@jafreemanlaw.com] |
| **Sent:** | Friday, June 08, 2007 6:12 PM |
| **To:** | Trey Cox |
| **Subject:** | Read: GW Equity v. Rip-Off.com |

**Attachments:**    ATT314470.txt


ATT314470.txt
(245 B)

        This is a receipt for the mail you sent to <jpi@jaburgwilk.com> at 6/8/2007
2:49 PM

This receipt verifies that the message has been displayed on the recipient's computer at
6/8/2007 6:11 PM

1

**Trey Cox**

---

**From:**       James K. Borcia [jborcia@tsmp.com]
**To:**         Trey Cox
**Sent:**       Friday, June 08, 2007 3:28 PM
**Subject:**    Read: GW Equity v. Rip-Off.com

Your message

    To:        jborcia@tsmp.com
    Subject:

was read on 6/8/2007 3:28 PM.

**Trey Cox**

| | |
|---|---|
| **From:** | Mail Delivery System [MAILER-DAEMON@mail1.no-ip.com] |
| **Sent:** | Friday, June 08, 2007 3:24 PM |
| **To:** | Trey Cox |
| **Subject:** | Successful Mail Delivery Report |

**Attachments:**       Delivery report; Message Headers

    

Delivery report.txt    Message
(679 B)    Headers.txt (897 B)

                    This is the mail system at host mail1.no-ip.com.

Your message was successfully delivered to the destination(s) listed below. If the message
was delivered to mailbox you will receive no further notifications. Otherwise you may
still receive notifications of mail delivery errors from other systems.

                    The mail system

<bstack@stackfernandez.com>: delivery via avcheck: delivered via avcheck
    service

<dcrockett@stackfernandez.com>: delivery via avcheck: delivered via avcheck
    service