Trey Cox

| | |
|---|---|
| **From:** | David S. Gingras [dsg@jaburgwilk.com] |
| **Sent:** | Tuesday, June 12, 2007 6:23 PM |
| **To:** | Trey Cox |
| **Cc:** | Maria Crimi Speth; Laura A. Rogal; kpannell@mccrearylaw.com; Jeff Seeburger |
| **Subject:** | RE: GW Equity v. Xcentric Ventures, LLC |

Trey,

Thank you for asking, but the client simply will not allow us to accept service, so even if I wanted to, I cannot agree to do so.

As for my reference to your knowledge that we represented Xcentric and Ed Magedson, I was referring to your statement: "I am sending you the attached correspondence because you because you have previously represented Ed Magedson, Xcentric Ventures, LLC, Ripoffreport.com or badbusinessbureau.com."

In any case, yes, we will be representing Xcentric and Magedson in the litigation filed by GW Equity. However, neither Xcentric nor Magedson have agreed to waive service.

I understand that you have been out of the office today. I also tried to call GWE's other counsel, Kristen Pannell, but she has not returned my call. To be clear -- we need to have full and complete copies of the transcripts referenced in my email below by the end of business today. If we do not receive them, we will have no choice but to file an emergency motion tomorrow which explains to the court that we have attempted to receive these directly from the court reporter but that GWE has blocked our efforts to do so. I hope this will be unnecessary.


David S. Gingras, Esq.
***Jaburg & Wilk, P.C.***
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Phone: (602) 248-1000
Fax: (602) 248-0522

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602) 248-1000, or via e-mail, and delete this message and all attachments thereto.

*IRS Circular 230 Disclosure*

*IRS regulations require us to notify you that this communication was not intended or written to be used, and cannot be used, by you as the taxpayer, for the purpose of avoiding penalties that the IRS might impose on you.*

---

**From:** Trey Cox [mailto:tcox@lynnllp.com]
**Sent:** Tuesday, June 12, 2007 3:45 PM
**To:** David S. Gingras
**Cc:** Maria Crimi Speth; Laura A. Rogal; kpannell@mccrearylaw.com
**Subject:** RE: GW Equity v. Xcentric Ventures, LLC

David:

I just walked back into the office after being out all day.

I did not know that you represented Xcentric and Ed Magedson. In fact, your email said that you did not have authority to accept service and was silent as to representation.

EXHIBIT 3

6/12/2007

Will you answer my question: Will you accept service for Ed Magedson?

I will look into the transcript issue.

*Trey*

**John T. Cox III**
tcox@lynnllp.com
Lynn Tillotson & Pinker, L.L.P.
750 N. St. Paul, Suite 1400
Dallas, TX 75201
(214) 981-3813 (direct dial)
(214) 981-3839 (fax)
http:\\www.lynnllp.com

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

---

**From:** David S. Gingras [mailto:dsg@jaburgwilk.com]
**Sent:** Tuesday, June 12, 2007 1:06 PM
**To:** Trey Cox
**Cc:** Maria Crimi Speth; Laura A. Rogal; kpannell@mccrearylaw.com
**Subject:** GW Equity v. Xcentric Ventures, LLC

Mr. Cox,

As you are aware from my email to you last Friday, June 8, 2007, this firm represents Xcentric Ventures, LLC and Ed Magedson with respect to the litigation pending in the US District Court in Texas brought by your client, GW Equity, LLC ("GWE").

Included among the materials you filed with the court were partial/incomplete copies of deposition transcripts of Mr. Dickson Woodard relating to another case which GWE is prosecuting against Mr. Woodard.

Because these transcripts were not complete, yesterday I contacted the court reporter who prepared them (Carla Shanks) and requested a complete transcript. Ms. Shanks informed me that she was unable to release the transcript without the consent of both parties (Woodard and GWE), and she promised that she would try to obtain that consent as soon as she could.

This morning I received a voicemail from Ms. Shanks in which she indicated that counsel for GWE has refused to allow her to release a complete transcript to me. It is my understanding that GWE has separate counsel in the case against Mr. Woodard who I have copied on this email, however, since you represent GWE in this case and since you have filed partial transcripts with the court, it is my position that you are obligated to authorize the release of the full and complete transcripts to me.

Please contact Ms. Shanks (and any other court reporters involved) immediately and inform her that GWE will agree to release any transcripts of Mr. Woodard to me. If we do not receive these transcripts by 5:00pm PST today, June 12, 2007, we intend to contact the Court, explain that GWE is withholding relevant information, and request an emergency order and any other appropriate relief.

6/12/2007

If you have any questions, please contact me or Maria Speth at (602) 248-1000.

David S. Gingras, Esq.
*Jaburg & Wilk, P.C.*
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Phone: (602) 248-1000
Fax: (602) 248-0522

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602) 248-1000, or via e-mail, and delete this message and all attachments thereto.

*IRS Circular 230 Disclosure*

*IRS regulations require us to notify you that this communication was not intended or written to be used, and cannot be used, by you as the taxpayer, for the purpose of avoiding penalties that the IRS might impose on you.*

6/12/2007