## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY, LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | CIVIL ACTION |
| v. | § | |
| | § | No. 3-07-CV-0976-K |
| XCENTRIC VENTURES, LLC, | § | |
| WWW.RIPOFFREPORT.COM, | § | |
| WWW.BADBUSINESSBUREAU.COM, | § | |
| and EDWARD MAGEDSON, | § | |
| | § | |
| DEFENDANTS. | § | |

**APPENDIX IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF ITS APPLICATION FOR A PRELIMINARY INJUNCTION**

John T. Cox III
State Bar No. 24003722
LYNN TILLOTSON & PINKER, L.L.P.
750 N. St. Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3803 Facsimile

**ATTORNEY FOR GW EQUITY**

TO THE HONORABLE COURT:

    Plaintiff GW Equity files this Appendix in Support of its Brief in Support of its Application for a Preliminary Injunction, and would show as follows:

**Tab**                                                                    **Page**

A. Plaintiff's Original Complaint for Damages and Emergency Application for Injunctive Relief ................................................... App. 000003 – 000024

    1. Rip-Off Report Home Page ............................................... App. 000025 – 000028

    2. Dickson Woodward Deposition Excerpts .......................... App. 000029 – 000048

    A. Affidavit of Ryan Binkley dated June 1, 2007 .................. App. 000049 – 000057

    3. Rip-Off Report posting dated November 2, 2006 .............. App. 000058 – 000063

    4. Rip-Off Report posting dated November 7, 2006 .............. App. 000064 – 000067

    5. Rip-Off Report posting dated November 29, 2006 ............ App. 000068 – 000069

    6. Rip-Off Report posting dated November 29, 2006 ............ App. 000070 – 000073

    7. Rip-Off Report posting dated November 29, 2006 ............ App. 000074 – 000076

    8. Letter dated December 4, 2006 ......................................... App. 000077

    9. Article entitled "Scam Alert: GW Equity?" ....................... App. 000078

B. Rip-Off Reports signed by Defendant Magedson ........................... App. 000079 – 000102

C. Order of Proof .............................................................................. App. 000103 – 000105

D. Dickson Woodward Deposition Excerpts – Vol. 1 ........................ App. 000106 – 000117

E. Dickson Woodward Deposition Excerpts – Vol. 2 ........................ App. 000118 – 000126

F. Affidavit of Ryan Binkley dated June 11, 2007 ............................ App. 00027 – 000131

---

**APPENDIX IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF ITS**                         **Page 1**
**APPLICATION FOR A PRELIMINARY INJUNCTION**
02033-701/163385

Respectfully submitted,

*/s/ John T. Cox III*
John T. Cox III
State Bar No. 24003722
LYNN TILLOTSON & PINKER, L.L.P.
750 N. St. Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3803 Facsimile

**ATTORNEY FOR GW EQUITY**

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that true and correct copy of the foregoing was served upon the following counsel it believes represents Defendants by *via ECF and certified mail* on this 11th day of June, 2007.

Maria Crimi Speth, Esq.
Jaburg & Wilk, PC
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
mcs@jaburgwilk.com
Tel: (602) 248-1000
Direct: (602) 248-1089
Fax: (602) 248-0522

*/s/ John T. Cox III*
John T. Cox III

---

**APPENDIX IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF ITS APPLICATION FOR A PRELIMINARY INJUNCTION**
02033-701/163385

Page 2

APX 000002