# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **GW EQUITY, LLC,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | **CIVIL ACTION** |
| **v.** | § | |
| | § | **No. _____** |
| **XCENTRIC VENTURES, LLC,** | § | |
| **WWW.RIPOFFREPORT.COM,** | § | |
| **WWW.BADBUSINESSBUREAU.COM,** | § | |
| **and EDWARD MAGEDSON,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

## AFFIDAVIT OF RYAN BINKLEY

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

On this day, before the undersigned authority, personally appeared Ryan Binkley, known to me to be the person whose name is subscribed hereto and under oath states:

1.      My name is Ryan Binkley. I am over the age of 21, have never been convicted of a felony or crime of moral turpitude, and am, in all ways, capable of making this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

2.      I am currently employed as President of GW Equity, LLC ("GW Equity"). Based on my service in this capacity, I am personally familiar with the facts stated in this affidavit and the documents attached to this Affidavit as Exhibit 3 through Exhibit 9.

## I.    The Parties

3.      Plaintiff GW Equity is a Delaware Limited Liability Company with its principal place in Dallas, Texas. GW Equity is duly registered and licensed to do business in the state of Texas. GW Equity is a mergers & acquisitions firm in the middle market assisting clients in



EXHIBIT

A

APX 000049

Dockets.Justia.com

mergers, acquisitions, and strategic growth.   With over three hundred professionals and employees.  GW Equity brings a strategic domestic and international buying community to the middle market.

4.     GW Equity has buyers, investors and other capital markets interested in GW Equity's inventory of companies.  GW Equity therefore assists its customers in exit planning services including offering memorandum, evaluations, financial or ratio analysis and where appropriate, taking a customer to market.

5.     GW Equity is not a $120 billion enterprise and is in no way related to a company known as Geneva Enterprises which is a subsidiary of CitiGroup.  At no point in its history has GW Equity conducted business under the title of Geneva Enterprises.  GW Equity has had no involvement or participation in a $45 million class action lawsuit that was based in Irvine, California.

6.     Defendants      Xcentric      Ventures,      LLC,      www.ripoffreport.com, www.badbusinessbureau.com, and Edward Magedson (collectively, "Defendants") own and operate www.ripoffreport.com and www.badbusinessbueau.com (collectively, the "Websites") as centralized websites for publishing and posting alleged fraudulent business practices.  Through their websites, Defendants purport to expose companies and individuals who "ripoff" consumers.

## II.     Postings On Rip-off Report Regarding GW Equity

7.     Beginning in November 2006, Defendants solicited, developed, created, authored, and published on the Websites numerous false and deceptively misleading statements of fact concerning GW Equity, its executives, and its employees to create the appearance that numerous businesses and clients are unhappy with GW Equity.

8.      Additionally, portions of the reports on the Websites contain discussions of intellectual property and proprietary information that clearly belong to GW Equity. The information posted on the Websites contains facts that would only be known to GW Equity and essentially gives our competitors an unfair advantage now that this information has been revealed.

9.      On November 2, 2006, the Defendants published and posted false, misleading, and disparaging statements about GW Equity on their websites and named the posting "GW Equity – Geneva Business Research – Geneva Companies – Geneva Marketing Services – Geneva Consulting Services rip off defrauded my company out of $30,000 for retainer to sell my business . . . The Truth about GW Equity and Geneva." Moreover, responses to this post include references that GW Equity is not related to Great Western Business Services, Inc. and they are two separate companies. I have attached a true and correct copy of this publication and posting to my affidavit as Exhibit 3.

10.      On November 7, 2006, the Defendants published and posted false, misleading, and disparaging statements about GW Equity and its services on their websites and named the posting "Gw Equity, Geneva Corporate Finance, Geneva Capital Markets, wasted eight hours of my time then hit me up for $30K." I have attached a true and correct copy of this publication and posting to my affidavit as Exhibit 4.

11.      On November 29, 2006, the Defendants published and posted false, misleading, and disparaging statements about GW Equity and its services on their websites and named the posting "GW Equity Wrongful Termination – Scam – perpetuating a fraud on the general public Dallas Texas." I have attached a true and correct copy of this publication and posting to my affidavit as Exhibit 5.

12.    On November 29, 2006, the Defendants published and posted false, misleading, and disparaging statements about GW Equity on their websites and named the posting "GW Equity, Citibank, Citigroup, Citi Commerce Solutions M&A Business Consulting, paid $30,000 for an inflated analysis of company that has yielded no results New York New York." I have attached a true and correct copy of this publication and posting to my affidavit as <u>Exhibit 6</u>.

13.    On November 29, 2006, the Defendants published and posted false, misleading, and disparaging statements about GW Equity and its services on their websites and named the posting "GW Equity, Citibank, Citigroup, Citi Commerce Solutions Big company Wasting Small Companies Time & Money New York New York." I have attached a true and correct copy of this publication and posting to my affidavit as <u>Exhibit 7</u>.

14.    Immediately after learning of the postings regarding GW Equity, GW Equity's Office of General Counsel contacted the editor of Rip Off Report known as EDitor@ripoffreport.com and upon information and belief this was in fact Defendant Edward Magedson. The purpose of the inquiry was to explain the falsity of the information posted, to determine if there was a way to resolve the presence of numerous false and misleading statements on the Websites regarding GW Equity. GW Equity's Office of General Counsel asked Mr. Magedson to remove the false and misleading statements. Mr. Magedson, however, refused to remove the statements and demanded payment pursuant to the "Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program." This is a program offered on Defendants' Websites that will resolve disputes between targeted companies and complainants if the targeted company pays Defendants a sum of money. After learning about this program, I perceived it to be nothing short of an extortion scheme and I refused to pay for these services.

### III.     Loss of Existing and Potential Clients

15.     Since Defendants have posted the false, misleading, disparaging, and defamatory statements about GW Equity, we have suffered severe business losses and other consequences. Specifically, the postings have disrupted GW Equity's ability to conduct business as most of our potential clients use Internet search engines to conduct due diligence about GW Equity. When potential clients discover the false postings about GW Equity on the Websites, they ultimately decide not to attend our educational seminars or to terminate their contracts with GW Equity. Since November 2006, GW Equity estimates a loss of at least eight clients per month due to Defendants' conduct.

16.     The following non-exhaustive list represents potential clients who have decided not to pursue a business relationship with GW Equity in the last month due to the information on the Websites:

- On April 25, 2007, Total Immersion Software informed GW Equity that it was not interested in attending its conference after reading the statements on Defendants' Websites. GW Equity would have received $29,975.00 from this potential client.

- On May 2, 2007, Ledger Furniture Company informed GW Equity that it was not interested in attending its conference after reading the statements on Defendants' Websites. GW Equity would have received $29,975.00 from this potential client.

- On May 2, 2007, Salepoint, Inc. informed GW Equity that it was not interested in attending its conference after reading the statements on Defendants' Websites. GW Equity would have received $29,975.00 from this potential client.

- On May 3, 2007, Hubert Department Store informed GW Equity that it was not interested in attending its conference after reading the statements on Defendants' Websites. GW Equity would have received $29,975.00 from this potential client.

- On May 3, 2007, Wilson Corman & Taylor, LLC informed GW Equity that it was not interested in attending its conference after reading the statements

APX 000053

on Defendants' Websites. GW Equity would have received $29,975.00 from this potential client.

- On May 7, 2007, Ames Lawn Care informed GW Equity that it was not interested in attending its conference after learning about the statements from another company who read the statements on Defendants' Websites. GW Equity would have received $29,975.00 from this potential client.

- On May 8, 2007, Dave Brookhouse of Traffic Management Services, Inc. informed GW Equity that it was not interested in attending its conference after reading the statements on Defendants' Websites. GW Equity would have received $29,975.00 from this potential client.

- On May 27, 2007, Communications Specialists informed GW Equity that it was not interested in attending its conference after reading the statements on Defendants' Websites. GW Equity would have received $29,975.00 from this potential client.

- On May 28, 2007, Nigel Rhodes of American K-9 Interdiction, LLC informed GW Equity that it was not interested in attending its conference after reading the statements on Defendants' Websites. GW Equity would have received $29,975.00 from this potential client.

- On May 31, 2007, Craig Looney of CompRep informed GW Equity that it was not interested in attending its conference after reading the statements on Defendants' Websites. GW Equity would have received $29,975.00 from this potential client.

- On May 31, 2007, Jeff Lebowitz of The Laredo Group informed GW Equity that it was not interested in attending its conference after reading the statements on Defendants' Websites. GW Equity would have received $29,975.00 from this potential client.

17.    In certain circumstances, GW Equity has received written correspondence from potential clients explaining their reasons for deciding not to pursue a business relationship with GW Equity. For instance, on December 4, 2006, GW Equity received a letter from Karl Fikar, an attorney at the law firm of Cleall Barristers Solicitors who represented Arttec Advertising, Inc. The letter was sent to Ray Wood of GW Equity's Office of General Counsel and I have attached a true and correct copy of this letter to my affidavit as Exhibit 8. After reading the statements about GW Equity on Defendants' Websites, Mr. Fikar explained that he and his client

became concerned about the business practices of GW Equity and decided to terminate their relationship with GW Equity. As a direct result of the false and misleading statements on Defendants' Websites, GW Equity was forced to refund Arttec Advertising, Inc. the contractually agreed upon payment for services to be rendered by GW Equity. This refund took place on or about December 19, 2006.

18.   In addition to the loss of business described above, other potential clients have demanded refunds from GW Equity after reading Defendants' false and misleading statements on the Websites. GW Equity has refunded money to the following clients in recent months:

- On January 4, 2007, GW Equity refunded American Furniture Liquidators $19,500.00 after they read Defendants' false and misleading statements on the Websites and questioned GW Equity's business practices.

- On January 29, 2007, GW Equity refunded Hargrave Dewayne $14,988.00 after they read Defendants' false and misleading statements on the Websites and questioned GW Equity's business practices.

- On February 6, 2007, GW Equity refunded Honquest Furniture $29,500.00 after they read Defendants' false and misleading statements on the Websites and questioned GW Equity's business practices.

- On March 2, 2007, GW Equity refunded Cardinal Fasteners $29,975.00 after they read Defendants' false and misleading statements on the Websites and questioned GW Equity's business practices.

- On April 29, 2007, GW Equity refunded Mary Nash $29,975.00 because after they read Defendants' false and misleading statements on the Websites and questioned GW Equity's business practices.

19.   GW Equity continues to suffer ongoing injury with respect to the false and misleading statements on Defendants' Websites in other ways as well. In May 2007, GW Equity learned that the false and misleading statements from Defendants' Websites were republished in *The Business Owner*, a bi-monthly business magazine that has approximately 30,000 subscribers, in an article entitled "Scam Alert: GW Equity?". I have attached a true and correct copy of this

publication and posting to my affidavit as <u>Exhibit 9</u>.  Because of the wide distribution of this article regarding the business practices of GW Equity, the falsity of the statements contained on the Websites have continued to have a severe impact on GW Equity's reputation and goodwill. In fact, due to this article and the false and misleading statements contained therein, we almost lost our business relationship with our long-time certified public account.

## IV.    Irreparable Harm

20.    The false and misleading postings by Defendants on the Websites have disrupted GW Equity's ability to conduct business.  The majority of GW Equity's client base uses the Internet to learn more information about our company.  Yet, when potential clients discover the false postings regarding GW Equity, they decline to do business with us.  Despite GW Equity's efforts to neutralize the persuasive force of the false and misleading statements on the Websites, Defendants' conduct has caused us to lose at least eight customers per month and has severely damaged GW Equity's business and reputation.

21.    If the Defendants are not forced to remove the so-called "Rip-off Reports" regarding GW Equity from the Websites, GW Equity's will continue to suffer immediate and irreparable economic damage.  The Defendants have refused to comply with GW Equity's reasonable requests to remove the false postings and delete every false statement of fact regarding GW Equity's business.  Because GW Equity does not have the ability to monitor every person who accesses the Defendants' Websites and explain that the statements posted there are false, GW Equity will continue to lose potential clients at an increasing rate.

22.    GW Equity does not have an adequate remedy at law for money damages in the event that the defamatory "Rip-off Reports" regarding GW Equity remain on the Defendants' Websites.

23.    Defendants will not be prejudiced at all by taking down the false and misleading postings on the Websites because there is no evidence that they will suffer any damages.

24.    Unless this Court grants the requested relief, GW Equity will be irreparably harmed because the loss of existing and potential clients would cause GW Equity to suffer irreparable economic harm in that GW Equity may never be able to get those relationships back.

25.    I affirm under penalty of perjury that, to the best of my knowledge and belief, the above is true and correct.


AFFIANT SAYETH NOTHING FURTHER.

_RYAN BINKLEY_


Subscribed and sworn to before me, this 1st day of June, 2007.

Notary Public in and for the State of Texas

My Commission Expires: _10/31/09_

CHARITY L. PLATT
Notary Public, State of Texas
My Commission Expires
OCT. 31, 2009

SEAL:



RIP-OFF Report.com

*a service of* **bad**businessbureau.com

Don't let them get away with it.
Make sure they make the Rip-off Report

| Home | File | Search | Register | Login |

About the ads below...



RIP-OFF Report.com
**Do-it-yourself guide**

what

✉ E-mail to a Friend
🖶 Printer Friendly Version

Category:
**Corrupt Companies**

Submitted: **11/2/2006 5:14:17 AM**
Modified: **11/26/2006 4:37:01 AM**

## Gw Equity - Geneva Business Research - Geneva Companies - Geneva Marketing Services - Geneval Consulting Services ripoff defrauded my company out of $30,000 for retainer to sell my business Dallas Texas *REBUTTAL employee ..The Truth about GW Eqiuty and Geneva

Company
**Gw Equity - Geneva Business Research**
Address:
**1755 Wittington Place**
**Dallas Texas 75234**
**U.S.A.**
Phone Number:
**972-481-2801**
Fax:

**EXHIBIT**
tabbies
3

**GW Equity is actually a $120 billion dollar enterprise called Geneva Business Research that settled a $45 Million dollar class action suit in March of 2003 in Irvine California "for defrauding thousands of small businesses out of monies paid in advance".**

**They have changed their name to GW Equity and subsequently moved to Dallas, Texas. Without knowing the connection, I was contacted by someone who said she was a "Senior Account Manager" from GW Equity. She told me that her company was the largest Mergers and Acquisitions firm in the Country. She assured me that this was not a random call and that a "research team" had done a lot of work in qualifying company because several Fortune 400 companies that were interested in Merging or Acquiring my company. She said her and that the investors urgent and were very interested in talking to**

CL
HI

Pres
Drug C
C

Are you a r
prescriptio
or do you h
prescription
through an
organizatio

• SaveRx
• MatureR
• Coventry
• Humana
• Unicare
• HealthNe
• SierraRx
• United H
• Veterans

If so, you m
unknowingl
injured finan
therefore be
reimbursem
losses.

To see if yo
injured and
you are elig
member of
action to re
losses plea
classaction@ea

www.Zoom
Articles, r
casting
mo
agents, a
direc
Learn how
yo
modeling p
scams in th

Rip-off Report Corporate
Advocacy Business
Remediation & Customer
Satisfaction Program; ED
Magedson, Founder Rip-
off Report explains how
this program works to
benefit consumers &
businesses

# CLICK HERE

## WANTED
**DEAD BEAT**
DADS &
MOMS
PUT YOUR
DEADBEAT
**SPOUSE ON
TV!!!**
So maybe you
can finally
COLLECT $$$
## WANTED
Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
email us at
Editor@ripoffreport.com
*Rip-off Report
will forward your
filed
Report to
Producers.*

Add pictures
to your
Rip-off Report

She said they also happened to be in the area and my exposure to these investors was contingent upon spending an entire day with their "M & A Specialist" and a "Business Analyst" they could explain how this "offer on my company would occur and that they would explain these buyers motives." The Seminar turned out to be a cattle cal with about 15 other clueless private business owners.

I listened to their day long sales pitch and at the end they dropped the $30,000 retainer fee on me. My company's revenues are close to the $100 million mark and it sounded like a drop in the bucket compared to what they were telling me that I could actually get for my company. These figures were way above anything my CPA or attorneys calculated but GW Equity assured me that only M&A people know how to calculate the "true & future value of a company".

After paying the $30,000 I met with David Gilliland the M&A specialist and he explained that the evaluation would take about 6 months and it might be years before he could attempt to have my company to market. When I asked where the buyers were (that the initial senior account manager told me were interested and urgent, he explained that those buyers were simply "buying into my industry and that I never had any type of guarantee that they could actually sell my business.

Essentially I paid $30,000 for an inflated analysis of my company that has yielded no results. I had the cell phone of the senior account manager who later told me that she had been fired because she had asked Steve Schreiber "of the companies we take retainers from... how many actually get sold. She was fired the next day due to lack of performance. She also explained that the investors that they claim to have in their pockets do not know that GW Equity even exists and that her call to me was a strictly random cold call from a D&B database and that there was no research done on my company at all. She was just getting paid to get me into this seminar.

After 3 years I have never seen any kind of an offer on my company and I am reminded that I was never guaranteed that they could sell my business for sure. Robert Brenner is your connection between the same scam conducted in California and was Senior Vice president there as well. Not only did I waste an entire day at some sales seminar under the premise that they had several buyers for my company, I was hit with a $30,000 retainer fee and actually learned nothing about the M&A process.

These guys are shrewd salespeople but I cannot find even one company that they have ever sold. "That is a matter of confidentiality" they say. But cannot even give me the statistics of even selling one. GW Equity is another fraud under a different name that just moved to another State.

Jim
Saint Paul, Minnesota
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on Gw Equity - Geneva Business Research, please use the search **box below**

Gw Equity - Geneva Business Research    [ Search ]

In order to assure the best results in your search:

APX 000059

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our **advanced search** page.

## Rebuttal REBUTTAL employee
Submitted: **11/15/2006 11:15:09 AM** Modified: **11/17/2006 2:21:29 AM**

# The Truth about GW Eqity and Geneva

**Dear ?Jim from St. Paul, Minnesota?:**

**It has come to my attention that you recently posted an item on the above-referenced website that contains some negative information about GW Equity but which, I'm afraid, inaccurately depicts a number of important facts. I am writing today as a representative of the company, to provide factual data that you may not previously have had, and to ask that you kindly remove or edit the inaccurate information pertaining to GW Equity.**

**At GW Equity, we take great pride in our professional reputation and our extremely high level of customer service, so I hope you will take this letter in the friendly spirit with which it is offered. I would also be happy to speak with you personally if you have any remaining questions or concerns after reviewing the information provided below.**

**The information contained in your posting refers to a company, Geneva, which is in no way related to GW Equity, LLC, and never has been related to GW Equity. Such a posting could be very confusing to readers. GW Equity, LLC is not ?a $120 billion enterprise? nor has GW Equity, LLC ?settled a $45 million dollar class action in March of 2003 in Irvine, California.? It may be that you have our company confused with The Geneva Companies, a company that was purchased by Citigroup in 2001 and that has never been tied to GW Equity in any way. See http://www.hoovers.com/citigroup-capital-strategies/--ID__125848--/free-co-factsheet.xhtml and for more information about this company, now known as Citigroup Capital Strategies.**

**This link clearly communicates the following:**

**Citigroup Capital Strategies Inc.**
**24022 Calle de la Plata**
**Laguna Hills, CA 92653 (Map)**
**Phone: 949-206-5000**
**Fax: 949-206-5010**
**Company Web Site**

**Hoover's coverage by Ryan Caione**
**Overview**
**Located far away from the snowy Alps, Citigroup Capital Strategies (formerly Citigroup Geneva Capital Strategies, and before that, The Geneva Companies) isn't about making chocolate or fine watches; it makes deals. The boutique investment bank specializes in mergers, acquisitions, and divestitures of private, middle-market businesses with revenues ranging from $3 million to $500 million per year. The company was founded in 1977 and acquired by Citigroup in 2001; it is now a division of Citigroup Global Markets. Citigroup**

Capital Strate● has six US offices.

Further, GW Equity was not conducting seminars in the Minnesota area as far back as three years ago, so I do not believe the seminar you reference could have been one of ours. We also typically receive very favorable comments from attendees at our free seminars, who cite valuable information they learned about the M&A process, even if they ultimately decide not to retain an M&A firm to help them sell their company.

I should also point out that GW Equity, since the company's inception, has always been based in Dallas, Texas, contrary to the claim in your online post. GW Equity has added to our team a small handful of ex-Geneva advisors with extensive experience in the mergers and acquisitions industry, and these are reputable professionals who also have experience with Merrill Lynch, Morgan Stanley Dean Witter and other world-class investment banking firms. Other than that, however, there is absolutely no connection between GW Equity and Geneva.

You mention that you ?cannot find even one company that they have ever sold,? but this clearly cannot be a reference to GW Equity, as we have publicized a number of our successfully closed deals on behalf of middle market clients nationwide. A few press releases highlighting representative deals can be found in our online newsroom at www.gwequity.com, and you may also see our ad soon in the Wall Street Journal showcasing additional, recent transactions. Of course, we cannot publicize many of our client transactions, as a significant number of clients request that their confidentiality be protected when they sell their business ? a request we are obligated to honor.

I am truly sorry to hear that you had a frustrating experience, apparently with Geneva, and I would be pleased to chat with you by phone about the M&A process and how it should work. Of course, you should never be prematurely assured that there are buyers already interested in your specific company, although it may be true that an investment banking firm has a stable of private equity investors who are interested in companies in your industry sector and eager to make profitable investments.

Further, if you do contract with an M&A firm to perform a valuation of your company and to position you for a sale, you should certainly receive a sound analysis of your company's potential value to a buyer and should receive a fair look at your company by a number of possible investors ? who may, ultimately, decide not to invest in your company for a variety of reasons wholly unrelated to the quality of the valuation and the soundness of the professional advice your receive.

We stand by our track record of success and customer service, and hope you will agree to correct your online post to acknowledge both our outreach to you and our lack of a business relationship with the company formerly known as Geneva. I hope you will contact me with any additional questions or concerns, as I would be pleased to speak with you personally.

I hope you will contact me with any additional questions or concerns, as I would be pleased to speak with you personally. I may be reached directly by phone, 972-232-1100, or via e-mail to rwood@gwequity.com

Sincerely,

Ray Wood, SIU

**Office of General Counsel**
GW Equity, LLC

Ray - Dallas, Texas
U.S.A.

## Update Submitted by the original author
Submitted: **11/25/2006 5:51:25 PM** Modified: **11/26/2006 4:37:01 AM**

# You sir are a LIAR and have no connection with GW Equity whatsoever.

Mr. Wood,

Let me start by clarifying what the State Bar of Texas and the Grievance Assistance Program assures me (and what I already knew) is that you do NOT work for, nor do you represent GW Equity in any form. Your salutation represents:
Ray Wood SIU
Office of General Counsel
GW Equity, LLC
Ray ? Dallas, Texas
USA

That is a LIE, I have attempted numerous times to get in touch with you at the Ph# you left (972)232-1100, not only are you NOT in their system but no one knows you even exist much less are you general counsel of anything. The E-mail address also immediately bounces back as non existent. You have no specialization in anything anf the State Bar has no idea what SIU is supposed to mean. They have determined to find that out on their own.

You are actually Randall Buck Wood of Ray, Wood & Bonilla, LLP State Bar # 21905000 & Licensed in the State since 09/16/1968 Phone #512-328-8877 which explains why you cannot be reached as ?General Counsel? in Dallas. You have not listed address, just a PO box 165001, Austin, TX 78716. The State Bar insists they need a physical address from you ASAP.

You sir are a LIAR and have no connection with GW Equity whatsoever. If your going to make such an official connection with this company, I suggest you do so quickly! The general public should feel free to call the (512) 328-8877 and ask for ?Ray? and see if he actually offices out of an Austin location or is actually telling the truth about having a Dallas office. A clear violation of TDRPC Part VII Rule7.01 Firm Names and Letterhead, you sir, should read the rules that govern your liscence. I hope you feel it was worth it.

Now that we have clarified you as much as a fraud as GW Equity, lets get back to them?

As to GW Equity having nothing to do with Geneva Business Research and what you call the ?may or may not have settled a $45,000,000 lawsuit? I direct you to

Ereba, et al. v Geneva Companies, Geneva Business Research, et al. Superior Court of Orange County, Santa Ana, CA March 15, 2003? Award $45,000,000 | Mediated Settlement Civil Practice ? Class Action | Damages ? Restitution | Fraud ? Statutory, Summary defrauding thousands of small business owners

out of monies paid in advance to sell their business.

Look it up Mr. Wood. Now find the Senior vice president serving then and NOW both between Geneva Business Research and GW Equity and you will find the same name, Robert Brenner. Really NO connection? See the Bios for gwequity.com he's right there loud & proud. Check D&B's estimation of Geneva Business Research's last years Sales as $120,318,000,000 to be exact. Any questions?
Are you honestly telling me these companies have the same Senior VP but are ?in no way connected??

As to Any business sold by GW Equity (of course you can go to GW Equity's web sit and find crap that means nothing, no names, no dates, no buyers, etc. They will claim confidentiality as the reason they cannot name those companies but the fact is that happy buyers and sellers are more than happy to release the names of the M&A firms that helped them sell their businesses. Don't you think you would find even one?

Go to mergerstat.com, valuline.com, forbes.com or any other online M&A authority and they will be screaming who sold them and for how much. No go to those same web sites and search GW Equity? You will have NOTHING. The same question the FTC and Department of Labor is probably asking itself right now.

If there are others that feel they have been screwed by GW Equity please, please, please post to this web site. DON'T GET SCREWED, Why risk it?

Greg - rockwall, Texas
U.S.A.

---

### *REBUTTAL BOX*
#### MY COMPANY HAS BEEN REPORTED!
#### HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
<u>CLICK HERE to Send us your rebuttal on this specific report only.</u>
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
<u>CLICK HERE to File your OWN Rip-Off Report</u>





# RIP-OFF Report.com

a service of __bad__businessbureau.com

Don't let them get away with it.
Make sure they make the Rip-off Report

| Home | File | Search | Register | Login |



About the ads below...

## RIP-OFF Report.com — Do-it-yourself guide

## what

✉ E-mail to a Friend
🖨 Printer Friendly Version

Submitted: **11/7/2006 4:00:19 PM**
Modified: **12/8/2006 2:03:19 PM**

Category:
**Financial Services**

## Gw Equity, Geneva Corporate Finance, Geneva Capital Markets, wasted eight hours of my time then hit me up for $30K Dallas Texas *UPDATE EX-employee responds ..GW Equity stands behind its name

Company
**Gw Equity, Geneva Corporate Finance**
Address:
**14241 Dallas Pkwy #600**
**Dallas Texas 75254**
**U.S.A.**
Phone Number:
**877-213-1797**
Fax:

EXHIBIT
4

I was contacted by GW Equity an investment banking firm that maintained that they were the largest M&A Firm in the country. They assured me that a research team had qualified my company and that they had some investors that were specifically interested in my company and asked if I might be interested in selling off all or a portion of my company. I told them that "everything was for sale fro a price and that I was listening."

They told me that they had 1600 Fortune 500 Companies that were in their back pocket and that they could sell any company if the business owner could get his figures straight and represent the companies "Value correctly" or something. It was a sellers market but this opportunity would only last as long as the interest was there.

Incidentally, they also had two experts that happened to be in my area and if I

**Prescription**
**Drug C**
**O**

Are you a r
prescription
or do you h
prescription
through any
organization

- SaveRx
- MatureR
- Coventry
- Humana
- Unicare
- HealthNe
- SierraRx
- United H
- Veterans

If so, you m
unknowingl
injured finar
therefore be
reimbursem
losses.

To see if yo
injured and
you are elig
member of
action to re
losses plea
classaction@

www.Zoom
Articles, r
casting
mo
agents, a
dire
Learn how
yo
modeling p
av
scams in th

Rip-off Report Corporate
Advocacy Business
Remediation & Customer
Satisfaction Program; ED
Magedson, Founder Rip-
off Report explains how
this program works to
benefit consumers &
businesses

# CLICK HERE

understood this as the most important sale my business would ever transact that I should drop everything and go to this seminar. I did drop everything and went.

Around noon, after explaining that what I was attempting to do was impossible without them, they told me that the simple retainer would cost me $29,000. I already have an evaluation of what my company is worth through a company that is immensely more credible than this GW Equity place so I did not even need that. What's more there was NO discussion about these "interested" investors and the only way I could find that out was to go ahead and pay them the $29k so they could get started...Get started on what? I thought they already had interested investors, so what would be the big deal? They also assured me that "By law" they could not guarantee the sale of my company no matter how much I paid them. So I got took. That I can take.

But what I cant take is the fact that this seminar cost me an entire day (Approx $5,000) that I wasted and that I cannot get back. I don't know who to sue, but you bet your backside I am looking into it.

**Dave**
**Rockford, Minnesota**
**U.S.A.**

## Company Search

If you would like to see more Rip-off Reports™ on Gw Equity, Geneva Corporate Finance, please use the search box below

Gw Equity, Geneva Corporate Finance    [ Search ]

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

## Rebuttal UPDATE EX-employee responds
Submitted: **11/15/2006 8:02:35 PM** Modified: **11/15/2006 9:23:35 PM**

# GW Equity stands behind its name

**Dave from Rockford, MN, it is my understanding that there are several business owners in these meetings at the same time. It is also my understanding that GW Equity facilitates numerous meetings on a weekly basis throughout the country.**

**The company has facilitated these owners' conferences for several years. It is difficult to believe that out of all of the business owners that have met with the representatives from GW Equity, only one business owner feels "taken" enough to post a complaint online.**

**You wrote that "Around noon, after explaining that what I was attempting to do was impossible without them, they told me that the simple retainer would cost me $29,000. I already have an evaluation of what my company is worth through a company that is immensely more credible than this GW Equity place so I did not even need that."**

## WANTED
**DEAD BEAT**
DADS &
MOMS
PUT YOUR
DEADBEAT
**SPOUSE ON
TV!!!**
So maybe you
can finally
COLLECT $$$
## WANTED
Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
email us at
Ditor@ripoffreport.com
*Rip-off Report
will forward your
filed
Report to
Producers.*

Add pictures
to your
Rip-off Report

If that is the case, then why did you waste eight hours as you said you did at the meeting. Why didn't you leave at noon, after you decided you were not interested in paying the retainer?

Were there armed guards preventing you from leaving the meeting?

GW Equity's CEO is Dr. John Binkley. He has been selling companies for 20 years. He also has a Doctorates degree in Theology. His bio is posted on the GW Equity Web site as is the other executives, advisors, and analysts.

The company's Web site provides a great deal of information about the meetings you supposedly attended. The company has sold more companies and has helped more business owners than you could imagine.

$5000? It really appears that you are looking for a way to tarnish the reputation of the company rather than recovering your day's wages.

If you are a business owner that attended the conference and not someone working for one of GW Equity's competitors, I invite you contact the corporate office and discuss your complaint with them. This should have been your first step if indeed you are so concerned about recovering your lost wages.

It appears that you are more interested in causing damage to GW Equity rather than recovering your financial loss. The reasons for this are you work for a competitor, you are a disgruntled ex-employee, or your business wasn't marketable and you can't handle rejection.

Carl - Irving, Texas
U.S.A.

## Update Submitted by the original author
Submitted: **11/26/2006 7:38:53 PM** Modified: **11/27/2006 3:35:29 AM**

# GW Equity Is STILL a Rip-off

Yes, you are correct, GW Equity facilitates several hundred of these seminars yearly. To my knowledge ALL of the owners felt screwed not only by the meetings, but if they were stupid enough to pony up the $50,000 requiresd by these rip-off artists, they realy GOT screwed. They just didn't know enough about this post to complain. Doest that mean they aren't angry?

The reason I stayed eight hours is because I promised the salesperson that originally contacted me is that I WOULD stay until the end. Additionally, I really thought that GW Equity would eventually make sense of this whole thing and that I wouldn't feel SO screwed. They did not. You are right in that I should not have stayed the whole eight hours and not have run out earlier. I stayed because I do what I say I am going top do and that is why I stayed. I stayed because I promised I would.

And as you stated there ?were No armed guards at the door? just like the salesperson promised that there would not be. There were Not, but I stayed anyway, because I said I would, Or he would not get credit for my attending. I ask you sir, What is wrong with honoring my word? I said I wouldn't leave SO I DIDN'T.

**As to DR. John Binkley's PhD. In Theology, He got it out of a crackerjack box. Not the University of Phoenix, but Phoenix University and I challenge you to find it among ANY accredited School and rings at his office in Dallas somewhere. As for his most acclaimed book (Noted on gwequity.com) ?A place called Destiny? try to buy it. I will give you a $1,000 for every published copy you can find. Fraud again.**

**Dave - Rockford, Minnesota**
**U.S.A.**

**CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.**

## Rebuttal Consumer Comment

Submitted: **12/8/2006 1:52:25 PM** Modified: **12/8/2006 2:03:19 PM**

# GW Equity article found in Inc. Magazine

**Inc. Magazine wrote an interesting article on GW Equity (Great Western) in November of 2001 entitled "For Sale: The American Dream". You may find it at Inc's website and by searching "Great Western" within the website. It is lengthy but gives details of how the company operates.**

**David - Phoenix, Arizona**
**U.S.A.**

---

### *REBUTTAL BOX*
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

---





eel free to send us suggestions and omments to our editorial staff. | Technical questions can be addressed to our webmaster. | Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search | Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

APX 000067



**RIP-OFF Report.com**

Don't let them get away with it.
Make sure they make the Rip-off Report

a service of
*bad*businessbureau.com

| Home | File | Search | Register | Login |



what

About the ads below...

RIP-OFF Report.com **Do-it-yourself guide**

what

✉ E-mail to a Friend
🖨 Printer Friendly Version

Submitted: **11/29/2006 2:25:17 AM**
Modified: **11/29/2006 2:25:00 AM**

Category:
**Business Consulting**

# GW Equity Wrongful Termination - Scam - perpetuating a fraud on the general public Dallas Texas

Company
**GW Equity**
Address:
**1755 Wittington Place #150**
**Dallas Texas 75234**
U.S.A.
Phone Number:
**972-481-2801**
Fax:

EXHIBIT
tabbies
5

Last week I was terminated due to the presumption that I knew something about this company that I really did not know at the time. Now that I have been terminated I was offered $3,000 for information that I do now know; which is this company is only able to sell less than 4% of the companies that I actually took $40,000 retainers for and we have no actual buyers / investors for these companies.

I lost my job because I was associated with an EX employee that asked questions regarding these numbers and was immediately terminated as well. I refused the ?severance? they offered me and have now been forced to retain counsel as to a wrongful termination suit against this company. I was terminated from a company that I would have immediately have quit had I known that we were actually perpetuating a fraud on the general public. ODD to be fired from a job I would have quit anyway if I had actually known the facts. But let it be known? There are NO investors or any kind of buyers that this company has for the victims that it assaults on an hourly basis. There were 115 of us that were required to randomly make 100 calls a day from Dunn &

**Presc[...]
Drug C[...]
O[...]**

Are you a [...]
prescriptio[...]
or do you h[...]
prescriptio[...]
through an[...]
organizatio[...]

- SaveRx
- MatureR[...]
- Coventry[...]
- Humana[...]
- Unicare
- HealthN[...]
- SierraRx[...]
- United H[...]
- Veterans[...]

If so, you m[...]
unknowingl[...]
injured fina[...]
therefore b[...]
reimbursem[...]
losses.

To see if yo[...]
injured and [...]
you are elig[...]
member of [...]
action to re[...]
losses plea[...]
classaction@e[...]

www.Zoom[...]
Articles, [...]
casting [...]
mo[...]
agents, a[...]
dire[...]
Learn how[...]
modeling p[...]
av[...]
scams in th[...]

Rip-off Report Corporate
Advocacy Business
Remediation & Customer
Satisfaction Program; ED
Magedson, Founder Rip-
off Report explains how
this program works to
benefit consumers &
businesses

# CLICK HERE

## WANTED
**DEAD BEAT**
DADS &
MOMS
PUT YOUR
DEADBEAT
**SPOUSE ON
TV!!!**
So maybe you
can finally
COLLECT $$$
**WANTED**
Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
*email us at*
EDitor@ripoffreport.com
*Rip-off Report
vill forward your
filed
Report to
Producers.*

**Bradstreet to business owners that actually thought we had done research on their company and that we had a buyer. Had I known differently they could have spare themselves a wrongful termination lawsuit and me the time it took to sell their B/S service.**

**Tracy
Dallas, Texas
U.S.A.**

**Click here to read other Rip Off Reports on Citibank**

## Company Search

**If you would like to see more Rip-off Reports™ on GW Equity, please use the search box below**

GW Equity   [ Search ]

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

**Click here** to go to our ***advanced search*** page.

---

### REBUTTAL BOX
#### MY COMPANY HAS BEEN REPORTED!
#### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

---

Add pictures
to your
Rip-off Report





eel free to send us suggestions and omments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

APX 000069



RIP-OFF REPORT™.COM

a service of
bad business bureau.com

Don't let them get away with it.
Make sure they make the Rip-off Report

| Home | File | Search | Register | Login |

about the ads below...

RIP-OFF REPORT.com — Do-it-yourself guide

what



what

Rip-off Report Corporate
Advocacy Business
Remediation & Customer
Satisfaction Program; ED
Magedson, Founder Rip-
off Report explains how
this program works to
benefit consumers &
businesses

✉ E-mail to a Friend
🖨 Printer Friendly Version

Submitted: 11/29/2
Modified: 3/2/2

Category:
**Business Consulting**

# Gw Equity, Citibank, Citigroup, Citi Commerce Solutions M& Business Consulting, paid $30,000 for an inflated analysis o company that has yielded no results New York New York *C Comment ..GW Equity article found in Inc. Magazine

Company
**Gw Equity, Citibank,citigroup,citi Commerce Solutions**
Address:
**399 Park Ave.**
**New York New York 10043**
**U.S.A.**
Phone Number:
212-559-1000
Fax:

EXHIBIT
6

GW Equity is actually a $120 billion dollar enterprise called Geneva Business Research tha Million dollar class action suit in March of 2003 in Irvine California "for defrauding thousar businesses out of monies paid in advance".

They have changed their name to GW Equity and subsequently moved to Dallas, Texas. W the connection, I was contacted by someone who said she was a "Senior Account Manage Equity. She told me that her company was the largest Mergers and Acquisitions firm in the assured me that this was not a random call and that a "research team" had done a lot of w qualifying company because several Fortune 400 companies that were interested in Mergi Acquiring my company. She said her and that the investors urgent and were very intereste me.

She said they also happened to be in the area and my exposure to these investors was co spending an entire day with their "M & A Specialist" and a "Business Analyst" they could this "offer on my company would occur and that they would explain these buyers motives turned out to be a cattle cal with about 15 other clueless private business owners.

# CLICK HERE

---

# WANTED
## DEAD BEAT
DADS &
MOMS
PUT YOUR
DEADBEAT
**SPOUSE ON
TV!!!**
So maybe you
can finally
COLLECT $$$
# WANTED
Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
*email us at*
:Ditor@ripoffreport.com
*Rip-off Report
will forward your
filed
Report to
Producers.*

---

Add pictures
to your
Rip-off Report

I listened to their day long sales pitch and at the end they dropped the $30,000 retainer fee company's revenues are close to the $100 million mark and it sounded like a drop in the I compared to what they were telling me that I could actually get for my company. These fig above anything my CPA or attorneys calculated but GW Equity assured me that only M&A how to calculate the "true & future value of a company".

After paying the $30,000 I met with David Gilliland the M&A specialist and he explained th evaluation would take about 6 months and it might be years before he could attempt to ta to market. When I asked where the buyers were (that the initial senior account manager) t interested and urgent, he explained that those buyers were simply "buying into my indust never had any type of guarantee that they could actually sell my business.

Essentially I paid $30,000 for an inflated analysis of my company that has yielded no resu cell phone of the senior account manager who later told me that she had been fired becau asked Steve Schreiber "of the companies we take retainers from... how many actually get fired the next day due to lack of performance. She also explained that the investors that tl have in their pockets do not know that GW Equity even exists and that her call to me was random cold call from a D&B database and that there was no research done on my compa was just getting paid to get me into this seminar.

After 3 years I have never seen any kind of an offer on my company and I am reminded tha guaranteed that they could sell my business for sure. Robert Brenner is your connection I same scam conducted in California and was Senior Vice president there as well. Not only entire day at some sales seminar under the premise that they had several buyers for my c hit with a $30,000 retainer fee and actually learned nothing about the M&A process.

These guys are shrewd salespeople but I cannot find even one company that they have ev is a matter of confidentiality" they say. But cannot even give me the statistics of even selli Equity is another fraud under a different name that just moved to another State.

**Greg
New York, New York
U.S.A.**

**Click here to read other Rip Off Reports on Citibank**

| Company Search |
| --- |

If you would like to see more Rip-off Reports™ on Gw Equity,
Citibank,citigroup,citi Commerce Solutions, please use the search box
below

Gw Equity, Citibank,citigroup,citi Commerce Solutions   [ Search ]

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

**Rebuttal** Consumer Comment
Submitted: **12/8/2006 1:55:54 PM** Modified: **12/9/2006 3:45:33 AM**

# GW Equity article found in Inc. Magazine

---

**Inc. Magazine wrote an interesting article on GW Equity (Great Western) in November of 2(**

"For Sale: The American Dream". You may find it at ____'s website and by searching "Grea within the website. It is lengthy but gives details of how the company operates.

David - Phoenix, Arizona
U.S.A.

## Rebuttal Consumer Comment
Submitted: 2/14/2007 8:45:13 AM Modified: 2/16/2007 7:36:59 PM

## future employee

Hello- I am looking at becoming a representative for this company. I am doing some resea company's ethics and overall validity. I have worked for several Fortune 100 companies a obligated to such research. I have found this article from Forbes and they praise the com http://www.forbes.com/businesswire/feeds/businesswire/2007/01/26/businesswire2007012

I also have to say that if this company has defrauded so many business owners, why are t complaints? I used to work with Nextel Communications. This is a huge company known had many many complaints on this site from consumers with percieved fraud issues. 5 is number on the spectrum of things.

Lucas - Belton, Texas
U.S.A.

## Rebuttal Consumer Comment
Submitted: 3/1/2007 2:33:39 PM Modified: 3/1/2007 7:15:13 PM

## note to Future Employee

The link to the Forbes article is not an "article" but rather a Business Wire press release is Equity and printed in Forbes. Of course they are speaking highly of themselves.

Secondly, statistically speaking, only a small fraction of people who feel they have been d actually file complaints or publish their views. This is a result of any number of factors inc knowledge, unwillingness to admit they have been defrauded, thoughts that perhaps the c happen, ego, pride, etc.

David - Phoenix, Arizona
U.S.A.

## Rebuttal Consumer Comment
Submitted: 3/1/2007 8:53:58 PM Modified: 3/1/2007 10:47:03 PM

## I did not understand the relevance of the rebuttal from futur employee....

So I won't worry about "future employee" but maybe he should?

Greg, I do wonder why you would believe some fast talking nobodies' figures that were "w anything" your [presumeably trusted] CPA had calculated ?? And I have never seen attorr values. All attorneys do is create problems. OK, and help you avoid problems.

APX 000072

I do wonder how you could have a $1 mil gross company and still let yourself walk into s your eyes wide shut. At a 10% margin you are making $100,000 a year. Not great in NY ma definitely above minimums.

Thomas - Anderson, South Carolina
U.S.A.

## Rebuttal Consumer Suggestion
Submitted: 3/2/2007 6:40:06 AM Modified: 3/2/2007 7:55:14 AM

# Real brokers work on contingency.

This company is obviously a scam. Money up front should not be required to contract wit find buyers for anything.

When you're selling your house for example, the agent doesn't get paid until after it sells. potential buyer wants to evaluate the actual value of the property, the BUYER pays for the An investigation provided by the seller is worthless to a potential buyer because it is likel seller's favor.

Mike - Radford, Virginia
U.S.A.

---

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
<u>CLICK HERE to Send us your rebuttal on this specific report only.</u>
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
<u>CLICK HERE to File your OWN Rip-Off Report</u>

---



eel free to send us suggestions and  omments to our <u>editorial staff.</u> | Technical questions can be addressed to our <u>webmaster.</u> | Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports. | Having trouble searching or filing a report? It may be a browser problem. See our <u>FAQ</u> for help

<u>Home</u> | <u>File</u> | <u>Update</u> | <u>Search</u> | <u>Pictures</u> | Lawsuits(Coming Soon) | <u>Revenge Guide</u> | <u>Privacy Policy</u>
<u>Volunteers</u> | <u>Thank You!</u> | <u>Editorial</u> | <u>Donate</u> | <u>Link</u> | <u>FAQ</u> | <u>E-Mail Us</u> | <u>ED Magedson - Founder Rip-off Report.com</u>

APX 000073