# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GW EQUITY, LLC, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 3-07 CV 0976-K |
| v. | ) |
| | ) |
| XCENTRIC VENTURES, LLC, *ET AL.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF EDWARD MAGEDSON IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW RE: COMMERCIAL SPEECH

EDWARD MAGEDSON states the following upon my personal knowledge:

1. My name is Edward Magedson. I am a resident of the State of Arizona, am over the age of 18 years, and if called to testify in court I could and would truthfully testify to the following information based upon my own personal knowledge.

2. I am the manager of Defendant XCENTRIC VENTURES, L.L.C., ("Xcentric") which is based in Tempe, Arizona. Xcentric operates a website known as "The Rip-Off Report" which is located at **www.ripoffreport.com** and **www.badbusinessbureau.com** ("ROR").

3. Defendant Xcentric is an Arizona-based LLC which operates a website located at **www.RipoffReport.com** and **www.BadBusinessBureau.com** (the "ROR Site" or "Rip-Off Report"). Xcentric does not own any assets in Texas, does not have any offices in Texas, does not have any agents in Texas and does not conduct any business in Texas. Xcentric does business in Phoenix, Arizona, and its agents, and assets are all located in Phoenix, Arizona.

4. I am a resident of the State of Arizona and I have no property or agents in Texas.

5. Every time a user submits a report to Rip-Off Report for publication, the user is required to agree that the State of Arizona shall have exclusive jurisdiction over any dispute arising from the report.

6. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: June 20, 2007.

_____
Edward Magedson