# **EXHIBIT B**

Address | http://www.ripoffreport.com/



# Ripoff Report
*Don't let them get away with it!*

Register to File a Report | Login | Help

| Home | File a Report | Update Report | Consumer Resources | Corporate Advocacy | | Search a Company | Search |

Use Advanced Search | Browse Latest Reports



File a Report

**Consumer Alert** | Repair Your Reputation
Top Rip-offs to avoid...

### Search before you do business
Check out a company/individual before doing business.
[  ] Search
Use [...] >>
- or -
Browse Latest Reports

249,546 REPORTS FILED

## Newest Ripoff Reports

6/20/2007 - Ohio
Progressive Car Insurance Progressive IS A RIPOFF COMPANY, WILL DO THEIR BEST TO AVOID PAYING FOR CLAIMS Ripoff Mayfield Village Ohio

### Featured Ripoff Reports

by consumers, for consumers

# Ripoff Report
Don't let them get away with it.™

# Search Results: Texas
You    Legend

**NEW** New    **UPDATE** Updated    **REBUTTAL** Rebuttal    **PHOTOS** Photos

searched for: **Texas**
Approximately **14200** Reports Found
Showing 1 - 15

| Date | Title | City, State |
|---|---|---|
| 1. 6/9/2007 3:52:34 AM **REBUTTAL** | FAST DEBT SOLUTIONS WILL LIE TO YOU AND STEAL YOUR MONEY ripoff Carrollton Texas *REBUTTAL Owner of Company ..Dont know this person<br><br>Credit & Debt Services : **FAST DEBT SOLUTIONS** Texas | **Author:** Des Moines, Iowa |
| 2. 6/8/2007 10:01:00 AM **NEW** | FNT Report to FTC and USPS for mail fraud! Frisco Texas<br><br>Mail Order Services : **FNT** Texas | **Author:** Detroit, Michigan |
| 3. 6/8/2007 10:19:00 AM **NEW** | Clay Cooley Motor Comp Dishonest, Misleading, DOesnt care about customer. Dallas Texas<br><br>Car Financing : **Clay Cooley Motor Comp** Texas | **Author:** Irving, Texas |
| 4. 6/8/2007 9:12:00 AM **NEW** | Credit Solution They were soppose to lower our three credit cards so we could pay off now my check is going to be garnish they keeped our payment money every month out of checking and the co. Addison Texas<br><br>Credit & Debt Services : **Credit Solution** Texas | **Author:** Tulsa, Oklahoma |
| 5. 6/8/2007 12:33:00 PM **NEW** | West Asset Management Debt Collection Agency Scam Consumer Alert Crawford Texas<br><br>Collection Agency's : **West Asset Management Debt Collection Agency** Texas | **Author:** Las Vegas, Nevada |



You may be due a REFUND!

Did you refinance your Home in the last 3 years?

If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@ careylaw.com your HUD 1 form immediately to see if you qualify.

*Ripoff Report Verified -safe advertisement-*