UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GW EQUITY, LLC,** | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | **CIVIL ACTION** |
| v. | § | |
| | § | No. 3-07-CV-0976-K |
| **XCENTRIC VENTURES, LLC,** | § | |
| **WWW.RIPOFFREPORT.COM**, | § | |
| **WWW.BADBUSINESSBUREAU.COM**, | § | |
| and **EDWARD MAGEDSON,** | § | |
| | § | |
| DEFENDANTS. | § | |

### AGREED MOTION FOR EXPEDITED BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Plaintiff GW Equity, LLC ("GW Equity") and Defendants Xcentric Ventures, LLC, www.ripoffreport.com, www.badbusinessbureau.com, and Edward Magedson (collectively, "Defendants") file this agreed motion for an expedited briefing schedule on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. In support of their motion, GW Equity and Defendants state the following.

This Agreed Motion seeks an expedited briefing schedule in connection with Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, which was filed on **Wednesday, June 20, 2007**. GW Equity and Defendants request that the deadline for GW Equity to file its response to Defendants' Motion be **Friday, June 22, 2007**. GW Equity and Defendants request that any reply brief filed by Defendants be filed on **Monday, June 25, 2007**. The parties seek this relief because (1) the Court requested briefing on the issue of personal jurisdiction at the preliminary

injunction hearing, and (2) the matters at issue are well-known to the parties and can be quickly briefed.

Accordingly, GW Equity and Defendants respectfully request that this Court order both parties to agree to the briefing schedule outlined above, and to other and additional relief to which they may be entitled.


Dated: June 21, 2007                                  Respectfully submitted,


_____/s/ John T. Cox III_____
John T. Cox III
Texas Bar No. 24003722
**LYNN TILLOTSON & PINKER, L.L.P.**
750 N. St. Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

**ATTORNEY FOR PLAINTIFF
GW EQUITY, LLC**


– and –


____/s/ Maria Crimi Speth_____
Maria Crimi Speth, Esq.
**JABURG & WILK, PC**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
mcs@jaburgwilk.com
Tel: (602) 248-1000
Direct: (602) 248-1089
Fax: (602) 248-0522

**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the following counsel *via ECF* on this 21st day of June, 2007.

| | |
|---|---|
| Maria Crimi Speth, Esq. | Jeffrey S. Seeburger |
| Jaburg & Wilk, PC | Kane Russell Coleman & Logan, P.C. |
| 3200 North Central Avenue, Suite 2000 | 3700 Thanksgiving Tower |
| Phoenix, Arizona 85012 | 1601 Elm Street |
| mcs@jaburgwilk.com | Dallas, TX 75201 |
| Tel: (602) 248-1000 | Tel: (214) 777-4200 |
| Direct: (602) 248-1089 | Direct: (214) 777-4275 |
| Fax: (602) 248-0522 | Fax: (214) 777-4299 |
| | jseeburger@krcl.com |

    */s/ John T. Cox III*
John T. Cox III