## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **GW EQUITY, LLC,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | **CIVIL ACTION** |
| **v.** | § | |
| | § | **No. 3-07-CV-0976-K** |
| **XCENTRIC VENTURES, LLC,** | § | |
| **WWW.RIPOFFREPORT.COM,** | § | |
| **WWW.BADBUSINESSBUREAU.COM,** | § | |
| **and EDWARD MAGEDSON,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

---

### APPENDIX IN SUPPORT OF GW EQUITY'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

---

John T. Cox III
State Bar No. 24003722
LYNN TILLOTSON & PINKER, L.L.P.
750 N. St. Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3803 Facsimile

**ATTORNEY FOR GW EQUITY**

Dockets.Justia.com

TO THE HONORABLE COURT:

Plaintiff GW Equity files this Appendix in Support of its Opposition to Defendants Motion to Dismiss for Lack of Personal Jurisdiction:

**Tab**                                                                                      **Page**

1.    Memorandum and Order.......................................................Appx. 000003 – 000037

2.    Declaration of John T. Cox III..............................................Appx. 000038 – 000041
      a.    Current Rip-Off Report Webpage...........................Appx. 000042 – 000046
      b.    Archived Rip-Off Report Webpage .........................Appx. 000047
      c.    Corporate Advocacy Webpage ................................Appx. 000048 – 000057
      d.    Donations Webpage ................................................Appx. 000058 – 000060
      e.    Archived Rip-Off Report Webpage Re: Texas .........Appx. 000061 – 000062
      f.    Rip-Off Report Home Page ....................................Appx. 000063 – 000066
      g.    Registration Webpage .............................................Appx. 000067 – 000074
      h.    Search Results Re: Defendant Magedson ................Appx. 000075
      i.    Rip-Off Report Posts ..............................................Appx. 000076 – 000095
      j.    Search Results Re: Texas .......................................Appx. 000096
      k.    Archived Rip-Off Report Webpage Re: Consumers  Appx. 000097 – 000099

3.    Declaration of Greg Jackson...................................................Appx. 000100 – 000101
      a.    File List....................................................................Appx. 000102
      b.    Cookie List ..............................................................Appx. 000103

4.    Declaration of Michael Grishman............................................Appx. 000104 – 000105
      a.    PayPal Receipt .........................................................Appx. 000106
      b.    PayPal Donation Receipt .........................................Appx. 000107
      c.    Email From Editor ...................................................Appx. 000108 – 000110

5.    Plaintiff's Original Complaint for Damages and Emergency Application for Injunctive Relief....................................................Appx. 000111 – 000132

6.    Affidavit of Ryan Binkley ......................................................Appx. 000133 – 000141

7.    Supplemental Affidavit of Ryan Binkley ..............................Appx. 000142 – 000146

**APPENDIX IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF ITS**    **Page 1**
**APPLICATION FOR A PRELIMINARY INJUNCTION**
02033-701/163691

Appx. 000001

Respectfully submitted,


*/s/ John T. Cox III*
John T. Cox III
State Bar No. 24003722
LYNN TILLOTSON & PINKER, L.L.P.
750 N. St. Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3803 Facsimile

**ATTORNEY FOR GW EQUITY**


**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the following counsel *via ECF* on this 22nd day of June, 2007.


Maria Crimi Speth, Esq.
Jaburg & Wilk, PC
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
mcs@jaburgwilk.com
Tel: (602) 248-1000
Direct:  (602) 248-1089
Fax:  (602) 248-0522

Jeffrey S. Seeburger
Kane Russell Coleman & Logan, P.C.
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201
Tel: (214) 777-4200
Direct: (214) 777-4275
Fax: (214) 777-4299
jseeburger@krcl.com


*/s/ John T. Cox III*
John T. Cox III

**APPENDIX IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF ITS**        **Page 2**
**APPLICATION FOR A PRELIMINARY INJUNCTION**
02033-701/163691

Appx. 000002