

# THE Rip-Off REVENGE™

## HELPING VICTIMS COLLECT IN A FEW DAYS

### LEGALLY AND INSTANTLY

√ STOP THEIR BUSINESS FLOW

√ MAKE THEM FEEL UNCOMFORTABLE

√ GET THE MONEY OWED TO YOU WITHIN A FEW HOURS OR JUST DAYS, 99% OF THE TIME

SPONSORED BY: **Consumers Against Consumer Rip-Offs**



**HELPING VICTIMS COLLECT IN A FEW DAYS OR HOURS!**

Tired of **Legal Fees?**

Don't trust **lawyers?**

Don't trust the **Scales of Justice?**

Tired of **Collection Agencies?**

Waiting years to collect?

"Go ahead.....sue me!" Sound familiar?

**Victim of a Rip-Off? by an Auto dealer, Auto repair, home builder, retail store, or any type of business.**

Get Rip-off Revenge™ and your money back too!

---

All orders shipped First Class Mail

## WHY THE RIP-OFF REVENGE?

I have created the **Rip-Off Revenge** ™ as a way to empower people with honest grievances to take action on them.

In our society today, lawyers, & businesspeople are often more concerned about what they can get away with than what is fair. Misuse of power like that upsets me! They say it's all "business". They take away the personal values of honesty and integrity and show no mercy except maybe some token political correctness. It's time for people who have been taken advantage of to get honest attention!

**See what others are saying about the Rip-Off Revenge™ Techniques**

4 easy steps .. However...
most businesses give in by step 2

*"I bought your Do-It-Yourself Guide. I'll have to admit the thought of paying for a book to help me get what I felt I was already owed to me sounded like a rip-off. I was without a vehicle because I paid for repairs to my car that was never done. The garage manager kept insisting they replaced everything they charged me for. Being without a car gave me the determination I needed to start the steps in the guide book. I followed your instructions and can't believe what*



EXHIBIT

A

Appx. 000042

Dockets.Justia.com



## GET RIP-OFF REVENGE™

### HOW TO GET RIP-OFF REVENGE™

## How to get RipOff Revenge...

1. File a detailed **Rip-off Report™** with the BAD Business Bureau's website at: http://www.ripoffreport.com/ include what you are owed at then end of your Report.

2. Order your copy of Rip-Off Report.com Do-It-Yourself Guide: How to get Rip-off Revenge™ ...and your money back too!

***Select your country to order now:***

United States - $21.95

PayPal BUY NOW

**Paypal accepts both Credit Cards and Debit Cards...**



"We used the Do-It-Yourself Guide and... in just 17 minutes we got a check... plus 15%. We got Rip-off Revenge™ and our money back too!"
-Jason and Rob
Glendale, Arizona

"I was extremely discouraged after being taken by a fraudulent financial entity. What's worse is that I was so embarrassed that I would not have taken action even if I knew how to. Luckily, I read the preview edition of Rip-off Revenge™ guide. Not only did the book help me to realize that I had nothing to be ashamed of, it allowed me to obtain full retribution. Without the Revenge Guide, I would have been lost. Thank you Rip-off Report for taking the time to construct such a wonderful book!"
-S. Sarri
Long Island, New York

"I fell for one of the credit card scams. I didn't think I would ever get my money back. After several unsuccessful attempts at trying to communicate with the company I was ready to give up. I found your site, read all the reports and filed my Rip-off Report along with all the others. Then I followed your suggestions in your Rip-off Revenge™ Guide and it worked! My money was returned."
-George M
Detroit, Michigan

satisfaction it gave me! I was almost disappointed when the garage manager agreed to repair my car again and was refunding the money I already paid. I think consumers let so many things "slide by" because we are unsure of what to do. I never could have done it without your step by step instructions. I was able to get what was rightfully mine all legally without the expense of an attorney. It sure worked for me! Thank you very much"
-Casey
Kansas City, Missouri

"Not only did your site help us expose a great story in our local paper, but, your Do-it-your self guide actually saved me from losing thousands on home repairs that I knew were not my responsibility. Proof consumers like me can fight back and win."
-Andrew S.
San Jose, California

"As an attorney, my experience has been that the justice system is usually the best way to right a wrong. Unfortunately, the process can be too expensive and time consuming to address some situations. Recently, I found myself in such a situation so I turned to the Rip-off Revenge™ Guide. Using the step by step process in the guide, I was able to resolve a dispute with a building contractor that I had not been able to resolve with threats of administrative and legal action. The Rip-off Revenge™ Guide really works."
- Maria
Phoenix, Arizona

***Select your country to order now:***

## YOUR FIRST STEP TO REVENGE



First go to....

**RIP-OFF**
**Report**

to file your report
and begin your
Rip-off revenge

Click Here

United States - $21.95

*PayPal* BUY NOW

Paypal accepts both Credit Cards and Debit Cards..

## OR, Pay by Mail

You may also pay by check or money order to:

**Rip-off Revenge™**
PO Box 310
Tempe, Arizona 85280

## Not convinced? ... Keep reading

Rip-off Report Do-It-Yourself Guide to Rip-off Revenge™ and your money back too... provides you with the tools you need to successfully and quickly resolve most consumer complaints.

## STEP BY STEP INSTRUCTIONS

This Do-It-Yourself Guide: How to get Rip-off Revenge™ ..and your money back too in most cases, is a detailed guide with 4 simple step by step instructions explained in detail with illustrations, photos and examples that will show you how to: Get Rip-off Revenge™ and Your money back too.... *and even more sometimes!*

### ALSO INSIDE:

- How to Recoup from Credit Card Scams
- Repairs YOU Can Make to Your Credit Report
- Postal Scams to Avoid
- What the Small Print Says on Credit Card Statements
- Tips for Collecting on Court Judgements
- Planning on Moving? Read this before you move!



THE COST OF
RIP-OFF REVENGE!

includes shipping and handling

**Do-it-Yourself Guide:**
**How to get Rip-off Revenge**

™

**and your money back too..**

**Rip-off Revenge™ Do-it-yourself guide is** $21.95 including Priority Shipping anywhere in the United States, $31.95 for Canada, and $41.95 for all other countries. All orders are shipped to arrive within 5 days or less from receipt of orders.

*Select your country to order now:*

United States - $21.95

PayPal
BUY NOW

**Paypal accepts both Credit Cards and Debit Cards..**

to pay with your debit or credit card

OR

# Pay by Mail

You may also pay by check or money order to:

**Rip-off Revenge™**
PO Box 310
Tempe, Arizona 85280

Feel free to send us suggestions and comments. | ED Magedson - Founder Rip-off Report.com
© 2003 Rip-off Revenge™





Rip-off Report.com - badbu    ProLaw    provided by Fish & Ric

File    Edit    View    Favorites    Tools    Help

Back    Search    Favorites    Media

Address    http://www.ripoffreport.com

Google    bernard haldane    Search Web    Search Site    News    PageRank    Page

## RIP-OFF Report.COM

**Don't let them**
**Make sure they mal**

bad businessbureau.com    Home    File

**V**ictim of a consumer Rip-off? Want justice? Rip-off Report™
worldwide consumer reporting Website & Publication, by cons
consumers, to file & document complaints about Companies o
who ripoff consumers.

Unlike the Better Business Bureau, *bad*businessbureau.com /
Report™ does not hide Reports of "satisfied" complaints. *ALL*
remain public in order to create a working history on the Comp
Individual in question; unedited.

Rip-off Reports cover every category imaginable! You can **Bro
latest Reports, Search the Reports,** or submit your Report r
FREE, by clicking on **File Report**.

## CREATE YOUR OWN WEB SITE JUST BY FILING A RIP-(
REPORT

**A Do-it-Yourself Guide to Rip-off Revenge**
Get revenge and your money back too!
Written by ED Magedson, founder of
Rip-off Report.com Coming soon.

..it's FRE:    :ally submitted to
engines a    Reports are autor
discovered by most search engines. This means that within jus
or weeks; your Report may be found on search engines when c
search, using key words relating to your Rip-off Report™.

## HELPING YOU, THE CONSUMER...
Search the Rip-Off Report™ before you do business...
Retail stores with bad return policies, checking & credit theft, r
*or other unscrupulous business policies; such as phony auto re*

File Report
Update Report
Search Reports
Picture Reports
Editorials
Thank you!
Volunteer
Rip-off Reporters
Link to Us
Lawsuits
Revenge Guide
Donate
About Us
FAQ

Hit Counter
**67,308,462**
visits to the

http://www.ripoffrevenge.com/



EXHIBIT

B

100

Appx. 000047



**Ripoff Report**
Don't let them get away with it.™
...by consumers, for consumers

# Corporate Advocacy Program

Our Program

How It Works

Benefits of Joining

What Customers Say

Join Now

## YOUR REPUTATION IS IMPORTANT TO YOU.

Whether people are talking about you here or somewhere else, the fact is, they're going to talk.

The Internet has become an important social media tool, empowering people to speak their minds whenever, however and wherever they want through blogging, chat rooms, video sharing and other tools. These are some of the ways disgruntled customers can and do post their complaints, but ONLY Ripoff Report® offers the Corporate Advocacy Program where a business may publicize its proactive approach to addressing those complaints. Members of the Corporate Advocacy Program care about their customers' concerns, and they are savvy marketers who know that maintaining a good reputation is paramount.

The adage that one disgruntled customer tells a handful of their friends, is outdated. Today one disgruntled customer can tell literally tens-of-thousands of customers about their challenge with your business, in one single posting. Now, more than ever, it's critical to be proactive in hearing and addressing your customer service challenges.

Ripoff Report's Corporate Advocacy Program...

- Engages your business in a process that helps to satisfy customer complaints and make amends for past mistakes.
- Turns negatives into positives by making a commitment to consumers that your business is willing to make an earnest commitment to customer satisfaction.
- Helps your employees feel a deeper commitment to the business, and it boosts their morale, knowing you are willing to take accountability.
- Increases potential sales and positive referrals, by demonstrating yours is an honest business, with integrity, and willing to make a commitment to righting customer wrongs.

Take responsibility for your business and your customers by becoming a member today.

*All businesses will get complaints, but how those businesses handle those complaints separates good business from bad business.*

You may be due a REFUND!

Did you refinance your Home in the last 3 years?

If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@careviaw.com your HUD 1 form immediately to see if you qualify.

*Ripoff Report Verified -safe advertisement-*



EXHIBIT

C

Appx. 000048





# Ripoff Report

...by consumers, for consumers

Don't let them get away with it.™

# About Us : Volunteers

About Us

Want to sue Ripoff Report?

Volunteer

Donate

Link to Us

Revenge Guide

Contact Us

Terms of Service

## WANTED

Consumer Advocates

Lawyers

Experienced Business People

Retired politicians, lawyers, business people who consider themselves Consumer Advocates!

Are you interested in HELPING consumers who have been victimized across the United States. Handle cases form your home state or where ever you may be able to be of service to consumers who have been victimized.

Please click below to e-mail us your background and what areas you want to help out in. Helping victims of consumer rip-offs for a couple of hours free is good advertising and could result in future revenue.

This will be a volunteer service using your knowledge and experience to help other consumers fight Rip-offs. As a volunteer you will provide support, suggestions and recommendations on how to fight back. You will be helping turn the tide towards honesty and fighting greed, corruption and rip-offs.

Every day we get consumers who have been ripped off and are told by lawyers ..it will cost you too much or take too long, or ...isn't worth the hassle.

Let us know your background:

- City and State your in and states your interested,
- areas of knowledge
- and how many cases you would be willing to handle a week or month.

Click below to VOLUNTEER.
info@**bad**businessbureau.com

You may be due a REFUND!

Did you refinance your Home in the last 3 years?

If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@ careylaw.com your HUD 1 form immediately to see if you qualify.

*Ripoff Report Verified -safe advertisement-*

Appx. 000049



You may be due a REFUND!

Did you refinance your Home in the last 3 years?

If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@careylaw.com your HUD 1 form immediately to see if you qualify.

*Ripoff Report Verified -safe advertisement-*



*...by consumers, for consumers*

# Ripoff Report

Don't let them get away with it.™

Our Program

How It Works

Benefits of Joining

What Customers Say

Join Now

# Corporate Advocacy: Your Benefits

## Benefits of Joining the Ripoff Report® Corporate Advocacy Program

Because our standards are high and we carefully track the resolution of all complaints, any member company automatically enjoys benefits that are extremely valuable in today's business environment:

*All businesses will get complaints, but how those businesses handle those complaints separates good business from bad business.*

## Positive PR and "Buzz" Marketing

Members are able to publicize their membership, noting they meet its extremely high standards for customer satisfaction. This kind of meaningful information spreads quickly among potential customers via word-of-mouth and a variety of Internet sites.

## Market Intelligence and Research

Sometimes it's the complaints you don't hear about that cause the most damage. With our program you have the best chance of learning about all complaints, and because you are able to communicate with customers, you learn precisely why your product or service is not meeting expectations.

It is not uncommon for the management of many enterprises to be unaware of problems that may be occurring at their customer level...both from a sales *and* delivery perspective. By becoming a member of the Corporate Advocacy Program, you can become aware of even the most minor and subtle complaints that may be affecting your business. This information can be used to allow you to rectify complaints at the earliest stage, to continue building an excellent reputation among your customer base, and to build sales and profits.

All successful growing businesses want to maintain a maximum amount of satisfied customers. Our experience has been that one of the ways they learn how to improve their products and services is from customers who lodge complaints. When you are aware of these situations you can act rapidly to turn situations around. In the process, organizations often come up with new ways to work with these customers and find acceptable resolutions.



all
businesses
recieve
complaints...

## Improve Your Customer Service Quality Assurance.

The process of resolving these complaints might suggest new ways of doing business or communicating with customers that will improve your Customer Service and Quality Assurance programs...and your competitive position.

## Consumers see the *whole* picture.

By leaving ALL reports, rebuttals and updates ever filed, consumers get the opportunity to see how a business took care of business, from start to finish. Member companies benefit by having editorial comments support their efforts and draw attention to the positive actions they've taken.

## "From Good to Great"

As Jim Collins' best-selling business book pointed out, one of the factors separating the *great* companies from the merely *good* ones is the ability to stay attuned to customer feedback and learn from the experience of customers who are not fully satisfied. Using the Corporate Advocacy Program, you'll not only enjoy a better image, you'll also develop superior relationships with customers and build the best possible customer satisfaction program, proven to be a major factor contributing to long term success.

We offer this program only to individuals and organizations that appreciate and place a high value on customer service. Are you up to it?

Read why consumers want to do business with a member of the Corporate Advocacy Program.

Prescription Drug Card Rip-Off?

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as:

- SaveRx
- MatureRx
- Coventry
- AdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- Veterans Advantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and



...by consumers, for consumers

# Ripoff Report

Don't let them get away with it!™

## Corporate Advocacy: How It Works

Our Program

How It Works

Benefits of Joining

What Customers Say

Join Now



What

*Turn negative customer service experiences into positive opportunities for your business.*

### How It Works:

If you've had a negative complaint filed about your company on the Internet, help is just a click away. Ripoff Report's Corporate Advocacy Program is a Web-based program that helps you put a restitution plan in place to right customer wrongs, turn bad buyer experiences into good customer service, and prove to your customers that your business is committed to their satisfaction.

Businesses of all sizes have customer complaints and can benefit from Ripoff Report's Corporate Advocacy Program, from sole proprietorships to large multinational corporations.

### Ripoff Report's Corporate Advocacy Program...

1.  Verifies all reports and rebuttals, determines the truthfulness of the complaints and exposes those posted erroneously or maliciously.
2.  Sends a positive email that we draft together to each person who posted a report about your company, notifying them your firm has offered to negotiate in good faith to resolve their complaint.
3.  Updates all reports with your commitment to right customer wrongs.
4.  Gives you, our member business, the opportunity to provide your side of the story and link to your own website, where you may post your commitment.

When you demonstrate your commitment to improving the relationships you have with your customers, you build goodwill inside and outside the company. If you heard a company say, "We are glad this came to our attention, and we want unhappy customers to contact us because we're committed to 100% customer satisfaction, *and* we're taking actions that will ensure this never happens again," you'd think well of the company, and so would its prospective customers.

Few are able to admit their involvement in any wrongdoing. Few are willing to go so far in pleasing their customers. Not everyone is up to the task. Are you?

Take responsibility for your business and your customers by becoming a member today.

Note on Qualification:

You may be due a REFUND!

Did you refinance your Home in the last 3 years?

If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@careylaw.com your HUD 1 form immediately to see if you qualify.

*Ripoff Report Verified –safe advertisement-*



all businesses recieve complaints...

- Fees for enrolling in the program are based upon the number of Reports filed, the number of offices you have, and/or the size of an average sale. Additionally, there is a flat set-up fee to offset the costs associated with programming and contract legalities. Rate sheets will be sent upon completion and verification of the intake questionnaire.
- If participation in this program would honestly create a financial hardship, but you desire to participate, we will work with you to find a way to make it work. This may require providing financial documents proving hardship.

Read why consumers want to do business with a member of the Corporate Advocacy Program.

Prescription Drug Card Rip-Off?

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as:

- SaveRx
- MatureRx
- Coventry
- AdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- Veterans Advantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and



.. by consumers, for consumers

# Ripoff Report

Don't let them get away with it.™

## Corporate Advocacy: Join Now

Our Program

How It Works

Benefits of Joining

What Customers Say

Join Now

### Join Now

Please fill out the following form as completely as possible, so we may understand more about your company and Reports being filed against you. Once we receive your information, we will contact you within 2 business days.

All questions are required. All answers will be kept strictly confidential. Ripoff Report™ does not write reports, so we would never use the information gathered against you.

Under what name(s) does your company operate? Please list all current or former names.

How many offices do you have?

In what state(s) do you operate? If you operate offices outside the United States, please list those countries also.

How many Reports have been filed against you on Ripoff Report? Please include different names and the amount of Reports listed for each name.

How many years has this company been in business?

Briefly describe what most consumers complain about.

You may be due a REFUND!

Did you refinance your Home in the last 3 years?

If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@ careylaw.com your HUD 1 form immediately to see if you qualify.

*Ripoff Report Verified -safe advertisement-*

Appx. 000054

**all**
**businesses**
**recieve**
**complaints...**

Prescription
Drug Card
Rip-Off?

Are you a member
of a prescription
drug plan or do
you have a
prescription drug
card through any
organization, such
as:

- SaveRx
- MatureRx
- Coventry
- AdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United
  Healthcare
- Veterans
  Advantage

If so, you may
have unknowingly
been injured
financially and
therefore be
entitled to
reimbursement of
your losses.

To see if you were
injured and

Has your company ever been sued under any of the business names listed above?
○ Yes
○ No

How many times?

Our program requires accepting responsibility for past problems and a commitment to
making things better. Will you be willing to accept responsibility for mistakes made?
○ Yes
○ No
○ Not Sure

Please list any changes to your business you have recently made or plan to make that
will help fix Rip-off Report problems.

What is the average dollar amount of your sale? Please give a range, from lowest to
highest.

Name of person filling out this form:

Are you an Owner?
○ Yes
○ No

Position with the Company, if not an Owner (ex. President or CEO, Counsel, Other):

Contact information:
Address 1:
Address 2:
City:
State:
Zip Code:

whether you are eligible to be a member of a class action to recover your losses please contact classaction @earthlaw.com



donate now. help keep this site free

Phone Number:

Email Address:

Confirm Email Address:

Remember, all answers are confidential and strictly for the purpose of determining suitability for the Corporate Advocacy Program. If you have any questions, please contact us.

Submit

**Ripoff Report**

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |

*...by consumers, for consumers*



**Ripoff Report**

Don't let them get away with it.™

# Corporate Advocacy: What Customers Say



Our Program

How It Works

Benefits of Joining

What Customers Say

Join Now

## Our Customers Vouch for the Program:

Members of Ripoff Report's Corporate Advocacy Program have seen first-hand how taking a positive, proactive approach to customer service issues can not only improve the relationship with your customers, it can also improve morale in your business while increasing sales opportunities.

*"Ripoff Report's Corporate Advocacy Program literally turned our business around, for the positive."*

## Customer comments, in their own words...

*"Ripoff Report's Corporate Advocacy Program helped employee morale as well as improved our sales."*

*"'I didn't believe it when you said, "by doing this program, you'll turn a negative into a positive and once that's done, you'll wish there were more Ripoff Reports on your business!' Now I understand what you meant... it's true!"*

*"Granted, we needed to make changes, but if it weren't for Ripoff Report's Corporate Advocacy Program, we would never have known what they were."*

*"'We might not have ever admitted there were problems unless we were exposed, we all need a little reality check once in a while."*

Take responsibility for your business and your customers by becoming a member today.

Read why consumers want to do business with a member of the Corporate Advocacy Program.

You may be due a REFUND!

Did you refinance your Home in the last 3 years?

If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@careview.com your HUD 1 form immediately to see if you qualify.

*Ripoff Report Verified -safe advertisement-*



You may be due a REFUND!

Did you refinance your Home in the last 3 years?

If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@ careylaw.com your HUD 1 form immediately to see if you qualify.

*Ripoff Report Verified -safe advertisement-*

...by consumers, for consumers



**Ripoff Report**

Don't let them get away with it.™

# About Us : Donate

About Us

Want to sue Ripoff Report?

Volunteer

Donate

Link to Us

Revenge Guide

Contact Us

Terms of Service

## We need your help!

If we've helped you in some way, please don't forget about us.
Click here to read our plea for assistance, only if we helped you.

## What Donations are used for?
### THE HIGH COST OF PROVIDING THIS SERVICE

The *badbusinessbureau.com* and the Ripoff Report are comprised of more than 117,000 web pages, which grows every hour, every day. We host a web site with an extensive search engine with sophisticated placement capabilities and a dedicated database server. Also, we have enhanced firewall security, to guard against continuing attempts to intrude and commit sabotage against the site. The system is backed up, monitored and managed constantly. Many new costly additions are projected for the web site, including your pictures, to be featured weekly on our front page, soon to be added. (Send us your photos now so they may be added to your Ripoff Report!)

The Ripoff Report also needs equipment ranging from cameras, recorders, computers, office supplies, to high-speed Internet services, which we constantly upgrade, to include the support of our state-of-the-art investigations. In pursuit of the .bad guys,. we also need to pay volunteers' expenses, technicians and traveling costs to investigate rip-off businesses... so you won.t become a victim too.

We ask for your support so we can be there for you when you need us in the future. $1.00, $5.00, $10.00, $20.00.... or whatever you can give us, would go a long way to help with these expenses.

We take pride in our ability to get the best results for our readers and would appreciate any financial support you can offer to assist us in maintaining our unprecedented results.

You may use the following method to donate:



PayPal
DONATE

Paypal accepts both Credit Cards and Debit Cards..



EXHIBIT

D

tabbies®



Prescription Drug Card Rip-Off?

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as:

- SaveRx
- MatureRx
- Coventry
- AdventraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- Veterans Advantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and

## Why donations are needed?
CLICK HERE TO UNDERSTAND MORE ON WHY WE NEED YOUR HELP.

TOGETHER, WE ARE
A CONSUMER-REPORTING NEWS AGENCY,
BY CONSUMERS, FOR CONSMERS.

The Ripoff Report and *badbusinessbureau.com* work very hard on behalf of consumers, to help preserve civil and human rights, the goal of consumer advocacy. In response to reports placed on the website, we research abuses and help individuals defend their rights. Since our inception, we have helped consumers collect well over a million dollars to date, and prevented the loss of untold millions more for our readers. Additionally, thousands of consumers have thanked us for forewarning them about disreputable businesses through the Ripoff Reports.

*The badbusinessbureau.com/ Ripoff Report is not funded by the businesses they monitor and report on as does the Better Business Bureau. Consequently, never informing the public about the actual nature of the complaints. We need funding from consumers to maintain your database of complaints, so others won't be victimized… Together, we are a consumer-reporting news agency, by consumers, for consumers.*

The Ripoff Report and *badbusinessbureau.com* can give you the information you need! In order to do this job well, - offering consumers the best help and the most comprehensive information available - we need YOUR help. We need assistance from the general public to generate the funds needed to continue to offer this service nationwide and beyond.
The more funds we raise, the more consumers we can help on a daily basis.
Alternatively, if you can help with our needs list, please contact us by e-mail donations@ripoffreport.com and we will be glad to let you know what we most urgently need.

How to make a *Non-Tax Deductible Donation…*

You may use the following method to donate:

[PayPal DONATE]

Paypal accepts both Credit Cards and Debit Cards…

We need your support so we can continue this valuable service; $1.00, $5.00, $10.00, $20.00… or whatever you can give. With your permission, we would also like to add your name to a list of contributors on our website, so visitors to the Ripoff Report can see who has contributed. You may also contribute anonymously.

You can either send donations by snail mail to our US Post Office Box below, or click below to contribute by credit or debit card (a secure site).

If we've helped you in some way, please don't forget about us.



whether you are
eligible to be a
member of a class
action to recover
your losses please
contact classaction
@earthlaw.com

help keep this site
free

We always encourage your valuable feedback!

Don't let them get away with it™! Make sure they make the Ripoff Report.

Thank you for your support!

Sincerely,

Staff & volunteers
*bad*businessbureau.com

Your NON-tax deductible donation can be sent to our volunteers, by snail mail:
*bad*businessbureau.com
P.O. Box 310 Tempe, Arizona 85280
The above address is for donations only.

## Ripoff Report

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |

Appx. 000060



