

### Helping you, the consumer...
Search the Ripoff Report before you do business with retail stores with bad return policies, checking & credit theft, rebate fraud or other unscrupulous business policies such as phony auto repairs, auto dealer bait-and-switch tactics, restaurants with bad service or food, corrupt government employees & politicians, police corruption, home builders, contractors, unethical doctors & lawyers, online stores that sell non-existent products, dead beat dads & moms, landlords & tenants, fraudulent employment & business opportunities, and individual con artists who scam consumers. These are just a few of the countless topics available, and the list is continually modified as new categories emerge.

### Filing a class action lawsuit & notifying the authorities
Filing a Ripoff Report is important because you are helping us to help you, and others like you, achieve justice. We are able to accomplish this by working with the proper authorities for prosecution, and working with lawyers by using your report to help organize lawsuits. It is important that you know that your information is held strictly confidential, and your identity is protected by the First Amendment of the US Constitution.

We will contact you if a lawsuit is being considered or has been filed which you may want to be a party to. The more reports filed on a company or individual, the more likely it is that the authorities and attorneys will want to take action.

### Media attention
Quite often the media is interested in the reports you filed and ask us to assist in their investigations giving you the publicity needed to help your cause. File your Report now! In the event your Ripoff Report is of interest to the media, we will put you in contact with them.

Ripoff Report works with almost every state Attorney Generals office, U.S. Postal Inspectors office, the Justice Department, Homeland Security, FBI, FTC and local and state authorities, including those in Canada, UK, Australia, and other government agencies around the world. We also supply story ideas along with victim information to every network and most local affiliates and to every major TV News Magazine including Dateline, 20/20, 48 Hours, 60 Minutes, Inside Edition, W2 Canada, CNN, along with most major news papers including, NY Times, Wall Street Journal, Forbes, Money, Inc. and hundreds of others.

### Helping you, the reported business or individual

#### My company has been reported! How do I respond?
If you are a business with one or more reports filed against you, you can make it right. If handled correctly, Ripoff Report(s) filed against you can actually help improve your credibility and reputation. We offer you the opportunity to file a REBUTTAL to any report. (See the RESPOND rebuttal box at the end of the specific Ripoff Report you wish to comment on). Every company receives complaints, but how they handle those complaints separates good business from bad business.

Businesses that want to make a real difference should read about the very successful, groundbreaking and innovative program that both businesses and consumers are raving about. This program is a way businesses can turn negatives into a positive. Ripoff Report Corporate Advocacy Business Remediation and Customer Satisfaction Program is a program that benefits the consumer, assuring them of complete satisfaction and confidence when doing business with a member business. For more information, visit our Corporate Advocacy section.

### Employee insider / ex-employee information
If you are an employee or ex-employee with privileged or insider information about a reported company or individual, please click on the REBUTTAL box at the end of the Ripoff Report to post your comments. This sort of information is often very helpful to an investigation.

### Whistleblowers
Employees who want to expose corruption should file a Ripoff Report. Any employees who do so should be protected by Federal Whistleblower Laws, and Ripoff Report treats all victims as a confidential source. Remember, we are a publication, just like a major newspaper, and we will never voluntarily reveal your identity. Instead we will protect our sources under the First Amendment of the U.S. Constitution.

### DOING BUSINESS WITH THE COMPANY OR INDIVIDUAL REPORTED
Consumers, just because a company or individual is reported on Ripoff Report does not necessarily mean you should not do business with them. By reading the experiences of other consumers, you will now be able to make more educated decisions, because now you know what to watch for.

### USE YOUR REPORT TO GET WHAT IS COMING TO YOU
Faxing your Ripoff Report to the company or individual you have just reported can serve as a very valuable negotiating tool. Include in your negotiation that you have the ability to UPDATE your Report and reflect their good business practices by explaining that their eagerness to satisfy the complaint and make things right will be seen by the entire world. Also, explain that failure to respond/rectify the situation will also be seen.

**YOU MUST NOT** call them threatening to file a report if they do not comply with your demands, as this may be construed as blackmail. You must first file a Ripoff Report, then fax them a copy, offering them a chance to rectify the wrong that they did to you. Explain that then, and only then, you will UPDATE your Ripoff Report in a positive way, if deserved.

### Organizing class action lawsuits
Victims & lawyers who want to sue companies or individuals reported
Victims & attorneys who are interested in pursuing litigation against a particular company reported on this website must contact us directly. It is inappropriate to solicit business using this website other than through prior



#### Whistleblowers
Employees who want to expose corruption should file a Ripoff Report. Any employees who do so should be protected by Federal Whistleblower Laws, and Ripoff Report treats all victims as a confidential source. Remember, we are a publication, just like a major newspaper, and we will never voluntarily reveal your identity. Instead we will protect our sources under the First Amendment of the U.S. Constitution.

If you are an employee or ex-employee with privileged or insider information about a reported company or individual, please click on the REBUTTAL box at the end of the Ripoff Report to post your comments. This sort of information is often very helpful to an investigation.

### DOING BUSINESS WITH THE COMPANY OR INDIVIDUAL REPORTED
Consumers, just because a company or individual is reported on Ripoff Report does not necessarily mean you should not do business with them. By reading the experiences of other consumers, you will now be able to make more educated decisions, because now you know what to watch for.

#### USE YOUR REPORT TO GET WHAT IS COMING TO YOU
Faxing your Ripoff Report to the company or individual you have just reported can serve as a very valuable negotiating tool. Include in your negotiation that you have the ability to UPDATE your Report and reflect their good business practices by explaining that their eagerness to satisfy the complaint and make things right will be seen by the entire world. Also, explain that failure to respond/rectify the situation will also be seen.

**YOU MUST NOT** call them threatening to file a report if they do not comply with your demands, as this may be construed as blackmail You must first file a Ripoff Report, then fax them a copy, offering them a chance to rectify the wrong that they did to you. Explain that then, and only then, you will UPDATE your Ripoff Report in a positive way, if deserved.

#### Organizing class action lawsuits
Victims & lawyers who want to sue companies or individuals reported
Victims & attorneys who are interested in pursuing litigation against a particular company reported on this website must contact us directly. It is inappropriate to solicit business using this website other than through prior arrangement. This is largely because we need to ensure, the best we can, that our readers are not being taken advantage of again.

If you are interested in filing a class action lawsuit based on Reports you've seen posted, and you want to identify a class representative, we can help by e-mailing those victims that gave permission and asking them to contact you. In this way, we protect victim identities while allowing them to make the decision as to whether to participate or not.

Additionally, if you would like to know whether any new reports are being posted AS THEY GET POSTED, such as during the early stages of an investigation, you may be interested in our upcoming Ripoff Alerts program. We'll update you shortly on how you can participate in these valuable programs.

We are anxious and willing to join forces with victims and attorneys to stand up for the rights of consumers and help them get justice. Both victims and attorneys should send their e-mails to:
ClassAction@Ripoffreport.com.

#### It's important to file on Ripoff Report because we're important to government and media agencies
Many government sites (and the BBB) are in place to collect information from you, the consumer, but in many cases, those reports never become available for others to see. Listing your complaint on many government sites is usually no better than filing with the Better Business Bureau (BBB) because they just go into a database where only privileged eyes can see them. In fact, utilizing such sites may seem a waste of time, as you rarely hear back on what's being done, if anything, about your complaint.

By failing to make this information available publicly, it makes it harder for consumers to get educated about exactly what scams they should watch for. In addition, when these agencies fail to make these individual complaints public, consumers are robbed of the opportunity to know how bad a company or individual really is, and why.

On the other hand, many government agencies come to the Ripoff Report for information. We have assisted, and continue to assist, many government agencies, including local and state police departments, the FBI, FTC and Attorney General offices from around the country.

Since all the Reports are out in the open, consumers, journalists, attorneys and investigators from all types of agencies can research existing problems and anticipate potential problems. We provide immediate access to all kinds of fraud and scams, all out in the open, all unedited and all for FREE.

Unfortunately, many agencies will not take action on a potential rip-off unless there are substantial numbers of people or substantial sums of money involved. Sadly, it often takes public embarrassment to motivate such agencies into action. Your reports, however, help to change this. Reporting your experiences on Ripoff Report is the next best thing to getting your story on TV or in a newspaper. In fact, many national TV networks and several local TV stations from all around the country come to the Ripoff Report for information. They do this because they know other agencies are not as reliable or as cooperative a source as the Ripoff Report. News stations know that they will get information from us that is unobtainable elsewhere.

By filing a Ripoff Report, you might be contacted by one of us to notify you to make contact with a law firm that has shown interest in your case. We get requests every week for class action lawsuits, bringing victims together with lawyers willing to sue the company after reading your Ripoff Report.

#### Get a company or individual listed on Top Rip-off Links
If there are more than five (5) Reports filed from different consumers on a company or individual then you can request they be added to the list. Ripoff Report will verify that the Reports are filed by different people. Send request to Editor@Ripoffreport.com.

#### Top Rip-off Report Links



...by consumers, for consumers



Don't let them get away with it.™

# Register

If you want to file a Ripoff Report or a Rebuttal to a Ripoff Report you need to register first. Registration is free. This information is for our records only! Our staff may contact you regarding your report for any follow-up and possible help with your rip-off situation. Please read our Privacy Policy for complete details.

## Account Details

**E-mail Address:**

**Password:**

**Confirm Password:**
*Friendly WARNING! It is a good idea to use a different password for everything you do on the Internet.*

**First Name:**

**Last Name:**

**Address:**

**City:**

**State/Province:** Select State/Province

**Postal Code:**

**Country:** United States of America

**Phone:**

## E-mail Preferences:

- [✓] I am willing to be contacted by the media, a consumer advocate, lawyer or government authority to help further my cause or to help with an investigation against the business or individual I am reporting.

- [✓] Send me the contact information if a lawyer is interested in my particular case or is possibly starting a class-action lawsuit.

- [✓] Notify me when someone files a rebuttal or consumer comment to my report. **Note**: *If multiple rebuttals are made in one day you will receive multiple e-mails.*

- [✓] Notify me when someone files a rebuttal or consumer comment to a rebuttal I have filed on a report. **Note**: *If multiple rebuttals are made in one day you will receive multiple e-mails.*

- [✓] Send me e-mail from Ripoff Report about my categories of interest, special events, newsletters, or other notices. **Note**: *This is for Ripoff Report branded communications only as Ripoff Report does NOT rent or sell your personal information to 3rd parties for their marketing* purposes.



what

You may be due a REFUND!

Did you refinance your Home in the last 3 years?

If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@careylaw.com your HUD 1 form immediately to see if you qualify.

*Ripoff Report Verified -safe advertisement-*



all businesses recieve complaints...

EXHIBIT G

Prescription Drug Card

Appx. 000067

...by consumers, for consumers



Don't let them get away with it.™

# Login

| I am new to Ripoff Report | | I am a registered user of Ripoff Report. |
|---|---|---|
| First time filing a report or rebuttal?<br><br>Register as a new user:<br><br>[Register] | OR | Already registered with Ripoff Report?<br><br>Enter your e-mail address and password to login and<br>file a new report or rebuttal:<br><br>E-mail Address:<br>[            ]<br><br>Password:<br>[            ]<br><br>[Login]<br><br>Forgot your password?<br>Request your account information sent to your e-mail address |

**Ripoff Report**

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |

Appx. 000068



...by consumers, for consumers

**Ripoff Report**
Don't let them get away with it.™

# File a report:

## Hello Amelia, follow these simple steps:

☑ Check the box if you would be willing to be contacted by the media, a consumer advocate, lawyer or government authority to help further your cause or to help with an investigation against the business or individual you are reporting.

---

**Step 1 - Company or Individual**

Enter the information on the Company or Individual you are reporting
All the information in **Step 1** is on the Company or Individual you are reporting.

YOU ARE NOT reporting your personal information here.
**Required Entries are in bold face**

A. Name of Company or Individual you are reporting

- If you have more than one Company or Individual named in your report, if the company goes by more than one name (aka), put all the names in the name box

Name: [                    ]

B. Address of Company or Individual you are reporting

- You must enter either a physical street address and/or a web address.
- You may enter both, BUT If the Company or Individual is on the Internet & only on-line based, or you don't have a physical address, you MUST enter their Web address.

**Physical address** [                    ] physical (street) address only,
city & state go below.
**Web address** [                    ]

C. City, State, Zip Code, & Country of Company or Individual you are reporting

- Multiple cities can be entered for more than one location.
- If the Company or Individual is on the Internet & only on-line based, and you have entered the Web address: the city, zip code, & country boxes can be left blank. Enter "Internet" in the State box.



what

**You may be due a REFUND!**

Did you refinance your Home in the last 3 years?

If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@careylaw.com your HUD 1 form immediately to see if you qualify.

*Ripoff Report Verified -safe advertisement-*



all businesses recieve complaints...

Prescription Drug Card

| | |
|---|---|
| City | |
| State/Province | Select State/Province ▼  Select Internet if online **only**. |
| Zip Code | |
| Country | United States of America ▼ |

### D. Phone, FAX, & e-mail address of Company or Individual you are reporting

- This information is not required, but they are good tools for sympathetic Consumers to let the Company or Individual know how they feel about what they did to you and will only help your situation.
- This information may also be helpful to other victims reading your Ripoff Report.
- The more information you provide, the better.

| | | |
|---|---|---|
| Phone | [    ] [         ] | area code & phone number |
| FAX | [    ] [         ] | area code & Fax number |
| Email | [              ] | email address |

## Step 2 - General Report Information

### Title Your Ripoff Report
The title of your report is divided into four boxes below but will appear as one line after your report is submitted.
The four boxes are:

(a) The name of the Company or Individual you are reporting.
(b) Descriptive words explaining what they did to you.
(c) The city the Company or Individual is located in.
(d) The state the Company or Individual is located in.

Example Title Only. Fill out boxes A, B, C, and D for your title below.

| MCI Worldcom Wireless | ripoff dishonest fraudulent billing | Garden City | New York |
|---|---|---|---|
| <---(a)---> | <---(b)---> | <-(c)-> | <-(d)-> |
| Company Name | Descriptive Words | City | State |

Required Entries are in bold face

### A. Enter all the names of the Company or Individual you are reporting

**Names**
(Be sure to include AKAs)

<------------------------------------(a)----------------------------------
-------------->
If the company name does not appear, please enter.

### B. Enter Descriptive words to your title... to describe what the Company or Individual did to you.

---

**Rip-Off?**

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as:

- SaveRx
- MatureRx
- Coventry AdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- Veterans Advantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction@earthlaw.com

donate now
help keep this site free

Appx. 000070

Be creative when using the example words, it will make your report more interesting. This will also ensure your report gets found on the Internet Search Engines. Enter descriptive words, describe what the Company or Individual did to you.

**Descriptive Words**

<----------------------------------------------------------(b)-------------------------------------------------------->
Please limit to 20 words, you can add several phases and edit them too

## C. Enter the City where the Company or Individual is located

If the Company or Individual is on the Internet and only on-line based, the city may be left blank.

**City**

<-------------------------------(c)------------------------------->
If the city name does not appear, please enter.

## D. Enter the State where the Company or Individual is located

If the Company or Individual is on the Internet and only on-line based, and you have entered a Web address in Step 1, you must enter "Internet" or "Nationwide" in the State box. Additional States may be added.

**State**

<-------------------------------(d)------------------------------->
If the state name does not appear, please enter.

---

### Step 3 - Report Write-Up

## Write Your Ripoff Report

To help format our reports to be more easily read :
PLEASE....

**DO NOT** use ALL CAPITAL LETTERS, it makes it hard to read.
**DO NOT** indent paragraphs.
**DO NOT** write your report all in one paragraph. Use 2 or 3 sentences to each paragraph and leave a space between each paragraph.

### A. Write your report in the following text box:

DO NOT sign your name, or include any e-mail addresses in the report. Use the boxes below to automatically put your FIRST name, City and State at the very end of your Ripoff Report.

B. Enter YOUR first name ONLY and the City & State
This will automatically place your first name, your City & State at the very end of your report and will add credibility to your Ripoff Report. If you are afraid of retaliation and/or would like to remain anonymous, please change your first name, city, state, and country here.

| | |
|---|---|
| **First name only** | Amelia |
| **City** | denton |
| **State** | Texas |
| **Country** | United States of America |

**Step 4 - Categorize Report**

Categorize Your Ripoff Report
**Required Entries are in bold face**

First choose a topic, and then locate the best category that suits your report.

First
**choose a Topic:**

Second
**choose a Category:**

Look...
Check these out
➡
for future
reference!

| | |
|---|---|
| ->Outrageous & Popular Rip-Off<br>->Unusual Rip-Off<br>------------------------------------<br>->Automotive<br>->Community<br>->Computers & Internet<br>->Dining<br>->Education & Instruction<br>->Electronics<br>->Entertainment<br>->Finance<br>->Health & Fitness<br>->Home & Garden<br>->Services<br>->Sports & Recreation<br>->Stores<br>->Travel | Attorney Generals<br>Auto Dealers<br>BBB Better Business Bureau<br>Builders & Contractors<br>Canadian Cross-Border Scams to Americans<br>Celebrities<br>Child Protective Services<br>Church Bishops<br>Church Priests<br>Churches<br>City Employees<br>City Governments<br>City Inspectors<br>City Officials<br>Correctional Facilities ? Jail<br>Corrupt Companies<br>Court Judges |

### Step 5 - Add Report Link

Add a Link to Your Ripoff Report!

- Find and click onto the name of the Company or Individual you have just reported in the scroll box below. A link will then be added automatically to the END of your report!
- The link will show readers all the other Ripoff Reports filed against them! Scroll through the drop-down box below & click on the company name or individual you reported.
- There must be at least 2 or more Ripoff Reports filed on a company or Individual before a link can be made. If the Company or Individual is not on the list, a link will be created and added to your report for you.

Please Select a Company From the List

```
Other
1-800-unlocks
1rate
1st Class Print Supply
24 Hour Fitness
2by2.net
30 Minute Money System
4my2cents
A-----------------------------------------------------------------
A Briggs Passaports & Visa Expeditors The Village Postmark
```

☐ The Company or Individual I just reported is not on the list and I am requesting a link be made and added to my report. ONLY check this box if you could not find a link for your Report and you know there is at least one other Ripoff Report on the same Company or individual

### Step 6 - Submit Report

Submit your Ripoff Report

**1. Rip-Off Report Membership Terms & Conditions**

To use this service, you must be at least 14 years old.

www.RipoffReport.com ("ROR") is an online forum created to help keep consumers informed. ROR is operated by Xcentric Ventures, L.L.C. located at:

**Xcentric Ventures, L.L.C.**
P.O. Box 310
Tempe, AZ 85280
Fax: (425) 799-9729

☐ By posting this report/rebuttal, I attest that this report is valid and I understand and agree that my submission and use of this website is subject to the site's *Terms of Service* (above). I am giving Ripoff Report irrevocable rights to post it on this web site. I acknowledge that once I post my report, it will not be removed, even at my request. Of course, I can always update my report to reflect new developments by clicking on UPDATE. Further, I agree that by posting this report/rebuttal that the State of Arizona has exclusive jurisdiction over any disputes between me and the operators of Ripoff Report arising out of this posting.

[ Submit Your Report ]
Click this button ONCE please.

**Having trouble searching or filing a report?**
It may be a browser problem. See our FAQ for help.

**Ripoff Report**

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |

...by consumers, for consumers


Don't let them get away with it.™

# Search Results: Texas

You searched for: **Legend**
**Texas,**  **NEW** New   **UPDATE** Updated   **REBUTTAL** Rebuttal   **PHOTOS** Photos
**editor@ripoffreport.com**
Approximately **175** Reports Found
Showing 1 - 15



| Date | Title | City, State |
|---|---|---|
| 1. 6/3/2007 2:36:55 PM *UPDATE REBUTTAL* | COMMUNITY BIBLE CHURCH THERE ARE NOT CHRISTIANS IN THIS CHURCH!!! ripoff SAN ANTONIO Texas  *UPDATE ..this is what i get.............. Churches : **COMMUNITY BIBLE CHURCH** Texas | **Author:** san antonio, Texas |
| 2. 5/29/2007 9:56:00 PM *NEW* | Dr Reg Net has taken out a total of $204.14 Australian dollar unauthorized off my credit card ripoff Irving, Texas *EDitor's Suggestions on how to get your money back into your bank account! Credit & Debt Services : **Dr Reg Net** Texas | **Author:** Melbourne, Other |
| 3. 5/4/2007 7:36:00 AM *NEW* | PENTAGROUP FINANCIAL TOOK OUT $ OF MY FIANCES ACCT WO AUTHORIZATION THEN TRIED TO DENY THAT I SAID NO U CANT TAKE MY MONEY AND THEY DID ANYWAY ripoff Houston Texas *EDitor's Suggestions on how to get your money back into your bank account! Collection Agency's : **PENTAGROUP FINANCIAL** Texas | **Author:** olathe, Kansas |
| 4. 4/21/2007 7:21:00 AM | Momentum Worldwide I got the trial Timeless face mask by Momentum Direct,, and cancelled my account. I have been charged 280.67. ripoff Magnolia Texas *EDitor's Suggestions on how to get your money back into your bank account! Corrupt Companies : **Momentum Worldwide** Texas | **Author:** Apopka, Florida |
| 5. 4/13/2007 1:06:09 PM *REBUTTAL* | EDP REPORTING RIPOFF FRAUDULENT BILLING NO REFUND IDENTITY THEFT DALLAS Texas *EDitor's Suggestions on how to get your money back into your bank account! *REBUTTAL Employee ..There is ways to contact the company Financial Services : **EDP REPORTING** Texas | **Author:** SAINT LOUIS, Missouri |
| 6. 3/1/2007 2:30:30 AM *REBUTTAL* | SouthPoint Dodge outrageous and surreal purchase experience ripoff Austin Texas  *Consumer Suggestion ..Don't Bother with the Media | |

You may be due a REFUND!

Did you refinance your Home in the last 3 years?

If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@careylaw.com your HUD 1 form immediately to see if you qualify.

*Ripoff Report Verified -safe advertisement-*



EXHIBIT H



...by consumers, for consumers

# Ripoff Report
Don't let them get away with it.™

**Report: #5361**

# Report: Ameriplan USA
Category: Health Insurance

Ameriplan USA -rip-off Uncollected Debt, upaid advertising bill
*REBUTTAL ..lawyer threats *EDitor's Comments
*Consumer Comment ..People, Get Off Your High Horse; Let's Take A Step Back...

Ameriplan USA
P O Box 815
Harlingen, Texas, 78550
U.S.A.

Phone: 956-496-4995  fax 972-702-0337
Fax:

Submitted: 6/6/2001 12:00:00 AM
Modified: 3/4/2006 8:45:53 PM

Jerry
McAllen, TX

I need help in collecting a sizeable upaid advertising bill from a representative of Ameriplan USA. I have been unsuccessful in getting any response from Ameriplan USA or any of their representatives. Hopefully, there is someone out there that has experience in collections or a good suggestion on how to go about collecting this long overdue debt. Please email me at jw48@hiline.net

Here is my Report:

Winter Texan Expos, trade shows produced for thousands of northern visitors to South Texas, attract thousands of older visitors in our area each year. It is an ideal means of reaching this market. Our contract was with Ameriplan USA with a Myguel F. Marconi, broker for Ameriplan USA actually signing the



what


EXHIBIT
H

Do-it-
guide

Ripoff Report

**Respond to this report!**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?
File a Rebuttal

**Victim of this person/company?**
Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don't let them get away with it!
File a Report

You may be due a REFUND!
Did you refinance your Home in the last 3 years?
If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@ careylaw.com your HUD 1 form immediately to see if you qualify.
*Ripoff Report Verified -safe advertisement*



contracts.

Two trade shows were involved. One was in McAllen Texas on January 31 & February 1, 2001. The following was in Harlingen Texas on February 6 & 7, 2001. The total cost after discount to the broker was $940.00 and he paid $290.50 down with the contract. At set up time, he gave the excuse that his briefcase had been stolen along with his check book and all credit cards. At that time, we had no reason to question this. Now however, we realize that this was probably just an excuse to avoid paying for the balance on the contract. He promised payment in 2 weeks.

Booths were furnished to Ameriplan USA & Mr. Marconi in both shows and their sales materials were distributed through their exhibits in both shows. Considerable expense is involved in the production and marketing of the Expos and each exhibitor pays his share by the charge for the exhibit space. Approximately 8,000 to 10,000 people attended the two expos.

Six months later, we cannot even reach Mr. Marconi. We have a balance of $640.00 which remains unpaid. Email to Ameriplan USA does not even get a response.

The address shown is P O Box 815 Harlingen, Texas 78550. Telephone is 956-496-4995 and fax number is 972-702-0337.
As we dealt with Mr. Marconi, we do not have address or phone numbers for Ameriplan USA although I do have the Email address.

Please let me know if any additional information is needed.

Thanks
Jerry Walker

  Click here to read other Rip Off Reports on Ameriplan USA

---

**Prescription Drug Card Rip-Off?**

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as:

- SaveRx
- MatureRx
- Coventry AdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- Veterans Advantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and

---

**Search for additional reports**

If you would like to see more Rip-off Reports on this company/individual, please use the search box below:

Ameriplan USA    [Search]

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

 Respond to this report!    Victim of this    Repair Your Reputation

Appx. 000077

whether you are eligible to be a member of a class action to recover your losses please contact classaction@earthlaw.com



donate now
help keep this site free

**person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don't let them get away with it!

File a Report

Got Reports filed against you? Resolve the issues and rebuild trust through our Corporate Advocacy Program.

Get Started

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this

File a Rebuttal

## Updates & Rebuttals:

UPDATES & REBUTTALS

This law office represents AmeriPlan Corporation. *EDitor's Comment to the lawyers
[8/30/2001 12:00:00 AM]

Thank you Rip Off Report
Ben [5/11/2002 6:24:23 AM]

Response from an Independent Ameriplan Broker
Ray [6/19/2002 10:38:27 AM]

Unsolicited Email from Ameriplan,..a multi level marketing scam
Annie & Lou Anderson [6/26/2002 11:01:37 PM]

The view of another
Lilly [7/23/2002 10:15:00 AM]

Let the truth be told-
T [8/29/2002 2:35:45 PM]

This is not a company dispute...
Paul [1/8/2003 9:52:12 PM]

scam YES it is or I guess now was
Anton [2/11/2003 2:35:16 PM]

Get Your Money Upfront
Diane [3/1/2003 1:04:54 PM]

Learn the meaning of IBO ,,Ameriplan does work. It save us alot of money
Donald [8/19/2003 7:50:17 PM]

Legal Eagles should learn better bed side manners
Tracy [9/9/2003 10:40:07 PM]

Talk about over-reaction!
Don [10/17/2003 10:47:40 AM]

Action Speaks Louder Than Words
Lorraine [11/3/2003 11:43:46 AM]

this report has atually helped me decide to go with Ameriplan
Chris [11/13/2003 8:10:00 PM]

Unhappy IBO, Haven't made ONE RED CENT!!!

Philip [11/27/2003 9:27:20 PM]
AmeriPlan is honest company, lawyer is correct
Kathy [12/3/2003 7:07:11 PM]
NOT A RIPOFF
JEFF [4/6/2004 1:08:38 PM]
What's wrong with this post?
Gary [7/24/2004 6:23:15 PM]
NOT A RIP-OFF?????
Philip [7/25/2004 8:04:07 PM]
Good Grief
Terri [7/28/2004 9:13:25 AM]
Won't Change MY MIND
Philip [7/29/2004 8:34:56 PM]
Anyone Else See A Pattern Here?
Breelyn [11/3/2004 1:41:02 AM]
To Philip in Florida
Don [11/6/2004 10:49:18 AM]
Best thing to happen to my family and me...
Catherine [11/14/2004 5:09:38 PM]
Response To Catherine, glad to hear you are doing so well with Ameriplan
Philip [11/15/2004 10:19:28 PM]
I swallowed what I thought at the beginning was a lot of pride.
Catherine [11/16/2004 2:05:41 PM]
Ameriplan nonsense
Skeli [1/22/2005 11:19:38 AM]
Ameriplan Providers Are Pre-Screened
Theresa [1/29/2005 7:52:38 AM]
Ameriplan is one of the best I've seen!
Leslee [6/3/2005 8:52:14 PM]
Good and Bad in all !
Lisa [9/14/2005 9:22:50 AM]
beating a dead horse
Tony [2/10/2006 5:22:24 PM]
Absolutely correct..NO OBLIGATION on part of AmeriPlan
Steve [2/11/2006 6:57:09 AM]
People, Get Off Your High Horse; Let's Take A Step Back...
Deidra [3/4/2006 7:28:10 PM]

Appx. 000079



**Ripoff Report** — Do-it-yourself guide

Submitted: 8/30/2001 12:00:00 AM
Modified: 2/2/2003 11:48:23 AM

**Update by Author**

This law office represents AmeriPlan Corporation. *EDitor's Comment to the lawyers mumbo jumbo

----- Original Message -----
From: Cecil Mathis
To: jw48@hiline.net ; info@ripoffreport.com
Sent: Wednesday, August 29, 2001 8:00 AM
Subject: Re: Ameriplan USA

CECIL SHELTON MATHIS a Professional Association

ATTORNEY AND COUNSELOR AT LAW
14180 Dallas Parkway, Suite 508
Dallas, TX 75254-4371

972-661-8076  F AX: 972-661-8074

e-mail: cmathislaw@earthlink.net

RE: www.rippoffreport.com/reports/ripoff5361.htm

Gentlemen:

This law office represents AmeriPlan Corporation. The report regarding AmeriPlan USA alleging uncollected debt has been referred for review and reply. The allegations that AmeriPlan is liable for an unpaid advertising bill are denied.. Any collection efforts will be vigorously opposed. AmeriPlan does not and has never participated in any trade shows, much less in McAllen or Harlingen Texas. There exists no contact between AmeriPlan Corporation and Jerry Walker regarding such trade shows. You are invited to provide a contract which has been signed by an authorized officer of AmeriPlan. You can not do this because none exists.

Walker was dealing with Myguel F. Marconi, who is an independent contractor. As such, Marconi has no authority to make contracts on behalf of AmeriPlan. In fact Marconi's business card specifically states INDEPENDENT BROKER. Walker you were on actual notice of Marconi's independent contractor status. It appears from Walker's own statement, that Walker was duped by Marconi's story about the 'stolen briefcase' and was taken into the confidence of Marconi. It is unfortunate that Walker did not obtain payment in full from Marconi. The negligence of Walker does not make AmeriPlan in any way responsible for the contract between Walker and Marconi. Marconi worked for commissions and his use of the trade show space was solely for his benefit. Marconi was cancelled by AmeriPlan in July 2001. Marconi's last known address was

18352 Dallas Parkway, Ste 136 dept 445, Dallas, TX 75287, phone 959-496-4995.

The continued display of the statements of Walker are without basis in fact. It is strongly recommended that such be deleted and a correct statement of the facts be posted. To do otherwise will result in potential liability for both Walker and ripoffreports.

A response if requested.
--- Cecil Mathis
--- cmathislaw@earthlink.net
--- EarthLink: It's your Internet.
::::::::::::::::::::::::::::::::::

## EDitor's Comments to the above legal mumbo jumbo

Dear Cecil,

We will be glad to post your letter to the Rip-off Report regarding your client. BUT, do not ever threaten us again with your usual lawyer lying crap that you can hold us responsible. WE do not post Rip-off Reports as a rule, unless we do an investigation on such. You know dam well this is Rip-off Report on your client, AmeriPlan, that owes the money was not authored by us.

Not all lawyers are bad, but many of them, like you, are creeps and liars, and you mentioning holding us responsible when you know dam well the case law out there already. You are a freaking liar lawyer!

You threatening the victim is a bunch of bull as well. The victim told their story. What part of it is not the truth? OK, so you pointed out they are an independent agent, what else do you have to offer? Your client should still pay up! The AmeriPlan independent agent was there and the space was not paid for. Your client should just do the right thing and take care of the matter with the victim with a full payment and an extra 15% for his aggravation!. Imagine if they did that how good it would look for them? Maybe they should consult with their PR department??

Your vigorous efforts should be to go after the person who was the agent for your client. Your typical game playing of 'independent contractor status' is a way for you to wiggle your way out of not having any liability. But, it was OK for your client to reap the benefit from the independent rep. and the free space at the show promoting AmeriPlan. How many new customers did your 'independent contractor' pick up at the show that day for your client AmeriPlan. Personally, I do not believe the agent is not working for AmeriPlan any more. Just a hunch.

The way I see it, the Rip-off Report that is filed now on your client AmeriPlan will certainly let other unsuspecting individuals know in the future, there is no recourse for trade show promoters when dealing with an independent agent from Ameriplan USA, that the trade show promoter is on their own if they get screwed by the independent AmeriPlan agent.

I would now suggest to the victim that they fax a copy of this entire Rip-off Report to all other trade show promoters around the country. Any attempt to stop the victim from doing so will result in an even more vigorous exercising of our first and 14th amendment rights.

Your BS letter will be posted just after midnight pacific time.

EDitor@RipoffReport.com

badbusinessbureau.com
Don't let them get away with it.
Make sure they make the Rip-off Report!

We are not lawyers.
We are not a collection agency.

We are Mediators.
We are Consumer Advocates.
WE are Civil and Human Rights Activists

We are a Nationwide Consumer Reporting News Agency
...by consumers, for consumers

badbusinessbureau.com, LLC
WORLD HEADQUARTERS:
H. & F. Henville Building
Prince Charles Street
Charlestown, Nevis Island
West Indies, St. Kitts

United States west coast office FAX: 425-799-9729
United States east coast office FAX: 305-832-2949

Remember.
Don't let them get away with it!
Make sure they make the Rip-off Report.

---



**Consumer Comment**

Submitted: 5/11/2002 6:24:23 AM
Modified: 2/2/2003 11:48:23 AM

Ben
McKinney, Texas

### Thank you Rip Off Report

I was considering becoming a broker for Ameriplan. Now that I see how much they care about their reputation in the marketplace I am reconsidering. Ameriplan probably could have defused this situation for the same money as they have spent on a lawyer. Then again they did not purchase a very bright lawyer. I think Ameriplan will become a star of the Rip Off Report.

---



**Employee**

Submitted: 6/19/2002 10:38:27 AM
Modified: 2/2/2003 11:48:23 AM

Ray
Port Charlotte, Florida

### Response from an Independent AmeriPlan Broker

We are Independent Brokers with AmeriPlan USA. We have found this Company to have the highest integrity. Every