IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| V. | § | |
| | § | 3:07-CV-0976-K |
| XCENTRIC VENTURES, LLC, et. al. | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Before the Court is Defendant Xcentric Ventures, L.L.C. and Ed Magedson's ("Defendants") Motion to Dismiss for Lack of Jurisdiction (Doc. No. 18). Because Defendants have purposefully availed themselves to this forum by maintaining an interactive website, the Court hereby **DENIES** Defendants' motion. *See Energy Automation Systems, Inc. v. Xcentric Ventures, LLC,* 2007 WL 1557202 (M.D. Tenn. May 25, 2007); *George S. May International Co. v. Xcentric Ventures, LLC,* 409 F. Supp. 2d 1052 (N.D. Ill. 2006).

**SO ORDERED.**

Signed August 7th, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE