GW Equity LLC v. Xcentric Ventures LLC et al
Case 3:07-cv-00976   Document 38   Filed 08/24/2007   Page 1 of 4
Doc. 38

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY, LLC, | § § § | |
| PLAINTIFF, | § § | CIVIL ACTION |
| v. | § § | No. 3-07-CV-0976-K |
| XCENTRIC VENTURES, LLC, WWW.RIPOFFREPORT.COM, WWW.BADBUSINESSBUREAU.COM, and EDWARD MAGEDSON, | § § § § § | |
| DEFENDANTS. | § | |

### UNOPPOSED MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY FROM COMCAST CABLE COMMUNICATIONS, LLC

Plaintiff GW Equity ("GW Equity") files this unopposed motion for leave to take immediate discovery of Comcast Cable Communications, LLC ("Comcast"). In support thereof, GW Equity states the following:

1. On July 18, 2007, counsel for GW Equity served Comcast with a Subpoena Duces Tecum requiring it to produce certain documents on August 7, 2007. *See* <u>Exhibit A</u>, Subpoena Duces Tecum.

2. In response to the Subpoena Duces Tecum, Comcast informed GW Equity that Section 631 of the Cable Communications Policy Act of 1984, 47 U.S.C. § 551 prohibits it from issuing such information pertaining to a subscriber without the subscriber's express consent. *See* <u>Exhibit B</u>, Letter from M. LaHiff to A. Colmenero dated July 20, 2007. In order for Comcast to disclose subscriber information to GW Equity, such as the information requested in the Subpoena Duces Tecum, section 551(c)(2)(B) requires "a court order authorizing such

disclosure, if the subscriber is notified of such order by the to whom the order is directed." As a result, Comcast cannot comply with GW Equity's request unless this Court issues an order that complies with Section 551.

3. GW Equity asks the Court to issue an order authorizing it to conduct immediate discovery on Comcast, located at 1500 Market Street, Philadelphia, PA 19102, and whose telephone number is (215) 564-0132.

4. GW Equity seeks documents that Comcast has in its possession relating to the identity of the following subscriber email address: (1) hurtbygwequity@comcast.net; (2) dmccormick@comcast.net; and (3) dmccormick777@comcast.net. At this time, GW Equity is not aware of the identity of these subscribers and, therefore, is unable to provide notice of this action to those individuals.

5. Specifically, GW Equity seeks the following documents containing information that refer or relate to the individuals who have the registered email addresses listed above: (1) all computer disks or drives, or information stored on any computer, server, or electronic storage device; (2) all hard copy documents that refer or relate to the individuals; (3) all hard copy or electronic documents that came from, once belonged to, or were copied from the individuals; and (4) hard copy or electronic documents that were sent to or were copied to the individuals who have the registered user names.

6. GW Equity needs to obtain these documents from Comcast because it is the only entity in possession of such information. This information will allow GW Equity to determine what individual or individuals made the postings that are the subject of the instant lawsuit.

7. Comcast is unopposed to the relief requested in this motion and is willing to comply with an order issued by this Court. See Exhibit B ("We hope that the time and expense

associated with objecting to the Subpoena will be unnecessary in light of Comcast's willingness to comply with a court order . . ."). Defendants are likewise unopposed to the relief requested in this motion.

## PRAYER

For these reasons, GW Equity asks the Court to order Comcast to comply with the subpoena served upon it and proceed with discovery and production of the requested documents immediately.

Dated: August 24, 2007

Respectfully submitted,

/s/ John T. Cox III
John T. Cox III
Texas Bar No. 24003722
LYNN TILLOTSON & PINKER, L.L.P.
750 N. St. Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

**ATTORNEY FOR PLAINTIFF
GW EQUITY, LLC**

## CERTIFCATE OF CONFERENCE

Counsel for GW Equity contacted Counsel for Defendants to determine whether they oppose the relief requested in this motion. Counsel for Defendants has informed Counsel for GW Equity that they are not opposed to the relief sought in this motion. As a result, this motion should be construed as unopposed.

Certified on August 24, 2007.

/s/ John T. Cox III
John T. Cox III

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the following counsel on August 24, 2007.

*Via ECF*
Maria Crimi Speth, Esq.
Jaburg & Wilk, PC
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
mcs@jaburgwilk.com
Tel: (602) 248-1000
Direct: (602) 248-1089
Fax: (602) 248-0522

*Via ECF*
Jeffrey S. Seeburger
Kane Russell Coleman & Logan, P.C.
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201
Tel: (214) 777-4200
Direct: (214) 777-4275
Fax: (214) 777-4299
jseeburger@krcl.com

*Via Facsimile*
Comcast NE&TO
Attn: Marcee LaHiff
Legal Response Center
650 Centerton Road
Moorestown, NJ 08057
Tel: (856) 317-7214
Fax: (856) 317-7319

/s/ John T. Cox III
John T. Cox III