IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| V. | § | |
| | § | 3:07-CV-0976-K |
| XCENTRIC VENTURES, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is Plaintiff GW Equity, LLC's (Plaintiff) Emergency Motion for Expedited Proceedings. The Court hereby **DENIES** the motion.

**SO ORDERED**.

Signed August 28th, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE