IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| GW EQUITY, LLC, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| V. | § | |
| | § | 3:07-CV-0976-K |
| XCENTRIC VENTURES, LLC, et. al. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff GW Equity's Unopposed Motion for leave to Take Immediate Discovery from Comcast Cable Communications, LLC ("Comcast") (Doc. No. 38). The Court **DENIES** the motion because Plaintiff has failed to comply with the Court's request for a written statement of Comcast's position on the discovery request from a *licensed attorney* authorized to speak on behalf of Comcast.

Plaintiff may renew its motion only if it provides a written statement of Comcast's position on the discovery request from Comcast's general counsel or another licensed attorney in the office of Comcast's general counsel. Legal opinions offered by staff members and unlicensed attorneys in Comcast's "Legal Response Center" appears to constitute the unauthorized practice of law and are unacceptable.

**SO ORDERED.**

Signed September 11, 2007.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE