UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GW EQUITY, LLC, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 3-07 CV 0976-K |
| v. | ) |
| | ) |
| XCENTRIC VENTURES, LLC, *ET AL.*, | ) |
| | ) |
| Defendants. | ) |

## **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**

Defendants Xcentric Ventures, L.L.C. and Edward Magedson, pursuant to Local Rules 7.4 and 3.1(f), hereby file the following Certificate of Interested Persons:

1. GW Equity, LLC
2. Great Western Business Services, Inc.
3. Geneva Companies, Inc.
4. Citigroup Geneva Capital Strategies, Inc.
5. Geneva Business Research, LLC
6. The Geneva Companies, LLC
7. Geneva Marketing Services, LLC
8. The Geneva Group, LLC
9. Geneva II, LLC
10. Ryan Binkley
11. Xcentric Ventures, LLC

12. Creative Business Investment Concepts, Inc.

13. Edward Magedson

DATED this 5th day of November, 2007.

**JABURG & WILK, P.C.**

/s/Maria Crimi Speth
Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
(602) 248-1000
Attorneys for Defendants
*Admitted Pro Hac Vice*

**Certificate of Service**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the following counsel on November 5, 2007:

John T Cox, III
Lynn Tillotson & Pinker
750 N St Paul St
Suite 1400
Dallas, TX 75201
Attorneys for Plaintiff

Jeffrey Scot Seeburger
Kane Russell Coleman & Logan
3700 Thanksgiving Tower
1601 Elm St
Dallas, TX 75201

With a COPY of the foregoing mailed this 6th day of November, 2007, to:

>Honorable Ed Kinkeade
>U. S. District Court
>Northern District of Texas
>1100 Commerce Street
>Room 1625
>Dallas, Texas  75242-1003

/s/ Debra Gower

3