```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@txndlei.txnd.circ5.dcn
Bcc:Judge_Kinkeade_ECFdocs@txnd.uscourts.gov, acolmenero@lynnllp.com,
courtfilinginbox@lynnllp.com, cplatt@lynnllp.com, dag@jaburgwilk.com,
dsg@jaburgwilk.com, jmanteuffel@lynnllp.com, jseeburger@krcl.com, ljones@krcl.com,
mcs@jaburgwilk.com, ronnie_jacobson@txnd.uscourts.gov, tcox@lynnllp.com,
wcassidy@lynnllp.com
Message-Id:<3417634@txnd.uscourts.gov>
Subject:Activity in Case 3:07-cv-00976 GW Equity LLC v. Xcentric Ventures LLC et al
Notice (Other)
Content-Type: text/html
```

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements

## U.S. District Court

## Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered by Speth, Maria on 11/5/2007 at 5:55 PM CST and filed on 11/5/2007

**Case Name:**      GW Equity LLC v. Xcentric Ventures LLC et al
**Case Number:**    3:07-cv-976
**Filer:**          www.ripoffreport.com
                    www.badbusinessbureau.com
                    Edward Magedson
                    Xcentric Ventures LLC
**Document Number:** 46

**Docket Text:**
NOTICE by Xcentric Ventures LLC, www.ripoffreport.com, www.badbusinessbureau.com, Edward Magedson *DEFENDANTS CERTIFICATE OF INTERESTED PERSONS* (Speth, Maria)


**3:07-cv-976 Notice has been electronically mailed to:**

John T Cox , III     tcox@lynnllp.com, courtfilinginbox@lynnllp.com, cplatt@lynnllp.com, jmanteuffel@lynnllp.com, wcassidy@lynnllp.com

Jeffrey Scot Seeburger     jseeburger@krcl.com, ljones@krcl.com

Maria Crimi Speth     mcs@jaburgwilk.com, dag@jaburgwilk.com, dsg@jaburgwilk.com

If you are no longer an active participant in this case and you want electronic noticing to be turned off so that you will stop receiving filing notices, click here, then click on "Ask a Question."
**3:07-cv-976 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=11/5/2007] [FileNumber=3417632-0
] [029287e5ab6c173dff2f4a3bd9f27b645dccf204e5b8388a97b6b2f60d16bf05022
a55d246450a7a56045ddce3a7640acb4ab260c9c0c6ffdfb5556e5a2b5ca2]]